```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0064--CR (RRB)
                           "USA V JAIMEY KENT SAPP"
                            DEF 1.1 SAPP, JAIMEY KENT

             Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  07/27/05
             Closed:  NO
  No. of Defendants:  1
      MJ Case Number: A05-0128--MJ
                AKA:  JAMES SAPP, LOCAL_NAWTY_BOY
    Location status:  Released on Bond
         Trial date:  01/23/06
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  Kevin T. Fitzgerald
                     Ingaldson Maassen
                     813  W. 3rd Avenue
                     Anchorage, AK 99501-2001
                     907-258-8750
                     FAX 907-258-8751
                     Serve: NO
                      Type: Retained
                      Role: Pretrial/Trial

                     Daniel E. Libbey
                     604 W. 2nd Avenue
                     Anchorage, AK 99501
                     907-258-1815
                     FAX 907-258-1822
                     Serve: YES
                      Type: Retained
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Audrey J. Renschen
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Counts re: DEF 1.1 SAPP, JAIMEY KENT

| Document   | Count | Citation and Description                                       | Disposition |
|------------|-------|----------------------------------------------------------------|-------------|
| 1 - 1 IND  | 1     | 18:2422 (b) ATTEMPTED ENTICEMENT OF A MINOR USNIG THE INTERNET (F) | Terminated  |
| 1 - 1 IND  | 2     | 18:1470 ATTEMPT TO TRANSFER OBSCENE MATERIAL TO MINOR (F)      | Terminated  |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0064--CR (RRB)
                         "USA V JAIMEY KENT SAPP"
                         DEF 1.1 SAPP, JAIMEY KENT

           Including terminated defendants, excluding terminated counsel


  16 -    1         1-S     18:2422(b) ATTEMPTED ENTICEMENT OF A MINOR USING     Pending
                             THE INTERNET (F)

  16 -    1         2-S     18:1470 ATTEMPT TO TRANSFER OBSCENE MATERIAL TO      Pending
                             MINOR (F)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A05-0064--CR (RRB)
                    "USA V JAIMEY KENT SAPP"

                       For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 07/27/05
             Closed: NO
 No. of Defendants: 1


 Document #   Filed     Docket text
 ----------   -----     -----------

     1 -  1  07/27/05  [Re: DEF 1] PLF 1 Indictment.

     2 -  1  07/27/05  [Re: DEF 1] PMP Grand Jury Minutes; Bail set on pretrial release.  Bail
                       as previously set by US Magistrate Judge continued. Set for arraignment
                       and notify USM.

     3 -  1  07/27/05  Documents 2-13 transferred from: A05-0128 MJ (JDR) to A05-064 CR (RRB).

     4 -  1  07/27/05  [Re: DEF 1] PMP Court Minutes [ECR: Elisa Singleton] re Argn on Indt
                       (7/27/05); deft entered pleas of not guilty to cts 1 & 2 of the indt;
                       PTM due 8/16/05.  cc: USA, D. Libbey, USM, USPO, Judge Beistline

     5 -  1  07/27/05  [Re: DEF 1] PMP Order regarding preparation for trial; cnsl to meet &
                       confer by 7/29/05; PTM's due 8/16/05. cc: USA, D. Dattan

  NOTE -  1  07/28/05  Notation: Proposed trial date setting for arraignment and notice of
                       speedy trial act deadlines forwarded to chambers.

     6 -  1  07/28/05  [Re: DEF 1] RRB Minute Order setting trial by jury for 9/12/05 at 8:30
                       a.m. and FPTC for 9/8/05 at 9:15 a.m. in courtroom #2. cc: AUSA, D.
                       Libbey, USM, USPO, MJ Roberts, JC

     7 -  1  08/01/05  DEF 1 Attorney Appearance of K. Fitzgerald (co-cnsl).

     8 -  1  08/10/05  [Re: DEF 1]  Discovery Conference Certificate.

     9 -  1  08/12/05  DEF 1 Unopposed motion to continue trial w/att aff.

    10 -  1  08/12/05  DEF 1 Waiver of speedy trial.

