Daniel E. Libbey
Libbey Law Offices, LLC
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax

Counsel for Defendant Sapp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAIMEY KENT SAPP, )<br>)<br>Defendant. )<br>_____ ) | No. A05-0064 CR (RRB)<br><br>**MOTION TO COMPEL**<br>**EXPLANATION OF MISSING**<br>**CHAT ROOM CORRESPONDENCE**<br><br>*FILED ON SHORTENED TIME* |

Defendant, Jaimey Kent Sapp, by and through co-counsel, Libbey Law Offices, LLC, pursuant to Federal Criminal Rule 12, and District of Alaska Local Criminal Rule 47.1, and Local Rule 7.1, hereby moves to compel an explanation for missing chat room correspondence. The Government has alleged that Defendant, Jaimey Sapp, corresponded with Senior Special Agent Kevin Laws while both were in a Yahoo! chat room. Specifically, the Government has alleged that

Motion to Compel Explanation
United States v. Sapp
Case No. A 05-0064CR (RRB)

Agent Laws and Jaimey Sapp engaged in chat room correspondence on the following dates: 3/10/2005, 3/23/2005, 3/25/2005, 4/25/2005, 4/28/2005, 5/12/2005, 5/18/2005, 6/9/2005, 6/12/2005, 6/15/2005, 6/16/2005, 6/20/2005, 7/11/2005, and 7/12/2005. Affidavit of Counsel.

In conducting his investigation, Agent Laws seized a Dell Latitude computer, serial number 5CPSL41 (hereinafter "laptop) and performed a forensic analysis on said laptop. After Agent Laws completed his forensic analysis, Jaimey Sapp hired Reed Bovee to perform an independent forensic analysis on the laptop, as the defense is entitled to replicate any analysis performed by the Government. At the conclusion of his analysis, Mr. Bovee was unable to locate the alleged chat room correspondence on the laptop for the following dates: 3/10/2005, 3/23/2005, 3/25/2005, and 4/25/2005. Affidavit of Counsel.

Moreover, the Government has not verified that the alleged chat room correspondence between Agent Laws and Jaimey Sapp on the dates of 3/10/2005, 3/23/2005, 3/25/2005, and 4/25/2005 came from any computer device in Jaimey Sapp's possession. Affidavit of Counsel. Such a conclusion leads the defense to believe that either the

Motion to Compel Explanation
United States v. Sapp
Case No. A 05-0064CR (RRB)

Government's forensic analysis of the laptop resulted in the destruction of evidence, including the alleged chat room correspondence between Agent Laws and Jaimey Sapp on the dates of 3/10/2005, 3/23/2005, 3/25/2005, and 4/25/2005, or that there is some other explanation why this alleged correspondence cannot be recovered from the laptop by Mr. Bovee. In either instance, it is evident that the defense is not being provided with the access that it should be to the computer device used by Jaimey Sapp to correspond via chat room with Agent Laws on those dates, as alleged by the Government.

On January 5, 2006, during preparation of the defense of this case, the Defense requested an explanation from the government as to why this information is missing from the above laptop. Exhibit A. The Government responded on January 6, 2006, as follows:

> There is no "missing" information. Discovery disk CD001 reports the "chat" evidence recovered during the forensic examination of the laptop computer used by Mr. Sapp.

Exhibit B. Discovery disk 001 does not explain why the defense cannot recover the alleged chats dated 3/10/2005, 3/23/2005, 3/25/2005, and 4/25/2005, from the laptop used

Motion to Compel Explanation
<u>United States v. Sapp</u>
Case No. A 05-0064CR (RRB)
                                    Page 3 of 5

by Jaimey Sapp. Nor does discovery disk 001 explain why the Government cannot verify that those alleged chats came from any computer device that was in the possession of Jaimey Sapp.

For the foregoing reasons, Defendant Jaimey Sapp seeks a ruling that compels the Government to provide a detailed written statement explaining why the defense cannot recover the alleged chats from said laptop.

This motion is being filed on shortened time because the Defendant needs an explanation from the Government to adequately prepare his defense, and trial is scheduled to begin in this case on January 23, 2006.

Respectfully submitted at Anchorage, Alaska this 11th day of January, 2006.

