

Daniel E. Libbey
Libbey Law Offices, LLC
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax

Counsel for Defendant Sapp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>           Plaintiff,          )<br>                                )<br>vs.                             )<br>                                )<br>JAIMEY KENT SAPP,               )<br>                                )<br>           Defendant.          )<br>_____) | No. A05-0064 CR (RRB)<br><br>**<u>NOTICE OF WITHDRAWAL OF<br>MOTION TO COMPEL<br>EXPLANATION OF MISSING<br>CHAT ROOM CORRESPONDENCE</u>**<br><br>*FILED ON SHORTENED TIME* |

Defendant, Jaimey Kent Sapp, by and through co-counsel, Libbey Law Offices, LLC, pursuant to Federal Criminal Rule 12, and District of Alaska Local Criminal Rule 47.1, and Local Rule 7.1, hereby notifies the Court of the withdrawal of his motion to compel an explanation for missing chat room correspondence, pending discussion with the Government on the issues raised in the motion. Defendant reserves the right to re-file the motion to compel if it cannot be

Notice of Withdrawal of Motion to Compel Explanation
<u>United States v. Sapp</u>
Case No. A 05-0064CR (RRB)

Page 1 of  2

resolved informally between the parties.

    Respectfully submitted at Anchorage, Alaska this 13th day of January, 2006.

                               LIBBEY LAW OFFICES, LLC
                               Attorneys for Defendant
                               Jaimey K. Sapp

                               /s/ Daniel E. Libbey
                               Daniel E. Libbey (0012105)

This is to certify that the foregoing is being delivered by hand/mail to:

Audrey Renschen
Asst. United States Attorney
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska 99513-7567

Kevin Fitzgerald
Ingaldson, Maasen & Fitzgerald, PC
813 W. 3rd Ave.
Anchorage, AK 99501

On: 1-13-2006  By: _____

\\DAN\C_Dan\Dan_Data\NonOPACrim\U.S. v. Jaimey Sapp\Pleadings\mtn-withdrawal.wpd

Notice of Withdrawal of Motion to Compel Explanation
<u>United States v. Sapp</u>
Case No. A 05-0064CR (RRB)
                      Page 2 of 2

LIBBEY LAW OFFICES
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
TELEPHONE (907) 258-1815
FAX (907) 258-1822
604 WEST 2ND AVENUE
ANCHORAGE, ALASKA 99501