Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
kevin@impc-law.com

Co-Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-0064 RRB |
| Plaintiff, ) | |
| ) | **DEFENDANT'S TRIAL BRIEF** |
| v. ) | |
| JAIMEY K. SAPP, ) | |
| Defendant. ) | |

## I.  INTRODUCTION

Defendant, Jaimey K. Sapp, is charged in a superseding indictment within Count I: attempted enticement of a minor using the internet in violation of 18 U.S.C. § 2422(b); and Count II: attempted transfer of obscene material to a minor in violation of 18 U.S.C. § 1470.

## II.  DISCUSSION

Mr. Sapp has committed no violations of law.  He expects to call several witnesses, including an expert

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Sapp
No. 3:05-cr-0064 RRB
Trial Brief

witness who has been previously identified for the prosecution. Sapp expects his defense case to take between one to two days. These witnesses will help corroborate that Mr. Sapp did not possess the requisite *mens rea* to commit the crimes for which he has been charged.

Sapp has submitted proposed *voir dire* questions, as well as proposed instructions contemporaneously with this filing.

Dated at Anchorage, Alaska January 17, 2006.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Co-Counsel for Defendant

By: s/Kevin T. Fitzgerald
Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK 99501
(907) 258-8750
(907) 258-8751 Fax
kevin@impc-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 17, 2006 a copy of the foregoing Trial Brief was served electronically on Audrey Renschen, AUSA, and on Daniel E. Libbey, Esquire, 604 West Second Avenue, Anchorage, AK 99501, by regular U.S. mail.

s/ Kevin T. Fitzgerald
F:\W\3118-1\Pleading\Trial Brief.doc

INGALDSON, MAASSEN & FITZGERALD, P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Sapp
No. 3:05-cr-0064 RRB
Trial Brief