Kevin T. Fitzgerald (8711085)
Ingaldson, Maassen & Fitzgerald, P.C.
813 West Third Ave.
Anchorage, Alaska 99501
(907) 258-8750
(907 258-8751 facsimile
kevin@impc-law.com


Co-counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 3:05-cr-0064 RRB |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | **DEFENSE PROPOSED** |
| | ) | **JURY INSTRUCTIONS** |
| JAIMEY KENT SAPP, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, JAIMEY KENT SAPP, by and through counsel, requests the following jury instructions for the trial of his case. The instructions are from the Ninth Circuit Pattern Instructions (2003). Case specific instructions are also attached.

PRELIMINARY INSTRUCTIONS

   1.1    Duty of Jury

   1.2    The Charge-Presumption of Innocence

   1.6    Direct and Circumstantial Evidence

INSTRUCTIONS DURING TRIAL

1

2.1        Cautionary Instruction –First Recess

2.10       Other Acts Evidence

INSTRUCTIONS AT THE END OF THE CASE

3.1        Duty of Jury

3.8        Direct and circumstantial Evidence

3.12       Separate Consideration of Multiple Counts –
           Single Defendant


The defense has also submitted the following separate instructions attached hereto:

Instruction 1        Elements of Count One: Attempted Enticement of a Minor

Instruction 2        Alaska State Law

Instruction 3        Elements of Count Two: Attempted Transfer of Obscene Material

Instruction 4        Substantial Step Defined

Instruction 5        Intentional Defined

Instruction 6        Knowingly Defined

Instruction 7        Entrapment

Instruction 8        Obscene Defined

Instruction 9        Presumption of Innocence, Burden of Proof, and Beyond a Reasonable Doubt

Respectfully submitted this 17th day of January, 2006.

        Co-Counsel for Defendant

        s/Kevin T. Fitzgerald_____
        Kevin T. Fitzgerald (8711085)
        813 West Third Avenue
        Anchorage, AK 99501
        (907) 258-8750
        (907) 258-8751 Fax
        kevin@impc-law.com

**Certificate of Service:**

I hereby certify that on January 17, 2006, a copy of the foregoing Defense Proposed Jury Instructions was served electronically on Audrey Renschen, AUSA, and on Daniel E. Libbey, Esquire, 604 West second Avenue, Anchorage, Alaska 99501, by regular U.S. mail


s/ Kevin T. Fitzgerald

F:\W\3118-1\Pleading\Proposed Jury Instructions.doc