DEFENSE PROPOSED INSTRUCTION NO. 4

In order to prove an attempt, the government must prove Mr. Sapp took a substantial step towards commission of the underlying crime. A substantial step is something beyond mere preparation. It is an act, adapted to, approximating, and which in the ordinary and likely course of things will result in the commission of the crime. A substantial step is an appreciable portion of a crime and an action of such substantiality that, unless frustrated, the crime would have occurred. The step must be strongly corroborative of the firmness of the Defendant's intent to commit the underlying crime.

*United States v. Bailey*, 228 F.3d 637, 640 (6th Cir. 2000).

DEFENSE PROPOSED INSTRUCTION NO. 5

    A person acts intentionally ("intended") if the person's conscious desire is to engage in the conduct or bring about a result.

*United States v. Gracidas-Ulibarry*, 231 F.3d 1188, 1192 (9th Cir. 2000)(en banc).

DEFENSE PROPOSED INSTRUCTION NO. 6

A person acts knowingly if the person is aware of the act and does not act through ignorance, mistake, or accident.

9th Cir. Crim. Jury Inst. 5.6.

DEFENSE PROPOSED INSTRUCTION NO. 7

The government has the burden of proving beyond a reasonable doubt that the defendant was not entrapped. The government must prove the following:

1. the defendant was not induced by government agents to commit the crime, or

2. the defendant was predisposed to commit the crime before being contacted by government agents.

9th Cir. Crim. Jury Instr. 6.2.