Daniel E. Libbey
ABA No. 0012105
Libbey Law Offices, LLC
604 West 2nd Ave.
Anchorage, AK 99501
(907) 258-8750
(907 258-8751 facsimile
dlibbey@alaska.net

Co-counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. A05-0064 CR (RRB) |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENSE PROPOSED** |
| ) | **VOIR DIRE** |
| JAIMEY KENT SAPP, ) | |
| ) | |
| Defendant. ) | |

The defendant, JAIMEY KENT SAPP, by and through counsel, requests the following questions be asked of the jury panel for this case, in addition to the Court's usual instructions.

1. *Jury service*

    A) What former jury service have you had?

    B) What do you think will be most important about serving on this jury? What do you think will be most difficult?

1

PDF created with pdfFactory trial version www.pdffactory.com

2. *Lawyers*

   A) Is there someone in your family who is a lawyer? How about a close friend?

   B) Do you know any lawyers in Anchorage?

   C) Have you ever had your own lawyer?

   D) How about lawyers who represent people accused of crimes?

3. *Experience with Internet Chat Rooms*

   A) Do you or any of your close friends or family members own a computer with access to the Internet? What type of access? What type of activity do you engage in if you use the Internet?

   B) Are you familiar with chat rooms, in which Internet users talk to others almost simultaneously, without knowing the true identity of the other chatters? Do you or any of your close friends or family members access chat rooms? If so, what type?

   C) Do you know how they are used?

   D) What public benefit do they serve?

   E) What problems do they pose for users?

   F) What problems do they pose for users in romance chat rooms?

   G) Do you have any feelings or prejudice about people who spend time chatting on the Internet? What are they? Are

2

PDF created with pdfFactory trial version www.pdffactory.com

they likely to affect your ability to sit on this case, where the defendant is charged with trying to talk to girls from a chat room?

H) Do you have children who use the Internet? What type of use? Do they go to chat rooms? Do you monitor their chat room use? How?

I) Suppose there is evidence that Jaimey Sapp spent a lot time using romance chat rooms, how would you feel about acquitting him of specific charges, even if you thought he spent too much time using romance chat rooms?

J) In this case, the government is charging attempted enticement of a minor.  Is there anything about the nature of the charge that makes you unhappy or uncomfortable about sitting on the jury?

**4. *Right to remain silent***

A) Do you understand that the "entire" burden of proof rests with the government to prove Jaimey Sapp is guilty beyond all reasonable doubt, and Jaimey has no burden to prove that he is innocent?

B) How do you feel about this?

C) How is the right to remain silent justified in our legal system?

D) Are there reasons a person would choose not to testify at their own trial?

3

PDF created with pdfFactory trial version www.pdffactory.com

        a) Reasons such as the inability to be oneself under stress and fear?

        b) Are there other reasons?

    E) What if Jaimey Sapp does not take the stand?

        a) Would you conclude he's hiding something?

        b) Do you feel you would "need" to hear him?

**5.** *Beyond Reasonable Doubt Standard*

    A) What do you believe that means?

    B) Do you have any familiarity or experience with other standards, for example, "preponderance of the evidence" of "clear and convincing evidence?"

    C) Why should the "beyond reasonable doubt" standard be the highest standard?

        a) How could government abuse a lower standard?

        b) What are the consequences of branding someone a "sexual offender" or a "felon?"

    D) If you don't feel the Government met the burden of proof, would you find Jaimey Sapp not guilty?

    E) Even if you feel that it is "more likely than not" that Jaimey Sapp is guilty, but not beyond reasonable doubt, would you still find him not guilty?

    F) Could you be persuaded to lower the "beyond reasonable doubt" standard?

PDF created with pdfFactory trial version www.pdffactory.com

6. *Presumption of Innocence*

    A) What meaning does this presumption have to you?

    B) Have any of you ever been accused by someone in an authority position?

        a) Did you feel the authority figure was not hearing your side of the story?

        b) Did you feel that you were not being "presumed innocent?"

    C) Do we start by presuming that Jaimey Sapp has been wrongfully charged?

    D) What could the defense lawyers do to help you maintain presumption of innocence?

7. *Law Enforcement Officers*

    A) Do you believe a police investigation should be objective?  Why?

    B) Do you believe a reasonably thorough investigation is generally necessary?  Why?

    C) Should authorities be held responsible or accountable for failing in objectivity or thoroughness?

    D) How do you feel about such failures to fully investigate?

    E) Do you believe law enforcement officers' develop a comfort level in court appearance and technique in testifying?

5

PDF created with pdfFactory trial version www.pdffactory.com

        a) Could this be mistaken for reliability?

        b) Are law officers infallible? Any more or less infallible than the person next to you?

        c) Could they lose objectivity in the case? Might a law officer make up some explanation to avoid admitting a failure in the investigation?  What problems might arise from a law enforcement officer admitting failure in the investigation?

**8.** *General Questions*

    A)    Any distracting personal issues right now?

    B)    What about distracting physical discomforts?

    C)    Any medications that might be a distraction?

    D)    Are any of you acquainted with anyone in the court room?

    E)    Do any of you have court service experience or connections? If so, please explain.

    F)    Do any of you have police service experience or connections? If so, please explain.

    G)    Do any of you have corrections service experience or connections? Please explain.

    H)    Do you have social welfare service experience or connections? Please explain.

    I)    Do you have legal profession experience or connections? Please explain.

PDF created with pdfFactory trial version www.pdffactory.com

J)   Have any of you ever been the victim of a crime or connected in some way to a crime victim? Please explain.

K)   Do any of you have prior juror experience? If so, were there sexual abuse of a minor issues in the case?

L)   Do any of you have grand jury experience?

M)   Have any of you served in the armed forces?

Respectfully submitted this 17th day of January, 2006.

                        LIBBEY LAW OFFICES, LLC
                        Co-Counsel for Defendant

By:   s/Daniel E. Libbey_____
     Daniel E. Libbey
     ABA No. 0012105
     604 West 2nd Ave.
     Anchorage, AK 99501
     (907) 258-1815
     (907) 258-1822 fax
     dlibbey@alaska.net

**Certificate of Service:**
I hereby certify that on January 17, 2006,
a copy of the foregoing Defense Proposed
Voir Dire was served electronically on Audrey
Renschen, AUSA, and on Kevin Fitzgerald.

By: s/ Daniel E. Libbey

7

PDF created with pdfFactory trial version www.pdffactory.com