TIMOTHY M. BURGESS
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-064-RRB |
| | ) | |
| Plaintiff, | ) | COUNTS 1&3: |
| | ) | ATTEMPTED ENTICEMENT OF A |
| v. | ) | MINOR USING THE INTERNET |
| | ) | Vio. 18 U.S.C. § 2422(b) |
| | ) | |
| JAIMEY KENT SAPP, | ) | COUNT 2: |
| a/k/a "James Sapp", | ) | ATTEMPT TO TRANSFER OBSCENE |
| a/k/a "local_nawty_boy", | ) | MATERIAL TO MINOR |
| | ) | Vio. 18 U.S.C. § 1470 |
| Defendant. | ) | |
| | ) | COUNT 4: |
| | ) | TRANSFER OF OBSCENE |
| | ) | MATERIAL TO MINOR |
| | ) | Vio. 18 U.S.C. § 1470 |

SECOND SUPERCEDING INDICTMENT

The Grand Jury charges that:

OVERT ACTS AS SUBSTANTIAL STEPS IN COUNTS 1 AND 2

Beginning on March 10, 2005, and continuing until July 12, 2005, JAIMEY KENT SAPP, a 32-year-old man, committed the following overt acts as substantial steps in committing the crimes alleged in Counts 1 and 2:

1. On March 10, 2005, Sapp, using the screen name, "local_nawty_boy", sent an instant message using Yahoo!, to a person on the Internet who reported her age, sex and location as "14, female, Anchorage."

2. On March 10, 2005, Sapp, using the screen name, "local_nawty_boy", continued to converse with "14, female, Anchorage" using Yahoo! instant messaging, and inquired whether she "ever had sex", "ever played with herself", and then encouraged her to masturbate, giving her specific instructions about how to masturbate.

3. When "14, female, Anchorage" said she would not follow his instructions, Sapp continued the instant messaging chat, saying "I'm only trying to help you. Had you rather me slip my penis in you?"

4. Sapp then offered to teach "14, female, Anchorage", but cautioned her that he could "get in a lot of trouble" and instructed her, "you could never tell, because your mom could have me sent to jail for about 20 years", "because the law doesn't think that a 14-year-old can make their own sexual decisions."

5. On March 23, 2005, Sapp, using the screen name, "local_nawty_boy", again contacted "14, female, Anchorage" using Yahoo! instant messaging, "Hey, sexy, how you been?"

6. Sapp using the screen name, "local_nawty_boy", asked "14, female, Anchorage" to email her picture to him using the email address "spar_ky27@yahoo.com".

7. Sapp using the screen name, "local_nawty_boy", asked "14, female, Anchorage" if she still wanted to have sex with him, and then tried to show her a picture by posting

it to the chat. When the picture did not appear, Sapp sent her a link, directing her to his profile page which showed her a picture of a white male exposing his erect penis.

8. When "14, female, Anchorage" asked "local_nawty_boy" if she could see his face, he directed her to a profile page that showed a picture of Sapp wearing a baseball cap.

9. On May 12, 2005, Sapp using the screen name, "local_nawty_boy", again chatted online with "14, female, Anchorage", using Yahoo!. After being told her absence from "chatting" was due to appendicitis, Sapp inquired about getting together again.

10. On June 9, 2005, Sapp using the screen name, "local_nawty_boy", again contacted "14, female, Anchorage" online using Yahoo!. He asked about getting together, offered to "take it slow and teach you", and then described a sex act in explicit detail.

11. In that same online conversation, Sapp instructed "14, female, Anchorage": "you can never tell about us", "I would get into trouble if I told on you" and "because of stupid State laws, I could go to jail." He further explained that if she told on him, her mother would "blame it all on me." "She would accuse me of persuading you or enticing."

12. On June 15, 2005, Sapp using the screen name, "local_nawty_boy", again using Yahoo!, contacted "14, female, Anchorage" online, talked about meeting, and again engaged in sexually explicit conversation, asking whether "14, female, Anchorage" "had a period yet", and explaining about "losing your virginity".

13. On June 20, 2005, Sapp using the screen name, "local_nawty_boy", again "chatted" online with "14, female, Anchorage" using Yahoo!. He made arrangements to pick her up at the playground that day, and described his truck.

