MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAIMEY KENT SAPP        CASE NO. 3:05-cr-00064 RRB
Defendant: X Present  X On Bond

BEFORE THE HONORABLE:        RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:        ROBIN M. CARTER

UNITED STATES' ATTORNEY:    AUDREY RENSCHEN

DEFENDANT'S ATTORNEY:        DANIEL LIBBEY/KEVIN FITZGERALD

U.S.P.O.:                    TIM ASTLE

PROCEEDINGS: TRIAL SETTING CONFERENCE (ARRAIGNMENT ON 2ND SUPERSEDING INDICTMENT) HELD 1/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:02 p.m. court convened.

X Copy of 2nd Superseding Indictment given to defendant; waived reading.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X PLEAS: Not guilty to counts 1-4 of the 2nd Superseding Indictment.

X Counsel advised of trial date: **January 30, 2006 at 8:30 a.m.**

X OTHER: Final pretrial conference set **January 26, 2006 at 10:00 a.m.**

At 2:12 p.m. court adjourned.

DATE: January 23, 2006        DEPUTY CLERK'S INITIALS:    Rc