DEBORAH M. SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. 3:05-cr-064-RRB |
| ) | |
| Plaintiff,  ) | <u>UNITED STATES'</u> |
| vs.  ) | <u>PROPOSED VOIR DIRE</u> |
| ) | |
| JAIMEY KENT SAPP,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

The United States of America requests that this court ask the following questions of the trial venire:

1. The defendant in this case is JAIMEY KENT SAPP.  Do any of you know or are you acquainted with the defendant?

2. Do you know or have any relationship with the attorneys representing the parties in this case: Kevin Fitzgerald, Dan Libbey, or Audrey Renschen?

    a. If so, what is the nature of the relationship? Is it a close relationship? Would the relationship tend to make you feel sympathetic toward the defendant? Would the relationship affect your ability to sit as a fair and impartial juror in this case?

3. Have you, a member of your family or friends ever worked for a lawyer who practices in the area of criminal defense?

4. Are you related to, or do you know anyone among the potential jurors here today?

    a. Who? What is your relationship with that person?

    b. If both of you were selected to be jurors in this case, would you be able to disagree with that person without your disagreement affecting your relationship?

5. Have any of you been closely associated with anyone who has been the subject of any legal action involving the United States government or any of its officers, agents, or employees, or who has been criminally prosecuted for any offense?

      a.      If so, what is your relationship with that person or persons?

      b.      What was the disposition of the case?

      c.      Do you think the disposition was fair and proper?

      d.      Was there anything about that proceeding that you found upsetting or troubling?

6.      Have you or any member of your family or friends ever experienced what you consider unfair treatment by a law enforcement officer? If so, would such an experience in any way affect your deliberations as a juror in this case?

7.      Have you or any close friends or relatives been arrested for or been a victim of a crime within the last 10 years?

      a.      If so, would such an experience in any way affect your ability to sit as a fair and impartial juror in this case?

8.      Have you ever served on a jury before? What kind of case?

      a.      Was there anything that the parties or witnesses did, that you found upsetting?

      b.      Was there anything about that experience that would affect your ability to sit as a fair and impartial juror in this case?

9. Do you follow the news? What is your primary source of news? Newspaper? Radio? Television? Are you loyal to a particular media source, or do you regularly change the source?

10. Have you ever written a letter to the editor? What was the topic? What was your opinion?

11. Would jury service in this case, at this time, unduly interfere with your personal or business affairs?

12. Do you know or have you heard anything about this case?

   a. How did you learn about it?

   b. Have you formed any opinions about the case?

   c. (If opinions, please ask to meet privately, so juror can explain.)

13. The defendant is charged with the offenses of Attempted Enticement of a Minor Using the Internet and Attempted Transfer of Obscene Material to Minor Using the Internet. Is there anything about the nature of the charges that would prevent you from sitting on a jury and being fair and impartial to both the defendant and the United States? Have you formed any firmly held opinions about Internet crimes that would cause you to be unfair to either of the parties, the defendant or the government?

14. You will hear evidence that a law enforcement officer posed as a fourteen year old girl during an online, undercover investigation of this case. Do you believe this kind of undercover work is improper or unfair in any way? Have you formed any opinions in reference to the use of undercover law enforcement officers which might affect your ability to be fair and impartial to the government or the defendants?

15. Does your job involve working with a computer?

16. Do you own a home computer?

17. Do you access the Internet? If so, for what purposes do you access the Internet?

18. Do you use, or have you ever used, the online services of Yahoo? Please describe the Yahoo services you have used.

19. Do you use, or have you ever used, the services of an interactive computer service other than Yahoo? If so, what service have you used, and how have you used it?

20. Do you have any training in the field of computers, or specialized knowledge of computers, or of interactive computer services such as Yahoo? If so, please describe your training or specialized knowledge.

21. Do you know what E-Mail is? Do you use it at home or work? Do

you know how to attach a file to E-mail?

22.    Do you know what instant messaging is? Do you use it at home or work?

23.    Are you familiar with online "chat rooms"?  Have you ever participated in an online chat room?  If so, how often do you use chat rooms?

24.    The evidence in this case will involve sexually explicit conversations that you will have to review.  Can you think of anything that will prevent you from doing that?  Do you believe you will be able to openly discuss sexually related issues with other jurors who are complete strangers?

25.    Do you have any opinions, religious beliefs, philosophies, or prejudices that would interfere with your ability to arrive at a verdict in this case? For example, do you believe that no person should ever be judged or convicted?

26.    You will be instructed that you are to arrive at your verdict without any consideration of what the penalty or sentence will be.  Are any of you unable to consider the evidence and arrive at a verdict without considering the possible penalty or sentence?

27.    Do you know of any reason why you may be prejudiced for or against

the government, for or against any witness, or for or against the defendant, because of the nature of the charges or otherwise?  In other words, can you think of any other matter you should call to the Court's attention that may have some bearing on your qualifications as a juror?

    28.    Have you ever been part of any group advocating jury nullification?

    29.    Have you ever received or read any literature advocating jury nullification?

    30.    I will advise you of the law you must apply in this case.  Will you be able to follow my instructions even though you may not agree with them? (i.e., suppose after hearing my instructions, you decide you don't like them.  Will you be able to follow the law even though you disagree with it?)

//

//

//

//

31. Is there any other reason which may not have been touched upon by the Court's questions, which might affect your ability to act as a fair and impartial juror for each side of this case?

RESPECTFULLY SUBMITTED this day, 23rd day of January, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

 s/Audrey J. Renschen
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Rm 253
Anchorage, Alaska  99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

I declare under penalty of perjury that
a true and correct copy of the foregoing
was sent electronically to
Daniel Libby & Kevin Fitzgerald,
the attorneys of record in this case on
January 23, 2006.

 s/Audrey J. Renschen
Assistant U.S. Attorney