Daniel E. Libbey
Libbey Law Offices, LLC
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax
email: dlibbey@alaska.net

Co-Counsel for Defendant
Jaimey Kent Sapp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>           Plaintiff,        )<br>                             )<br>vs.                          )<br>                             )<br>JAIMEY KENT SAPP,            )<br>                             )<br>           Defendant.        )<br>_____) | No. 3:05-cr-064-RRB<br><br>**REQUEST FOR BAIL HEARING**<br><br>*FILED ON SHORTENED TIME* |

Defendant, Jaimey Kent Sapp, by and through counsel, Libbey Law Offices, LLC, pursuant to Federal Rules of Criminal Procedure 46 and 47, and District of Alaska Local Criminal Rules 46.1, and 47.1, hereby requests a bail modification hearing on shortened time in the above captioned case. Mr. Sapp requests modification of his conditions of release, to allow him to be released on his own recognizance during the normal working hours of 9:00 a.m. to 6:00 p.m., so that he may begin work at Brown's Electrical pursuant to an offer for

PDF created with pdfFactory trial version www.pdffactory.com

employment.  This request is being filed on shortened time because Brown's Electrical is prepared to employ Mr. Sapp immediately.  Therefore, undersigned counsel requests a bail hearing on February 6, 2006.  In addition, undersigned counsel is available to attend said hearing on February 6 or 7, 2006, and a representative of the employer, Brown's Electrical, is available to testify on those dates.

Respectfully submitted at Anchorage, Alaska this 2nd day of February, 2006.

LIBBEY LAW OFFICES, LLC
Co-Counsel for Defendant

By:  s/Daniel E. Libbey
Daniel E. Libbey (0012105)
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax
email: dlibbey@alaska.net

This is to certify that the foregoing (including accompanying proposed order) is being delivered electronically to:

Audrey Renschen (counsel for the Government)
Kevin Fitzgerald (co-counsel for the Defendant)

On: 2/2/2006 By: s/Daniel E. Libbey

PDF created with pdfFactory trial version www.pdffactory.com