Daniel E. Libbey
Libbey Law Offices, LLC
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax
email: dlibbey@alaska.net

Co-Counsel for Defendant
Jaimey Kent Sapp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-064-RRB |
| Plaintiff, ) | |
| ) | **DECLARATION OF COUNSEL** |
| vs. ) | |
| ) | *FILED ON SHORTENED TIME* |
| JAIMEY KENT SAPP, ) | |
| Defendant. ) | |

STATE OF ALASKA       )
                      )
THIRD JUDICIAL DISTRICT )

    I, Daniel E. Libbey, declare as follows:

1. I am co-counsel of record for the Defendant in the above captioned matter.

2. I am making this affidavit in support of the Request for Bail Hearing filed concurrently herewith.

3. The factual assertions in the Request for Bail Hearing are true and accurate to the best of my knowledge.

PDF created with pdfFactory trial version www.pdffactory.com

4.   This request is not being filed for purposes of undue delay or harassment.

I declare under penalty of perjury that the foregoing is true.

Submitted at Anchorage, Alaska this 2nd day of February, 2006.

```
                              LIBBEY LAW OFFICES, LLC
                              Co-Counsel for Defendant


                         By:  s/Daniel E. Libbey
                              Daniel E. Libbey (0012105)
                              604 West Second Avenue
                              Anchorage, Alaska 99501
                              (907) 258-1815
                              (907) 258-1822 Fax
                              email: dlibbey@alaska.net
```

This is to certify that the foregoing (including accompanying proposed order) is being delivered electronically to:

Audrey Renschen (counsel for the Government)
Kevin Fitzgerald (co-counsel for the Defendant)

On: 2/2/2006 By: s/Daniel E. Libbey

Declaration of Counsel
United States v. Sapp
Case No. A 05-0064CR (RRB)
                         Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com