Daniel E. Libbey
Libbey Law Offices, LLC
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax
email: dlibbey@alaska.net

Co-Counsel for Defendant
Jaimey Kent Sapp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  )<br>vs.  )<br>  )<br>JAIMEY KENT SAPP,  )<br>  )<br>  Defendant.  )<br>_____) | No. 3:05-cr-064-RRB<br><br>**ORDER GRANTING REQUEST**<br>**FOR BAIL HEARING**<br><br>*FILED ON SHORTENED TIME* |

Defendant, Jaimey Kent Sapp, by and through counsel, Libbey Law Offices, LLC, pursuant to Federal Rules of Criminal Procedure 46 and 47, and District of Alaska Local Criminal Rules 46.1 and 47.1, having requested a bail modification hearing on shortened time, and the Court having reviewed the request and any opposition thereto, it is hereby ordered that the request is GRANTED.

PDF created with pdfFactory trial version www.pdffactory.com

A bail hearing is scheduled for _____, 2006 at ____ A.M./P.M.

Dated at Anchorage, Alaska this____day of_____, 2006.

_____
Judge John D. Roberts

This is to certify that the foregoing (including accompanying proposed order) is being delivered electronically to:

Audrey Renschen (counsel for the Government)
Kevin Fitzgerald (co-counsel for the Defendant)

On: 2/2/2006 By: s/Daniel E. Libbey

\\DAN\C_Dan\Dan_Data\NonOPACrim\U.S. v. Jaimey Sapp\Pleadings\Order.request.bail.hrg.02feb2006.wpd

Order Granting Request for Bail Hearing
United States v. Sapp
Case No. A 05-0064CR (RRB)

PDF created with pdfFactory trial version www.pdffactory.com