Daniel E. Libbey
Libbey Law Offices, LLC
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax
email: dlibbey@alaska.net

Co-Counsel for Defendant
Jaimey Kent Sapp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>vs.                          )<br>                             )<br>JAIMEY KENT SAPP,            )<br>                             )<br>            Defendant.       )<br>_____) | No. 3:05-cr-064-RRB<br><br>**NOTICE OF MOOTNESS RE<br>MOTION FOR PROTECTIVE<br>ORDER** |

    Defendant, Jaimey Kent Sapp, by and through counsel, Libbey Law Offices, LLC, notifies the Court that the motion for protective order filed by the Government before trial is hereby moot, and therefore, no response to the motion is necessary. Defendant further requests that the Court inform the parties if it intends to rule on the motion so a timely opposition may be filed.

    Respectfully submitted at Anchorage, Alaska this 2nd

PDF created with pdfFactory trial version www.pdffactory.com

day of February, 2006.

                          LIBBEY LAW OFFICES, LLC
                          Co-Counsel for Defendant

                    By:  s/Daniel E. Libbey
                           Daniel E. Libbey (0012105)
                           604 West 2nd Ave.
                           Anchorage, Alaska 99501
                           (907) 258-1815
                           (907) 258-1822 Fax
                           email: dlibbey@alaska.net

This is to certify that the foregoing (including accompanying proposed order) is being delivered electronically to:

Audrey Renschen (counsel for the Government)
Kevin Fitzgerald (co-counsel for the Defendant)

On: 2/2/2006 By: s/Daniel E. Libbey

Notice of Mootness
United States v. Sapp
Case No. A 05-0064CR (RRB)
                      Page 2 of 2

PDF created with pdfFactory trial version www.pdffactory.com