**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

    UNITED STATES OF AMERICA    v.   JAIMEY KENT SAPP

THE HONORABLE RALPH R. BEISTLINE

CAREER LAW CLERK                             CASE NO.   3:05-CR-064-RRB

John W. Erickson, Jr.                       DATE: February 7, 2006

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                        GRANTING DEFENDANT'S REQUEST FOR BAIL HEARING**

---

        Before the Court is Defendant, Jaimey Kent Sapp ("Defendant"), with a Request for Bail Hearing (Docket No. 43). Having reviewed the same, and noting no opposition thereto, Defendant's request is hereby **GRANTED**.

        A bail hearing is scheduled for **Thursday, February 9, 2006, at 9:00 a.m., in Courtroom 2**.

ORDER GRANTING DEFENDANT'S REQUEST FOR BAIL HEARING