DEBORAH M. SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-064-RRB |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE FEBRUARY 9,** |
| vs. | ) | **2006, BAIL HEARING FOR** |
| | ) | **ONE HOUR** |
| JAIMEY KENT SAPP, | ) | |
| | ) | |
| Defendant. | ) | *FILED ON SHORTENED TIME* |
| | ) | |
| | ) | |

COMES NOW the United States of America by and through counsel, and moves the court to continue the current February 9, 2006, bail hearing for one hour, until 10:00 a.m. This request is based on the unavailability of undersigned counsel.

Undersigned counsel telephoned Mr. Sapp's attorney, Kevin Fitzgerald, and

he does not oppose this request.

Undersigned counsel is unavailable at 9 a.m., due to an earlier commitment to host the Internet Crimes Against Children (ICAC) Task Force Meeting scheduled at 8:30 am, on February 9th, at the United States Attorney's Office.

If the Court would be willing to delay the hearing until 10 a.m., that meeting will not have to be rescheduled.

RESPECTFULLY SUBMITTED this ____ day of February, 2006, at Anchorage, Alaska.

          DEBORAH M. SMITH
          Acting United States Attorney

          s/Audrey J. Renschen
          Assistant U.S. Attorney
          Federal Building & U.S. Courthouse
          222 West Seventh Avenue, Rm 253
          Anchorage, Alaska 99513-7567
          Phone:(907) 271-5071
          Fax: (907) 271-1500
          Email: audrey.renschen@usdoj.gov

I declare under penalty of perjury that
a true and correct copy of the foregoing
was sent electronically to Daniel Libby
& Kevin Fitzgerald, the attorneys of record
in this case on February 7, 2006

s/Audrey J. Renschen
Assistant U.S. Attorney