DEBORAH M. SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-064-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S SENTENCING |
| vs. | ) | MEMORANDUM AND MOTION |
| | ) | FOR UPWARD DEPARTURE TO |
| JAIMEY KENT SAPP, | ) | CONSIDER ALL CRIMINAL |
| | ) | CONDUCT |
| Defendant. | ) | |
| | ) | |

The United States by Assistant United States Attorney Audrey J. Renschen, hereby submits this memorandum for the Imposition of Sentence hearing presently scheduled for Monday, May 15, 2006, at 9:00 a.m.

Pursuant to a plea agreement, the Defendant admitted transferring obscene material to a 14 year old girl, Jane Doe #1, and attempting to transfer obscene material to an apparent 14 year old girl, portrayed by an undercover officer, in violation of 18 U.S.C. 1470.  The United States agreed to dismiss the charges of Attempted Enticement of a Minor Using the Internet, in violation of 18 U.S.C. §

2422(b), eliminating the five-year mandatory minimum sentence exposure, but retaining the option to move for an upward departure under U.S.S.G. §§ 5K2.0(a)(3)[1] and 5K2.21[2].

The United States agrees with the factual findings set forth in the Presentence Report. However, under the Sentencing Guidelines, §§ 5K2.0(a)(3), 5K2.21, and 2G 1.3, those factual findings merit the more serious offense level 23:

> *BASE OFFENSE LEVEL PER §2G1.3(a)* .................... 24
>
> *USE OF COMPUTER TO ENTICE §2G1.3(b)(3)* ............. +2
>
> *SUBTOTAL* ........................................... 26
>
> *ACCEPTANCE OF RESPONSIBILITY* ....................... -3
>
> *TOTAL* .............................................. 23
>
> *CRIMINAL HISTORY* .................................... I
>
> *SENTENCING RANGE* ........................ 46-57 months

**The United States Sentencing Guidelines Plainly Authorize Upward Sentencing**

---

[1] DEPARTURES BASED ON CIRCUMSTANCES PRESENT TO A DEGREE NOT ADEQUATELY TAKEN INTO CONSIDERATION.—A departure may be warranted in an exceptional case, even though the circumstance that forms the basis for the departure is taken into consideration in determining the guideline range, if the court determines that such circumstance is present in the offense to a degree substantially in excess of, or substantially below, that which ordinarily is involved in that kind of offense.

[2] The court may depart upward to reflect the actual seriousness of the offense based on conduct (1) underlying a charge dismissed as part of a plea agreement in the case, or underlying a potential charge not pursued in the case as part of a plea agreement or for any other reason; and (2) that did not enter into the determination of the applicable guideline range.

**Departures Based on Sapp's Child Enticement**

Amendment 604 to the Guidelines, effective November 1, 2000, plainly permits sentencing courts to consider as a basis for an upward departure aggravating conduct that is dismissed or not charged in connection with a plea agreement. See U.S.S.G. App. C, para. 604 (2001); U.S.S.G. § 5K2.21 (stating that courts may consider conduct "underlying a charge dismissed as part of a plea agreement in the case ⋯ that did not enter into the determination of the applicable guideline range"). Because the Guidelines permit courts to "consider, without limitation, any information concerning the background, character and conduct of the defendant,"U.S.S.G. § 1B1.4, this court can, and should, increase Sapp's offense level by seven levels, to that of a child enticement crime under 18 U.S.C. § 2422(b). U.S. v. Barragan-Espinoza, 350 F.3d 978, 98s (9th Cir. 2003).

An upward departure is also authorized under the more general Sentencing Guideline §5K2.0, which authorizes an upward departure when circumstances are present that are not taken into account by the crime of conviction.  Here, the transfer of obscene material to a minor, described in the "background" note for § 2G3.1 as mostly being "directed to offenses involving distribution for pecuniary gain", is far less serious than actual attempts to entice children to have illicit sex.

**Recommendation**

The United States is **recommending a sentence of 52 months**, and **a supervised release period of 3 years**.