    11 -  1  08/16/05  [Re: DEF 1] RRB Minute Order a hearing on def's mot to continue trial is
                       set for 8/18/05 at 9:00 a.m. in Courtroom #2.  cc: AUSA, D. Libbey, USM,
                       UPSO

    12 -  1  08/18/05  [Re: DEF 1] RRB Order granting unopposed motion to continue trial (9-1).
                       TBJ is continued until 10/31/05 at 8:30 a.m., FPTC is continued until
                       10/25/05 at 1:15 p.m..  cc: AUSA, D. Libbey, USM, UPSO, MJ Roberts, jc

    13 -  1  08/18/05  [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: hrg on def
                       non-opposed mot to cont trial (dkt 9) held 8/18/05; mot to cont trial
                       (dkt 9) granted; tbj set for 9/12/05 at 8:30 a.m. and FPTC set for
                       9/8/05 at 9:15 a.m. are vacated; tbj set for 10/31/05 at 8:30 a.m.; FPTC
                       set for 10/25/05 at 1:15 p.m.; crt found excludable delay under
                       18:3161(h)(8)(B)(iv); conds of rls remain as prev set. cc: USA, D.
                       LIBBEY, USM, USPO, JC

    14 -  1  10/14/05  {SEALED}

    15 -  1  10/18/05  [Re: DEF 1] RRB Minute Order defendant's non-opposed mot to continue
                       trial date (Dkt 14) will be addressed at the final pretrial conf set for

 ACRS: R_RDSDX             As of 12/01/05 at 2:55 PM by GARRY                        Page 1
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A05-0064--CR (RRB)
                              "USA V JAIMEY KENT SAPP"
```

|                 | For all filing dates |
|---|---|

| Document # | Filed    | Docket text |
|---|---|---|
|            |          | 10/25/05 at 1:15 p.m. in Courtroom #2.  cc: A. Renschen, D. Libbey, USM, USPO, MJ Roberts |
| 16 -  1    | 10/19/05 | [Re: DEF 1] PLF 1 Superseding Indictment. |
| 17 -  1    | 10/20/05 | [Re: DEF 1] JDR Grand Jury Minutes re bail cont as prev set; set for arr & notify USM; def on pretrial release, TPC. |
| 18 -  1    | 10/20/05 | [Re: DEF 1] JDR Minute Order re Arr on SIndt set for 10/21/05 at 9:30 a.m. cc: USA, K. Fitzgerald, USM, USPO |
| 19 -  1    | 10/21/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: Arr on SIndt held 10/21/05; NG to Cts 1-2 of SIndt; ptms due 10/28/05 as to SIndt; cnsl advised of prev set trial date of 10/31/05; conds of rls remain as prev set. cc: USA, D. LIBBEY, USM, USPO, Judge Beistline |
| 20 -  1    | 10/25/05 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: hrg on def's non-opposed mot to cont trial date (14-1)/FPTC held 10/25/05; granting Unopposed motion to continue trial date until 12/12/05 (14-1); tbj set for 10/31/05 at 8:30 a.m. is vacated and reset to 01/23/06 at 8:30 a.m.; fptc set for 01/18/06 at 9:00 a.m.; crt found excludable delay under 18:3161(h)(8)(B)(iv).  cc: USA, D. LIBBEY, K. FITZGERALD, JC, USM, USPO, MJ ROBERTS |
| 21 -  1    | 10/27/05 | DEF 1 motion on shortened time for bail hearing w/att aff. |
| 22 -  1    | 10/28/05 | [Re: DEF 1] JDR Order granting motion on shortened time for bail hearing (21-1); bail hrg set for 10/31/05 at 2:00 p.m. cc: USA, D. Libby, USM, USPO |
| 23 -  1    | 11/01/05 | [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Bail Review Hrg (held 10/31/05); def's oral mot to add addtl third party custodians GRANTED, Fay Sapp and Randolph Sapp to meet with USPO when they arrive in Alaska to sign the Order Setting Conditions; w/att list of wit; cc: USA, D. Libbey, USM, USPO, Judge Beistline. |