LIBBEY LAW OFFICES, LLC<br>
Attorneys for Defendant<br>
Jaimey K. Sapp<br><br>
Daniel E. Libbey (0012105)

Motion to Compel Explanation
<u>United States v. Sapp</u>
Case No. A 05-0064CR (RRB)

Page 4 of 5

This is to certify that the foregoing is being delivered by hand/mail to:

Audrey Renschen
Asst. United States Attorney
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska 99513-7567

Kevin Fitzgerald
Ingaldson, Maasen & Fitzgerald, PC
813 W. 3rd Ave.
Anchorage, AK 99501

On: 1-11-06   By: [signature]

C:\Dan_Data\NonOPACrim\U.S. v. Jaimey Sapp\Pleadings\Mtn.compel.explanation.11jan2006.wpd

Libbey Law Offices
Attorneys at Law
A Limited Liability Company
604 West 2nd Avenue
Anchorage, Alaska 99501
Telephone (907) 258-1815
Fax (907) 258-1822

Motion to Compel Explanation
United States v. Sapp
Case No. A 05-0064CR (RRB)
Page 5 of 5

Daniel E. Libbey
Libbey Law Offices, LLC
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax

Counsel for Defendant Sapp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. A05-0064 CR (RRB) |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF COUNSEL** |
| vs. | ) | **IN SUPPORT OF MOTION** |
| | ) | **TO COMPEL EXPLANATION** |
| JAIMEY KENT SAPP, | ) | **OF MISSING CHAT ROOM** |
| | ) | **CORRESPONDENCE** |
| Defendant. | ) | |
| | ) | *FILED ON SHORTENED TIME* |

STATE OF ALASKA         )
                        )  SS:
THIRD JUDICIAL DISTRICT )

　　I, Daniel E. Libbey, being first duly sworn, depose and state as follows:

1.  I am co-counsel of record for the defendant in the above captioned matter.

2.  I am making this affidavit in support of the Motion to Compel Explanation of Missing Chat Room

Affidavit of Counsel
United States v. Sapp
Case No. A 05-0064CR (RRB)
　　　　　　　　　　Page 1 of 2

Correspondence.

3. The factual assertions in said motion are true and accurate to the best of my knowledge.

4. This request is not being filed for purposes of undue delay or harassment.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Submitted at Anchorage, Alaska this 11th day of January, 2006.

_Daniel E. Libbey_
Daniel E. Libbey (0012106)

Subscribed and sworn to before me this 11th day of January, 2006.

_Karol J. Libbey_
Notary Public for Alaska
Commission Expires: 1-20-08

This is to certify that the foregoing is being delivered by hand/mail to:
Audrey Renschen
Asst. United States Attorney
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska 99513-7567

Kevin Fitzgerald
Ingaldson, Maasen & Fitzgerald, PC
813 W. 3rd Ave.
Anchorage, AK 99501

On: 1-11-06   By: _CNM_

Affidavit of Counsel
United States v. Sapp
Case No. A 05-0064CR (RRB)

Page 2 of 2

LIBBEY LAW OFFICES
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
604 WEST 2ND AVENUE
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 258-1815
FAX (907) 258-1822

Exhibit A

# LIBBEY LAW OFFICES
### ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY

| | |
|---|---|
| 604 WEST 2ND AVENUE | TELEPHONE (907) 258-1815 |
| ANCHORAGE, ALASKA 99501 | FAX (907) 258-1822 |

January 5, 2006

<u>Via Facsimile-271-1500</u>

Audrey Renschen
U.S. Attorney's Office
222 W. 7th Avenue #9 Room 253
Anchorage, AK 99513

      RE:  <u>U.S. v. Jaimey Sapp</u>
            Case No. A05-0064 CR (RRB)

Dear Ms. Renschen:

    My computer expert has examined the Dell Latitude (laptop) computer, serial number 5CPSL41, seized by Senior Special Agent Kevin Laws in this case, and was unable to locate any chat correspondence between Agent Laws and Jaimey Sapp for the dates of 3/10/2005, 3/23/2005, 3/25/2005, 4/25/2005, and 7/12/2005. Please provide an explanation as to why this information is missing from the above laptop. Because trial is rapidly approaching in this case, we will need an immediate response. Thank you.

                                         Very truly yours,

                                         Daniel E. Libbey

Enclosures:    None

CC:          Kevin Fitzgerald

Exhibit  A
Page  1  of  1  Pages

Exhibit B

 



**U.S. Department of Justice**

*United States Attorney*
*District of Alaska*

---

Federal Building & U.S. Courthouse    Commercial: (907) 271-5071
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567    Fax Number: (907) 271-3224

January 6, 2006

SENT VIA FACSIMILE TO:
258-1822

Daniel E. Libbey
Libbey Law offices
604 West 2nd Avenue
Anchorage, AK 99501

Re: <u>United States v. Jaimey Kent Sapp</u>, A05-0064 CR (RRB)

Dear Mr. Libby:

I received your faxed January 5th letter, sent at 7:01 pm. In that letter you ask for an immediate explanation about why "information is missing" from the laptop computer used by your client.

There is no "missing" information. Discovery disk CD001 reports the "chat" evidence recovered during the forensic examination of the laptop computer used by Mr. Sapp.

If you have any additional questions, please feel free to call me at 271-3380.

Sincerely,

TIMOTHY M. BURGESS
United States Attorney

*Audrey Renschen*
AUDREY J. RENSCHEN
Assistant U.S. Attorney

Exhibit __B__

Page __1__ of __1__ Pages