14. Later that day, Sapp using the screen name, "local_nawty_boy", left the following Yahoo! message for "14, female, Anchorage": "I'm sorry, I just can't do it. I'm scared I'm going to get caught, and I can't afford to go to jail. I hope you're not mad with me. I'll understand if you are. TTYL [Talk to you later]." Still later, during a Yahoo! online conversation with "14, female, Anchorage", Sapp said, "Maybe we can chat again some time if you decide to forgive me."

15. On July 11, 2005, Sapp using the screen name, "local_nawty_boy", contacted "14, female, Anchorage" online using Yahoo!, asking "hey, you still mad with me?" and "So can we try again?", and offering "we could do it quick in my truck". Sapp then made arrangements to meet her the next day, saying, "you're going to be devirginized tomorrow", and explained, "We're going to have sex, right?".

16. On July 12, 2005, Sapp appeared at the arranged meeting place and time with a cell phone and Blackberry, both devices capable of internet text messaging. Before being arrested, Sapp left an offline message for "14, female, Anchorage", saying "I'm here, where are you?"

## COUNT 1

17. Paragraphs 1-16 are realleged and incorporated herein.

18. Between on or about March 10, 2005, and on or about July 12, 2005, in the District of Alaska, JAIMEY KENT SAPP, a 32-year-old man, did use a facility and means of interstate commerce, the Internet, to attempt to knowingly persuade, induce, and entice an individual whom he believed was 14 years old, to engage in sexual activity

for which a person can be criminally charged under Alaska state law. Alaska state law prohibits anyone 16 years or older from engaging in sexual contact and sexual penetration with a person who is 13, 14, or 15 years of age, and at least three years younger than the offender.

All of which is in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

19. Paragraphs 1-16 are realleged and incorporated herein.

20. On or about March 23, 2005, in the District of Alaska, the defendant JAIMEY KENT SAPP, did knowingly use the Internet, a facility of interstate commerce, to intentionally attempt to transfer obscene matter, to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, by directing a girl he believed was 14 years old to a hyperlink he provided to his Yahoo profile page, "local_nawty_boy" which depicted an adult male exposing his erect penis.

All of which is in violation of Title 18 U.S.C. § 1470.

## OVERT ACTS AS SUBSTANTIAL STEPS IN COUNT 3

On or about February 11, 2005, JAIMEY KENT SAPP, a 32-year-old man, committed the following overt acts as substantial steps in committing the crimes alleged in Count 3:

21. Using the screen name, "barebackcountryboy", Sapp began an Internet chat with a girl (Jane Doe #1) who told him she was 14.

22. After Jane Doe #1 told Sapp she was 14 years old, he told the girl he was 22 years

old.

23. When Jane Doe #1 told him she didn't really like older guys, Sapp started inquiring whether she liked "nawty pics".

24. Jane Doe #1 told him she didn't know, because she had not seen one. Sapp then sent the girl a picture of his "equipment".

25. After telling Sapp she did not like the picture, Jane Doe #1 told Sapp she was a virgin. Sapp then graphically discussed sexual experiences, inquiring about what she had done.

26. Sapp then asked the 14 year old girl, "will you suck mine [penis]?"

## COUNT 3

27. Paragraphs 21-26 are realleged and incorporated herein.

28. On or about February 11, 2005, in the District of Alaska, JAIMEY KENT SAPP, a 32-year-old man, did use a facility and means of interstate commerce, the Internet, to attempt to knowingly persuade, induce, and entice Jane Doe #1, whom he believed was 14 years old, to engage in sexual activity for which a person can be criminally charged under Alaska state law. Alaska state law prohibits anyone 16 years or older from engaging in sexual contact and sexual penetration with a person who is 13, 14, or 15 years of age, and at least three years younger than the offender.
All of which is in violation of Title 18, United States Code, Section 2422(b).

## COUNT 4

29. Paragraphs 21-26 are realleged and incorporated herein.

30. On or about February 11, 2005, in the District of Alaska, the defendant JAIMEY

KENT SAPP, did knowingly use the Internet, a facility of interstate commerce, to transfer obscene matter to another individual, Jane Doe #1, who had not attained the age of 16 years, knowing that Jane Doe #1 had not attained the age of 16 years.

All of which is in violation of Title 18 U.S.C. § 1470.

A TRUE BILL.

                                            s/ Grand Jury Foreperson
                                            GRAND JURY FOREPERSON

s/ Audrey J. Renschen
AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov


s/ Timothy Burgess
TIMOTHY M. BURGESS
United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: tim.burgess@usdoj.gov


DATED:   Jan. 17, 2006