This recommendation is based on Sapp's attempts to entice children to meet him and have illegal sexual contact or intercourse. The computer log evidence submitted with this memorandum contains all of the conversations between Sapp and the 14 year old "hot_jackie_14_in_alaska", as well as other conversations Sapp had with other apparent children. These computer logs demonstrate that Sapp's conviction conduct was not an isolated or aberrational Internet "dalliance", but was only one part of his on-going internet prowling to entice children to have sex with him. The mid-range (rather than top of the range) recommendation credits Sapp's decision to plead guilty and spare the 14 year old Jane Doe #1, from having to testify.

The United States also recommends that this Court also follow the specific supervision conditions recommended by the Presentence Report writer, including, but not be limited to: restrictions about unsupervised contact with minor children, and restrictions on computer access.

**Sapp Used the Internet to Contact an Apparent 14-year-old Girl**

Beginning on March 10, and continuing until July 12, 2005, Jaimey Kent

Sapp, a 32 year old man, used the Instant Messenger service Yahoo Messenger, and the screen name "local_nawty_boy", to contact "hot_jackie_14_in_alaska", a person he learned was a fourteen year old Anchorage girl. Almost immediately during the first conversation, Sapp engaged her in explicitly sexual "chat", asking if she had ever experienced sex, or masturbated, and then directing her how to masturbate, and offering to have sexual intercourse with her. Sapp continued the conversations for over 4 months. At various time, Sapp cautioned the girl to keep their Internet conversations and potential encounters secret, warning her that he could go to jail because of her youth.

**Sapp Transferred an Obscene Picture to the Girl He Believed Was 14**

In their second conversation, on March 23, 2005, in the course of Sapp's sexual enticement of "hot_jackie_14_in_alaska", Sapp transferred a picture of an adult male exposing his erect penis – that he tells her is "a pic of my dick".

**Sapp Arranged to Meet the Girl to "Devirginize" Her**

During June 2005, Sapp groomed the girl he believed was 14, by offering to teach her about sex, to get together with her, to actually have sex with her, "to take it slow and teach you." In addition to providing tutorials on how he could help her lose her virginity, Sapp arranged to meet her at a playground to follow through on his plans. Sapp did not appear for the planned first meeting. After failing to appear,

he apologized profusely, explaining his fear of being caught, and going to jail.

By mid-July, Sapp overcame his fear of being caught and going to jail. He again contacted "hot_jackie_14_in_alaska" on the Internet, and asked her to meet him at a playground, so he could pick her up and have sex with her. After arranging the time and place, Sapp appeared there on July 12, 2005, and while looking around the playground, sent a text message to "hot_jackie_14_in_alaska" saying "I'm here, where are you?". Minutes later, Sapp was arrested.

"hot_jackie_14_in_alaska" was actually an undercover officer, Senior Special Agent Kevin Laws (SSA Laws), of Immigration and Customs Enforcement (ICE), who was investigating adults using the Internet to sexually exploit children. SSA Laws arrested Sapp on July 12, 2005, when he arrived at Oceanview Elementary School to meet the fourteen year old girl, "Jackie".

After Sapp was arrested, agents conducted a search of his person and his workplace. Sapp had a thumb drive, a BlackBerry, and a cell phone with him. Agents found several computers that Sapp used in his workplace. Subsequent searches of those items revealed evidence of electronic chats and contacts between the defendant and "hot_jackie_14_in_alaska". There was also evidence that Sapp engaged in numerous other online and offline communications, that are attached to this memorandum.

## Sapp's Enticement of Another 14 Year Old Girl, and Transfer of Obscene Material

Using the screen name "barebackcountryboy", Sapp contacted another fourteen year old Anchorage girl, Jane Doe #1, on February 11, 2005, attempting to entice her to have sex, and sending her a picture of his penis.

**Conversation joined at Fri Feb 11 21:25:29 2005.**

**barebackcountryboy (Fri Feb 11 21:25:29 2005): youre a cutie**
**qt_thang0909 (Fri Feb 11 21:25:42 2005):** look at mi pic dogg
**barebackcountryboy (Fri Feb 11 21:26:01 2005):** i did
**qt_thang0909 (Fri Feb 11 21:26:12 2005):** ohh
**qt_thang0909 (Fri Feb 11 21:26:13 2005):** i c
**qt_thang0909 (Fri Feb 11 21:26:14 2005):** lol
**barebackcountryboy (Fri Feb 11 21:26:22 2005):** naughty girl?
**qt_thang0909 (Fri Feb 11 21:26:42 2005):** once in a while
**barebackcountryboy (Fri Feb 11 21:26:52 2005):** sexually naughty?
**qt_thang0909 (Fri Feb 11 21:27:00 2005):** once is a while
**barebackcountryboy (Fri Feb 11 21:27:21 2005):** want a big dick?
**qt_thang0909 (Fri Feb 11 21:27:35 2005):** how old are you?
**barebackcountryboy (Fri Feb 11 21:27:40 2005):** 22
**qt_thang0909 (Fri Feb 11 21:27:48 2005):** ya know imma 14
**barebackcountryboy (Fri Feb 11 21:28:01 2005):** does it bother you im 22?
**qt_thang0909 (Fri Feb 11 21:28:18 2005):** no
**barebackcountryboy (Fri Feb 11 21:28:31 2005):** can you see my pic over there?
**barebackcountryboy (Fri Feb 11 21:28:36 2005):** ~~~~~~~~~~~>>>>>
**qt_thang0909 (Fri Feb 11 21:28:56 2005):** no...
**barebackcountryboy (Fri Feb 11 21:29:27 2005):** click on the figure over there
**qt_thang0909 (Fri Feb 11 21:30:05 2005):** you like young gurls?

**Conversation joined at Fri Feb 11 21:32:46 2005.**

**barebackcountryboy (Fri Feb 11 21:32:46 2005): sure, why?**
**barebackcountryboy (Fri Feb 11 21:32:56 2005):** like older guys?
**qt_thang0909 (Fri Feb 11 21:32:57 2005):** i dont know
**qt_thang0909 (Fri Feb 11 21:33:02 2005):** not really
**qt_thang0909 (Fri Feb 11 21:33:03 2005):** lol
**qt_thang0909 (Fri Feb 11 21:33:10 2005):** i thik they are nasty lookin
**qt_thang0909 (Fri Feb 11 21:33:11 2005):** lol
**qt_thang0909 (Fri Feb 11 21:33:18 2005):** no offence
**barebackcountryboy (Fri Feb 11 21:33:19 2005):** lol
**barebackcountryboy (Fri Feb 11 21:33:23 2005):** it all good
**barebackcountryboy (Fri Feb 11 21:33:30 2005):** like nawty pics?
**qt_thang0909 (Fri Feb 11 21:33:49 2005):** i dunno
**qt_thang0909 (Fri Feb 11 21:33:56 2005):** havent realy ever saw one
**barebackcountryboy (Fri Feb 11 21:34:07 2005):** wanna see my equipment?

**qt_thang0909 (Fri Feb 11 21:34:42 2005):** uummm shure
**barebackcountryboy (Fri Feb 11 21:35:36 2005):** Look over there~~~~~~~~~~~~~~~~>>>
**qt_thang0909 (Fri Feb 11 21:35:57 2005):** lol
**barebackcountryboy (Fri Feb 11 21:36:06 2005):** like?
**qt_thang0909 (Fri Feb 11 21:36:12 2005):** not really
**qt_thang0909 (Fri Feb 11 21:36:13 2005):** lol
**barebackcountryboy (Fri Feb 11 21:36:17 2005):** ok
**barebackcountryboy (Fri Feb 11 21:36:18 2005):** lol
**qt_thang0909 (Fri Feb 11 21:36:56 2005):** i never did anything sexual befroe
**qt_thang0909 (Fri Feb 11 21:36:59 2005):** before
**qt_thang0909 (Fri Feb 11 21:37:00 2005):** lol
**qt_thang0909 (Fri Feb 11 21:37:04 2005):** thas why
**barebackcountryboy (Fri Feb 11 21:37:10 2005):** ahh, youre a virgin
**qt_thang0909 (Fri Feb 11 21:37:44 2005):** yeah
**qt_thang0909 (Fri Feb 11 21:37:46 2005):** well
**barebackcountryboy (Fri Feb 11 21:37:55 2005):** nothin wrong with that
**qt_thang0909 (Fri Feb 11 21:38:42 2005):** i knwo
**qt_thang0909 (Fri Feb 11 21:38:54 2005):** im not gonna have sex for a long time
**barebackcountryboy (Fri Feb 11 21:39:20 2005):** i asked if you were sexually nawty and you said once in awhile, so, i assumed you had

**Conversation joined at Fri Feb 11 21:40:09 2005.**

**qt_thang0909 (Fri Feb 11 21:40:09 2005):** well ya see i give bjs and stuff
**qt_thang0909 (Fri Feb 11 21:40:13 2005):** but never sex
**barebackcountryboy (Fri Feb 11 21:40:25 2005):** lmao...ok **(FYI: lmao=laughing my ass off)**
**barebackcountryboy (Fri Feb 11 21:40:38 2005):** you ever been eaten?
**qt_thang0909 (Fri Feb 11 21:40:50 2005):** eeww i think thats nasty
**qt_thang0909 (Fri Feb 11 21:40:52 2005):** no
**barebackcountryboy (Fri Feb 11 21:41:23 2005):** lmao...you'd suck a guys cock, but you think you being eaten is nasty?
**qt_thang0909 (Fri Feb 11 21:41:46 2005):** YAH
**barebackcountryboy (Fri Feb 11 21:41:51 2005):** lmao
**barebackcountryboy (Fri Feb 11 21:42:00 2005):** will you suck mine?
**barebackcountryboy (Fri Feb 11 21:42:00 2005):** lol
**qt_thang0909 (Fri Feb 11 21:42:21 2005):** no
**barebackcountryboy (Fri Feb 11 21:42:33 2005):** why? lol
**barebackcountryboy (Fri Feb 11 21:43:13 2005):** its just another dick...lol

## Sapp Repeatedly Attempted to Entice Young Girls

Sapp's computer shows he was out hunting other young girls, on at least ten occasions other than those contacts with 14 year old "Jackie" and 14 year old "Jane Doe #1". Some of the young girls had the presence of mind to quickly escape conversations when they learned Sapp's age. Others quit the conversation when they learned Sapp was seeking to have sex with them.

Sapp even acknowledges in two of the conversations that he knows the impropriety of propositioning children.  To one 15 year old girl, Sapp says, "im not a pedo or not even close, but I think 15 is old enough to make their own decision..14, no, but 15 yea." To another 15 year old girl, Sapp says "i dont think 15 is too young, but different people see it differnet[sic] ways...depends on the situation I guess."

**Sapp Poses a Real Danger to Children**

As this court has noted in other sentencing hearings, adults who use the Internet to entice children, take advantage of children's curiosity and vulnerability.  Children think they know everything, but do not recognize their naivete because they have not had sufficient life experiences.  Children look up to professed sexual experience.  An adult who uses the Internet to invade a family's home and take advantage of a child's curiosity and vulnerability is a true danger, and deserves to be sentenced in accordance with that serious conduct.

For all of these reasons, the United States urges this court to sentence Sapp to

a period not less than 52 months, and the maximum supervised release period of 3 years.

RESPECTFULLY SUBMITTED THIS <u>8th</u> day of May, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: audrey.reschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8th, 2006
a copy of the foregoing was served
electronically on Kevin Fitzgerald
& Dan Libby,

s/ Audrey Renschen