**Conversation joined at Mon Dec 13 22:53:57 2004.**

**barebackcountryboy (Mon Dec 13 22:53:57 2004):** hey, i haven't talked to you in awhile

**Conversation joined at Mon Dec 13 22:55:22 2004.**

**sneakingguysinmyroomsalotoffun (Mon Dec 13 22:55:22 2004):** i guess not
**barebackcountryboy (Mon Dec 13 22:55:49 2004):** still in Anchorage?
**sneakingguysinmyroomsalotoffun (Mon Dec 13 22:56:40 2004):** yea
**barebackcountryboy (Mon Dec 13 22:56:50 2004):** how old r u now?
**sneakingguysinmyroomsalotoffun (Mon Dec 13 22:57:16 2004):** 14

**Conversation joined at Mon Dec 13 22:57:46 2004.**

**barebackcountryboy (Mon Dec 13 22:57:46 2004):** still naughty?
**sneakingguysinmyroomsalotoffun (Mon Dec 13 22:58:18 2004):** i guess
**barebackcountryboy (Mon Dec 13 22:58:29 2004):** u guess?
**barebackcountryboy (Mon Dec 13 22:58:38 2004):** i like your new pic
**sneakingguysinmyroomsalotoffun (Mon Dec 13 22:59:30 2004):** ty
**barebackcountryboy (Mon Dec 13 22:59:46 2004):** want to play with me sometime?
**sneakingguysinmyroomsalotoffun (Mon Dec 13 23:00:34 2004):** ok

**Conversation joined at Mon Dec 13 23:01:11 2004.**

**barebackcountryboy (Mon Dec 13 23:01:11 2004):** sex?
**sneakingguysinmyroomsalotoffun (Mon Dec 13 23:01:30 2004):** ok
**barebackcountryboy (Mon Dec 13 23:01:42 2004):** when?
**sneakingguysinmyroomsalotoffun (Mon Dec 13 23:01:54 2004):** i dont care
**barebackcountryboy (Mon Dec 13 23:02:11 2004):** will u be homw tomorrow?
**sneakingguysinmyroomsalotoffun (Mon Dec 13 23:02:39 2004):** yea
**barebackcountryboy (Mon Dec 13 23:02:44 2004):** what time?
**sneakingguysinmyroomsalotoffun (Mon Dec 13 23:03:12 2004):** before school is ok
**barebackcountryboy (Mon Dec 13 23:03:21 2004):** before school?
**sneakingguysinmyroomsalotoffun (Mon Dec 13 23:03:29 2004):** yea
**barebackcountryboy (Mon Dec 13 23:03:47 2004):** what time is good?
**sneakingguysinmyroomsalotoffun (Mon Dec 13 23:04:36 2004):** like 7
**barebackcountryboy (Mon Dec 13 23:04:48 2004):** whats your name and number?
**barebackcountryboy (Mon Dec 13 23:05:38 2004):** i'll call you in the morning

**Conversation joined at Mon Dec 13 23:08:33 2004.**

**barebackcountryboy (Mon Dec 13 23:08:33 2004):** well?
**barebackcountryboy (Mon Dec 13 23:09:32 2004):** you want to?
**barebackcountryboy (Mon Dec 13 23:10:46 2004):** how big of a dick can you handle?
**barebackcountryboy (Mon Dec 13 23:12:34 2004):** well, i guess youre not interested

**Conversation joined at Mon Dec 13 23:16:04 2004.**

**barebackcountryboy (Mon Dec 13 23:16:04 2004):** look me up when you want some dick sexy.....

**Conversation joined at Sat Jan 08 00:08:43 2005.**

**barebackcountryboy (Sat Jan 08 00:08:43 2005):** hey sexy, how ya been?
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:09:04 2005):** fine
**barebackcountryboy (Sat Jan 08 00:09:15 2005):** miss me? lol
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:09:31 2005):** i guess
**barebackcountryboy (Sat Jan 08 00:09:35 2005):** j/k
**barebackcountryboy (Sat Jan 08 00:09:52 2005):** so, when you gonna sneak me in your room? lol
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:10:07 2005):** when ever
**barebackcountryboy (Sat Jan 08 00:10:24 2005):** check my profile
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:10:32 2005):** k brb
**barebackcountryboy (Sat Jan 08 00:11:27 2005):** like it?
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:11:32 2005):** wow
**barebackcountryboy (Sat Jan 08 00:11:42 2005):** think you'd wanna ride that one?
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:11:52 2005):** maybe
**barebackcountryboy (Sat Jan 08 00:11:59 2005):** why not sure?
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:12:19 2005):** ok sure
**barebackcountryboy (Sat Jan 08 00:12:52 2005):** when?
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:13:40 2005):** i dont care anytime
**barebackcountryboy (Sat Jan 08 00:13:45 2005):** where?
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:14:13 2005):** in my bed
**barebackcountryboy (Sat Jan 08 00:14:22 2005):** where is your bed?
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:14:38 2005):** in anch
**barebackcountryboy (Sat Jan 08 00:14:53 2005):** where in Anch...lol
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:15:35 2005):** hummmm
**barebackcountryboy (Sat Jan 08 00:17:01 2005):** well? you think you could handle it?
**barebackcountryboy (Sat Jan 08 00:18:05 2005):** would you suck it?
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:18:16 2005):** yea
**barebackcountryboy (Sat Jan 08 00:18:21 2005):** is that really you in the profile?
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:18:29 2005):** yea
**barebackcountryboy (Sat Jan 08 00:18:37 2005):** nice pussy
**barebackcountryboy (Sat Jan 08 00:18:45 2005):** i wanna fuck you badly
**sneakingguysinmyroomsalotoffun (Sat Jan 08 00:18:59 2005):** oh really
**barebackcountryboy (Sat Jan 08 00:19:03 2005):** yeah
**barebackcountryboy (Sat Jan 08 00:19:12 2005):** you want it in the ass?
**barebackcountryboy (Sat Jan 08 00:20:29 2005):** well?
**barebackcountryboy (Sat Jan 08 00:21:02 2005):** you want to?
**barebackcountryboy (Sat Jan 08 00:22:30 2005):** well?
**barebackcountryboy (Sat Jan 08 00:22:51 2005):** i wanna eat your pussy till you cum
**barebackcountryboy (Sat Jan 08 00:23:41 2005):** but you gotta tell me when and where
**barebackcountryboy (Sat Jan 08 00:24:40 2005):** i guess not

**Conversation joined at Sun Jan 09 22:19:48 2005.**

**barebackcountryboy (Sun Jan 09 22:19:48 2005):** youre a hottie
**downwithclowns (Sun Jan 09 22:19:54 2005):** thankx
**downwithclowns (Sun Jan 09 22:19:59 2005):** asl
**downwithclowns (Sun Jan 09 22:19:59 2005):** ?
**barebackcountryboy (Sun Jan 09 22:20:07 2005):** whats ur age?
**downwithclowns (Sun Jan 09 22:20:19 2005):** 13
**downwithclowns (Sun Jan 09 22:20:19 2005):** u
**downwithclowns (Sun Jan 09 22:20:20 2005):** ??
**barebackcountryboy (Sun Jan 09 22:20:36 2005):** no way...i would have thought you were 17
**barebackcountryboy (Sun Jan 09 22:20:40 2005):** im 25
**barebackcountryboy (Sun Jan 09 22:20:51 2005):** ru a nawty girl?
**downwithclowns (Sun Jan 09 22:21:19 2005):** ummmm........yeah sumtime
**barebackcountryboy (Sun Jan 09 22:21:28 2005):** like nawty pics?
**barebackcountryboy (Sun Jan 09 22:22:48 2005):** sexually active?
**barebackcountryboy (Sun Jan 09 22:23:33 2005):** hello?
**barebackcountryboy (Sun Jan 09 22:23:40 2005):** want me to go away?

**Conversation joined at Tue Jan 11 17:57:58 2005.**

**barebackcountryboy (Tue Jan 11 17:57:58 2005):** shy?

**Conversation joined at Tue Jan 11 17:58:16 2005.**

**o0osxso0o (Tue Jan 11 17:58:16 2005):** shy?
**o0osxso0o (Tue Jan 11 17:58:19 2005):** am i?
**barebackcountryboy (Tue Jan 11 17:58:22 2005):** yeah
**o0osxso0o (Tue Jan 11 17:59:07 2005):** nah
**o0osxso0o (Tue Jan 11 17:59:16 2005):** im pretty out going
**barebackcountryboy (Tue Jan 11 17:59:32 2005):** kewl
**barebackcountryboy (Tue Jan 11 17:59:36 2005):** nawty?
**o0osxso0o (Tue Jan 11 17:59:53 2005):** no
**barebackcountryboy (Tue Jan 11 18:00:01 2005):** ok, sorry

**Conversation joined at Tue Jan 11 18:00:10 2005.**

**o0osxso0o (Tue Jan 11 18:00:10 2005):** ah, it's ok
**o0osxso0o (Tue Jan 11 18:00:25 2005):** doesn't hurt to ask a question
**barebackcountryboy (Tue Jan 11 18:01:13 2005):** ok, im just looking for a playmate

**Conversation joined at Tue Jan 11 18:01:23 2005.**

**o0osxso0o (Tue Jan 11 18:01:23 2005):** oh
**o0osxso0o (Tue Jan 11 18:01:34 2005):** sorry i can't help there, but im a good friend
**barebackcountryboy (Tue Jan 11 18:01:48 2005):** right on...
**barebackcountryboy (Tue Jan 11 18:01:51 2005):** bf?
**o0osxso0o (Tue Jan 11 18:01:56 2005):** yea
**barebackcountryboy (Tue Jan 11 18:02:01 2005):** cool
**o0osxso0o (Tue Jan 11 18:02:38 2005):** asl?
**barebackcountryboy (Tue Jan 11 18:03:05 2005):** 28/m/Anch
**o0osxso0o (Tue Jan 11 18:04:13 2005):** eh, 15 f anch
**barebackcountryboy (Tue Jan 11 18:04:23 2005):** ahh, ok
**o0osxso0o (Tue Jan 11 18:04:28 2005):** lol yea
**barebackcountryboy (Tue Jan 11 18:04:40 2005):** its all good...
**barebackcountryboy (Tue Jan 11 18:06:14 2005):** im not a pedo or not even close, but I think 15 is old enough
to make their own decision..14, no, but 15 yea

**Conversation joined at Tue Jan 11 18:06:46 2005.**

**o0osxso0o (Tue Jan 11 18:06:46 2005):** hmm.. yea
**barebackcountryboy (Tue Jan 11 18:09:40 2005):** well, i got to get moving...got some things to look up
**barebackcountryboy (Tue Jan 11 18:09:44 2005):** nice to meet you
**o0osxso0o (Tue Jan 11 18:10:29 2005):** yea you too
**o0osxso0o (Tue Jan 11 18:10:31 2005):** bye

**Conversation joined at Fri Feb 11 18:03:35 2005.**

**barebackcountryboy (Fri Feb 11 18:03:35 2005):** asl?

**Conversation joined at Fri Feb 11 18:03:40 2005.**

**lovely1_15 (Fri Feb 11 18:03:40 2005):** aslpzl
**barebackcountryboy (Fri Feb 11 18:03:58 2005):** m/anch
**lovely1_15 (Fri Feb 11 18:04:37 2005):** age plz
**barebackcountryboy (Fri Feb 11 18:04:44 2005):** 21
**lovely1_15 (Fri Feb 11 18:05:09 2005):** sry
**lovely1_15 (Fri Feb 11 18:05:14 2005):** im 15/f/anchorage
**lovely1_15 (Fri Feb 11 18:05:22 2005):** do u still wanna chat?
**lovely1_15 (Fri Feb 11 18:05:27 2005):** if it ok
**lovely1_15 (Fri Feb 11 18:05:36 2005):** (brownish/redish hair,110lbs,5'4',honey eyes,slim)!!!! and im native,asian, and hawiian
**barebackcountryboy (Fri Feb 11 18:05:46 2005):** it doesnt matter to me.....age isnt a problem with me
**barebackcountryboy (Fri Feb 11 18:06:15 2005):** what matters is if you wanna talk to a nawty guy
**barebackcountryboy (Fri Feb 11 18:07:36 2005):** i guess not.....
**lovely1_15 (Fri Feb 11 18:07:49 2005):** yea
**lovely1_15 (Fri Feb 11 18:07:51 2005):** i do
**barebackcountryboy (Fri Feb 11 18:08:01 2005):** r u the nawty type?
**lovely1_15 (Fri Feb 11 18:09:33 2005):** why
**barebackcountryboy (Fri Feb 11 18:09:39 2005):** just curious
**barebackcountryboy (Fri Feb 11 18:10:07 2005):** lemme guess, you still a virgin?
**lovely1_15 (Fri Feb 11 18:10:21 2005):** naw
**lovely1_15 (Fri Feb 11 18:10:26 2005):** hell naw
**barebackcountryboy (Fri Feb 11 18:11:07 2005):** got a bf?
**lovely1_15 (Fri Feb 11 18:11:34 2005):** naw
**barebackcountryboy (Fri Feb 11 18:11:47 2005):** like sex?
**lovely1_15 (Fri Feb 11 18:12:01 2005):** yea
**lovely1_15 (Fri Feb 11 18:12:03 2005):** but naw
**lovely1_15 (Fri Feb 11 18:12:21 2005):** it remed me when i got raped
**barebackcountryboy (Fri Feb 11 18:12:35 2005):** oh, i see
**barebackcountryboy (Fri Feb 11 18:13:03 2005):** like nawty pics?
**lovely1_15 (Fri Feb 11 18:13:18 2005):** u better see i dont wanna chat with a blind person
**lovely1_15 (Fri Feb 11 18:13:20 2005):** LOL
**barebackcountryboy (Fri Feb 11 18:13:52 2005):** well, if you want some one to make good sex with ya lemme know....
**barebackcountryboy (Fri Feb 11 18:13:54 2005):** LOL
**lovely1_15 (Fri Feb 11 18:14:23 2005):** send it
**lovely1_15 (Fri Feb 11 18:14:24 2005):** k
**barebackcountryboy (Fri Feb 11 18:14:37 2005):** what? my naughty pic?
**lovely1_15 (Fri Feb 11 18:15:07 2005):** yea
**lovely1_15 (Fri Feb 11 18:15:09 2005):** plz
**barebackcountryboy (Fri Feb 11 18:16:26 2005):** i'm sending you a file transfer
**barebackcountryboy (Fri Feb 11 18:16:45 2005):** accept it
**barebackcountryboy (Fri Feb 11 18:17:27 2005):** you there?
**lovely1_15 (Fri Feb 11 18:17:36 2005):** yea
**barebackcountryboy (Fri Feb 11 18:17:56 2005):** did you get the file transfer?
**lovely1_15 (Fri Feb 11 18:18:17 2005):** my compture is old sry
**barebackcountryboy (Fri Feb 11 18:18:38 2005):** did you get the file transfer?
**barebackcountryboy (Fri Feb 11 18:18:56 2005):** can you see my pic over there?~~~~~~~~~~>>
**barebackcountryboy (Fri Feb 11 18:20:13 2005):** http://profiles.yahoo.com/local_nawty_boy
**barebackcountryboy (Fri Feb 11 18:20:31 2005):** there, look at profile
**barebackcountryboy (Fri Feb 11 18:20:57 2005):** see it?
**barebackcountryboy (Fri Feb 11 18:22:13 2005):** well, i guess i'll go then...lata

**Conversation joined at Wed Jan 12 19:52:18 2005.**

**barebackcountryboy (Wed Jan 12 19:52:18 2005):** youre cute
**blueeyedangel004 (Wed Jan 12 19:52:35 2005):** asl
**barebackcountryboy (Wed Jan 12 19:52:49 2005):** 23/m/Anch
**blueeyedangel004 (Wed Jan 12 19:53:11 2005):** 15/f/palmer
**barebackcountryboy (Wed Jan 12 19:53:18 2005):** not in Anch huh?
**blueeyedangel004 (Wed Jan 12 19:53:32 2005):** not any more in the valley now
**barebackcountryboy (Wed Jan 12 19:53:43 2005):** naughty girl?
**blueeyedangel004 (Wed Jan 12 19:54:16 2005):** LOL
**barebackcountryboy (Wed Jan 12 19:54:32 2005):** what?

**Conversation joined at Tue May 10 11:59:33 2005.**

**barebackcountryboy (Tue May 10 11:59:33 2005):** youre a cutie

**Conversation joined at Tue May 10 11:59:46 2005.**

**aksoccerbabe18 (Tue May 10 11:59:46 2005):** haha thanks
**barebackcountryboy (Tue May 10 12:00:06 2005):** like naughty guys?
**aksoccerbabe18 (Tue May 10 12:00:41 2005):** depends...how old are u?
**barebackcountryboy (Tue May 10 12:01:05 2005):** how old is too old for you?
**aksoccerbabe18 (Tue May 10 12:02:03 2005): how old are u?**
**barebackcountryboy (Tue May 10 12:02:10 2005):** im 23
**barebackcountryboy (Tue May 10 12:02:22 2005):** youre 18?
**aksoccerbabe18 (Tue May 10 12:02:39 2005): no...im 14... 18 is my soccer #**
**barebackcountryboy (Tue May 10 12:02:49 2005):** oh..
**barebackcountryboy (Tue May 10 12:03:04 2005):** you looked 18
**aksoccerbabe18 (Tue May 10 12:03:17 2005):** lol
**barebackcountryboy (Tue May 10 12:03:33 2005):** i'm lookin for a naughty gurl
**barebackcountryboy (Tue May 10 12:04:18 2005):** i assume that isnt you then ehh?
**barebackcountryboy (Tue May 10 12:04:21 2005):** lol
**aksoccerbabe18 (Tue May 10 12:05:08 2005): lol well not if ur 23**
**barebackcountryboy (Tue May 10 12:05:23 2005):** like naughty pics?
**aksoccerbabe18 (Tue May 10 12:06:42 2005): ok...well imgonna leave...cuz ur a lil old...and im not so sure im ok wiht this...**
**barebackcountryboy (Tue May 10 12:07:17 2005):** ok, im sorry i made you uncomfortable, i just wanted to chat
**barebackcountryboy (Tue May 10 12:08:44 2005):** cuties like yourself are usually curious, i just wanted to see if you were. I'll go away though because i don't want you to feel uncomfortable...i'm sorry
**barebackcountryboy (Tue May 10 12:09:49 2005):** nice to meet you though....add me to your list if you ever wanna just chat. ok?
**barebackcountryboy (Tue May 10 12:10:00 2005):** you seem nice

**Conversation joined at Fri May 20 15:29:49 2005.**

**barebackcountryboy (Fri May 20 15:29:49 2005):** depends on what you wanna chat about...lol
**courtney_kinegak2001 (Fri May 20 15:29:57 2005):** i dunno asl plz
**barebackcountryboy (Fri May 20 15:30:22 2005):** 25/m/Anch
**courtney_kinegak2001 (Fri May 20 15:30:29 2005):** kool
**courtney_kinegak2001 (Fri May 20 15:30:40 2005):** 15/f/anchorage will be 16 next month
**barebackcountryboy (Fri May 20 15:30:54 2005):** cool
**barebackcountryboy (Fri May 20 15:31:00 2005):** virgin?
**courtney_kinegak2001 (Fri May 20 15:31:17 2005):** yep
**barebackcountryboy (Fri May 20 15:31:28 2005):** like naughty pics?
**courtney_kinegak2001 (Fri May 20 15:31:33 2005):** ohyeah
**barebackcountryboy (Fri May 20 15:31:46 2005):** can you see my pic over there?~~~~~>>>>>
**courtney_kinegak2001 (Fri May 20 15:32:27 2005):** i cant i am using the old messenger
**barebackcountryboy (Fri May 20 15:32:43 2005):** ok, can you veiw profiles?
**courtney_kinegak2001 (Fri May 20 15:32:54 2005):** yes
**courtney_kinegak2001 (Fri May 20 15:33:24 2005):** there is no pic in ur pro
**barebackcountryboy (Fri May 20 15:33:28 2005):** http://profiles.yahoo.com/local_nawty_boy
**barebackcountryboy (Fri May 20 15:33:31 2005):** look again
**courtney_kinegak2001 (Fri May 20 15:33:48 2005):** how sexxy
**barebackcountryboy (Fri May 20 15:33:55 2005):** like that?
**courtney_kinegak2001 (Fri May 20 15:34:00 2005):** ohyeah
**barebackcountryboy (Fri May 20 15:34:07 2005):** want it in you?
**courtney_kinegak2001 (Fri May 20 15:34:16 2005):** oh yeah so badly
**barebackcountryboy (Fri May 20 15:34:24 2005):** when?
**courtney_kinegak2001 (Fri May 20 15:34:28 2005):** i dunno u pick
**barebackcountryboy (Fri May 20 15:34:35 2005):** i can right now
**courtney_kinegak2001 (Fri May 20 15:34:42 2005):** ok
**courtney_kinegak2001 (Fri May 20 15:34:47 2005):** what time
**barebackcountryboy (Fri May 20 15:34:55 2005):** where are you?
**courtney_kinegak2001 (Fri May 20 15:35:17 2005):** my house
**barebackcountryboy (Fri May 20 15:35:27 2005):** can we do it there?
**courtney_kinegak2001 (Fri May 20 15:35:38 2005):** nope there r people here
**barebackcountryboy (Fri May 20 15:35:45 2005):** where can you go?
**courtney_kinegak2001 (Fri May 20 15:36:44 2005):** i dunno
**barebackcountryboy (Fri May 20 15:36:54 2005):** you seriously want it?
**courtney_kinegak2001 (Fri May 20 15:37:00 2005):** sure
**barebackcountryboy (Fri May 20 15:37:19 2005):** i'm not wanting a relationship now, ok?
**barebackcountryboy (Fri May 20 15:37:54 2005):** you ok with that?
**courtney_kinegak2001 (Fri May 20 15:38:06 2005):** well i was lookin for a relstionship
**barebackcountryboy (Fri May 20 15:38:23 2005):** it still doesnt mean we will only do it once
**barebackcountryboy (Fri May 20 15:38:40 2005):** we can do it often
**courtney_kinegak2001 (Fri May 20 15:38:46 2005):** i dunno
**barebackcountryboy (Fri May 20 15:38:54 2005):** its totally up to you
**courtney_kinegak2001 (Fri May 20 15:39:02 2005):** i will think about it
**courtney_kinegak2001 (Fri May 20 15:39:18 2005):** hey wats ur name
**barebackcountryboy (Fri May 20 15:39:22 2005):** James
**barebackcountryboy (Fri May 20 15:39:24 2005):** yours?
**courtney_kinegak2001 (Fri May 20 15:39:34 2005):** courtney
**barebackcountryboy (Fri May 20 15:39:45 2005):** cute name
**courtney_kinegak2001 (Fri May 20 15:39:51 2005):** thanks
**courtney_kinegak2001 (Fri May 20 15:40:38 2005):** but hey can i ttyl i am about to go do somethin
**barebackcountryboy (Fri May 20 15:40:42 2005):** ok

**Conversation joined at Fri May 20 15:40:47 2005.**

**courtney_kinegak2001 (Fri May 20 15:40:47 2005):** ttyl buh bye

**Conversation joined at Mon Jun 06 13:24:01 2005.**

**barebackcountryboy (Mon Jun 06 13:24:01 2005):** hello
**barebackcountryboy (Mon Jun 06 13:24:04 2005):** asl?

**Conversation joined at Mon Jun 06 13:24:23 2005.**

**bernie_luv_u_1 (Mon Jun 06 13:24:23 2005):** 15-f-anch:-S>>>>u?
**bernie_luv_u_1 (Mon Jun 06 13:24:37 2005):** I am 2 younge sorry
**barebackcountryboy (Mon Jun 06 13:25:08 2005):** too young for?
**bernie_luv_u_1 (Mon Jun 06 13:25:17 2005):** everthin
**barebackcountryboy (Mon Jun 06 13:25:35 2005):** ok, later then

**Conversation joined at Mon Jun 06 13:26:34 2005.**

**barebackcountryboy (Mon Jun 06 13:26:34 2005):** are you a naughty girl?
**barebackcountryboy (Mon Jun 06 13:26:38 2005):** lol

**Conversation joined at Mon Jun 06 13:27:00 2005.**

**bernie_luv_u_1 (Mon Jun 06 13:27:00 2005):** ummmmmmmmmm. okay then bye it is really nun of your buzness sorry

**Conversation joined at Mon Jul 11 18:43:43 2005.**

**barebackcountryboy (Mon Jul 11 18:43:43 2005):** which in the pic are you?
**island_hottie_16 (Mon Jul 11 18:43:52 2005):** whos this?
**barebackcountryboy (Mon Jul 11 18:44:02 2005):** just a guy in Anchorage looking to chat
**island_hottie_16 (Mon Jul 11 18:44:12 2005):** oh yea...how old are you/
**barebackcountryboy (Mon Jul 11 18:44:18 2005):** 23
**island_hottie_16 (Mon Jul 11 18:44:39 2005):** aaawww...well im 15
**barebackcountryboy (Mon Jul 11 18:44:50 2005):** aww, thats too bad then i guess...
**island_hottie_16 (Mon Jul 11 18:44:59 2005):** yea it is
**barebackcountryboy (Mon Jul 11 18:46:00 2005):** i dont think 15 is too young, but different people see it
differnet ways....depends on the situation i guess
**island_hottie_16 (Mon Jul 11 18:46:16 2005):** i think 23 is to old
**barebackcountryboy (Mon Jul 11 18:46:28 2005):** thats understandable
**island_hottie_16 (Mon Jul 11 18:46:34 2005):** :D
**barebackcountryboy (Mon Jul 11 18:46:43 2005):** i respect that
**island_hottie_16 (Mon Jul 11 18:46:48 2005):** o
**barebackcountryboy (Mon Jul 11 18:47:04 2005):** i guess i've bugged you enough cutie, i better go...
**island_hottie_16 (Mon Jul 11 18:47:11 2005):** ok buh bye
**barebackcountryboy (Mon Jul 11 18:47:23 2005):** bye bye

```
                                031005.txt
hot_jackie_14_in_alaska (5:59:30 PM): hay 14-F-Anch
hot_jackie_14_in_alaska (5:59:31 PM): N U
hot_jackie_14_in_alaska (6:01:19 PM): U here??????????????????/
local_nawty_boy (6:02:30 PM): brb, sorry
hot_jackie_14_in_alaska (6:02:34 PM): k
local_nawty_boy (6:05:05 PM): so, got a pic?
hot_jackie_14_in_alaska (6:05:27 PM): WOW that was like fast huh
local_nawty_boy (6:05:35 PM): what?
hot_jackie_14_in_alaska (6:05:41 PM): the pic thingy
local_nawty_boy (6:05:48 PM): just asking
local_nawty_boy (6:06:27 PM): bf?
hot_jackie_14_in_alaska (6:06:53 PM): not now
local_nawty_boy (6:07:11 PM): like nawty guys?
hot_jackie_14_in_alaska (6:07:32 PM): like mean NO
local_nawty_boy (6:07:46 PM): mean?
local_nawty_boy (6:08:01 PM): ever had sex?
hot_jackie_14_in_alaska (6:08:18 PM): why should i tell U
local_nawty_boy (6:08:50 PM): i'm just curious....you would know what nawty meant if
you had
hot_jackie_14_in_alaska (6:09:32 PM): yea like i NO what it means silly
local_nawty_boy (6:10:44 PM): well, i was just curious if you were naughty like that
hot_jackie_14_in_alaska (6:11:04 PM): WOW an we just met 2
hot_jackie_14_in_alaska (6:11:05 PM): lol
local_nawty_boy (6:11:28 PM): and whats wrong with that?
hot_jackie_14_in_alaska (6:11:42 PM): hmmm nothin guess
hot_jackie_14_in_alaska (6:11:43 PM): lol
local_nawty_boy (6:12:15 PM): im looking for a nawty gurl who wants sex...lol
hot_jackie_14_in_alaska (6:13:23 PM): your sooooooooooooo bad lol
local_nawty_boy (6:13:32 PM): you like that?
hot_jackie_14_in_alaska (6:14:07 PM): maybe
local_nawty_boy (6:15:00 PM): are you cute?
hot_jackie_14_in_alaska (6:15:22 PM): momz sayz i am
hot_jackie_14_in_alaska (6:15:26 PM): yea i am
local_nawty_boy (6:15:40 PM): intrested in sex?
hot_jackie_14_in_alaska (6:15:49 PM): kinda
hot_jackie_14_in_alaska (6:15:50 PM): maybe
local_nawty_boy (6:16:10 PM): let me guess...never done it but want to explore?
hot_jackie_14_in_alaska (6:16:34 PM): yea so what
local_nawty_boy (6:16:58 PM): nothing wrong with that
hot_jackie_14_in_alaska (6:17:32 PM): hay whatz your ASL PLZ
local_nawty_boy (6:18:18 PM): how old is to old for you to play with?
hot_jackie_14_in_alaska (6:18:36 PM): mean like with kids toys an stuff
hot_jackie_14_in_alaska (6:18:41 PM): i dont play no more
local_nawty_boy (6:18:59 PM): no, like how old is too old for you to be sexual with?
hot_jackie_14_in_alaska (6:19:16 PM): ????
local_nawty_boy (6:19:45 PM): if you wanted to experiment with a guy, how old is too
old?
hot_jackie_14_in_alaska (6:20:04 PM): ???? like old is like 50 i guess
hot_jackie_14_in_alaska (6:20:06 PM): ????
local_nawty_boy (6:20:28 PM): im 26, is that too old?
hot_jackie_14_in_alaska (6:20:41 PM): hahahahaha thatz like not old silly
local_nawty_boy (6:21:10 PM): so, how much you wanna know about sex?
hot_jackie_14_in_alaska (6:21:43 PM): hmm lotza stuff i guess
local_nawty_boy (6:21:59 PM): you wanna know what it feels like?
hot_jackie_14_in_alaska (6:22:26 PM): my gf said it kinda hurt
local_nawty_boy (6:23:14 PM): it does a little at the first time it goes in...but
after that it is nice....
hot_jackie_14_in_alaska (6:23:34 PM): REALLY
local_nawty_boy (6:23:43 PM): yes
local_nawty_boy (6:24:47 PM): anything else you wanna  know?
hot_jackie_14_in_alaska (6:25:14 PM): your not like a killer er really mean R U
local_nawty_boy (6:25:36 PM): no, not at all...i just love good sex....
hot_jackie_14_in_alaska (6:25:46 PM): ????
                                 Page 1
```

031005.txt
hot_jackie_14_in_alaska (6:25:47 PM): k
local_nawty_boy (6:26:04 PM): where in Anchorage are you?
hot_jackie_14_in_alaska (6:26:09 PM): south
local_nawty_boy (6:26:19 PM): kewl, im on east
hot_jackie_14_in_alaska (6:27:04 PM): whatz your name nawty
local_nawty_boy (6:27:11 PM): anything else you curious about?
local_nawty_boy (6:27:15 PM): im James
hot_jackie_14_in_alaska (6:27:23 PM): hi james im jackie
hot_jackie_14_in_alaska (6:27:27 PM): nice ta meet ya
local_nawty_boy (6:27:54 PM): nice to meet you jackie
hot_jackie_14_in_alaska (6:27:57 PM): ty
local_nawty_boy (6:28:04 PM): so, what do you look like?
hot_jackie_14_in_alaska (6:28:40 PM): 5 2 brown blue eye bout 125
local_nawty_boy (6:29:17 PM): pretty
local_nawty_boy (6:29:31 PM): ever played with yourself?
hot_jackie_14_in_alaska (6:29:37 PM): ooowwww no
local_nawty_boy (6:30:01 PM): why not? its a good way to get an idea of what sex
feels like
hot_jackie_14_in_alaska (6:30:19 PM): oowww that like lezbo stuff
local_nawty_boy (6:30:31 PM): no its not silly....
hot_jackie_14_in_alaska (6:30:38 PM): is so
local_nawty_boy (6:31:35 PM): exploring yourself is only learning what feels good to
you....lezbo stuff is when you have another woman doing the playing...lol
hot_jackie_14_in_alaska (6:32:35 PM): hmmm k
local_nawty_boy (6:33:42 PM): you should try it sometime....just gently slip your
middle finger in and move it around trying to find what you like.....try it right
now....
hot_jackie_14_in_alaska (6:33:57 PM): ooowwww nope nope nope
local_nawty_boy (6:34:05 PM): why?
hot_jackie_14_in_alaska (6:34:13 PM): just cuz
local_nawty_boy (6:34:16 PM): scared?
local_nawty_boy (6:34:20 PM): nervous?
hot_jackie_14_in_alaska (6:34:24 PM): hmm yea so
local_nawty_boy (6:34:50 PM): im only trying to help you...had you rather me slip my
penis in you?
hot_jackie_14_in_alaska (6:35:10 PM): WOW ?????
local_nawty_boy (6:35:20 PM): would you want to?
hot_jackie_14_in_alaska (6:35:33 PM): someday ??????????
local_nawty_boy (6:35:50 PM): sure if you wanted i could teach you
hot_jackie_14_in_alaska (6:35:58 PM): REALLY
local_nawty_boy (6:36:34 PM): sure...but you realize theres a big difference in age
and if you told someone i'd get in alot of trouble
hot_jackie_14_in_alaska (6:36:48 PM): hahaha like no way
local_nawty_boy (6:37:02 PM): like no way what?
hot_jackie_14_in_alaska (6:37:11 PM): in trouble
local_nawty_boy (6:37:20 PM): you dont think i would?
hot_jackie_14_in_alaska (6:37:26 PM): ??????
local_nawty_boy (6:37:38 PM): i would....
hot_jackie_14_in_alaska (6:37:50 PM): yea an like mom would freek
local_nawty_boy (6:38:31 PM): thats why you could never tell, cause you mom could
have me sent to jail for about 20 years
hot_jackie_14_in_alaska (6:38:46 PM): OMG me 2????????????????
local_nawty_boy (6:38:57 PM): not you no
local_nawty_boy (6:39:30 PM): just me, because the law doesnt think that a 14 yr old
can make their own sexual decisions
hot_jackie_14_in_alaska (6:39:41 PM): yea whatever
hot_jackie_14_in_alaska (6:39:49 PM): lioke i do all my own stuff ya no
local_nawty_boy (6:39:54 PM): yeah
local_nawty_boy (6:41:10 PM): i would teach you all kinds of nice sexual stuff..lol
hot_jackie_14_in_alaska (6:41:33 PM): only done like a lil stuff
local_nawty_boy (6:41:40 PM): like what?
hot_jackie_14_in_alaska (6:41:52 PM): u gotta promise not ta tell on me
local_nawty_boy (6:42:05 PM): i wouldnt ever

031005.txt

local_nawty_boy (6:42:42 PM): tell me
local_nawty_boy (6:42:48 PM): what youve done
hot_jackie_14_in_alaska (6:43:11 PM): hmm rubbed aguyz thingy
local_nawty_boy (6:43:25 PM): thats kewl, is that it?
hot_jackie_14_in_alaska (6:43:41 PM): an he touch my titz
local_nawty_boy (6:43:57 PM): and?
hot_jackie_14_in_alaska (6:44:06 PM): dont wanna tell u
local_nawty_boy (6:44:26 PM): why?
hot_jackie_14_in_alaska (6:44:31 PM): scared
local_nawty_boy (6:44:52 PM): sweetie, it will let me know what you need to learn
hot_jackie_14_in_alaska (6:45:24 PM): put his thingy in my mouth
local_nawty_boy (6:45:43 PM): and?
hot_jackie_14_in_alaska (6:45:49 PM): is all
local_nawty_boy (6:46:02 PM): did you suck it?
hot_jackie_14_in_alaska (6:46:19 PM): a lil  !!!
local_nawty_boy (6:46:31 PM): did you like it?
hot_jackie_14_in_alaska (6:46:50 PM): not real ly
local_nawty_boy (6:46:59 PM): what didnt you like?
hot_jackie_14_in_alaska (6:47:13 PM): kinda smell funnie
local_nawty_boy (6:47:19 PM): lol...
local_nawty_boy (6:47:21 PM): ok
local_nawty_boy (6:48:18 PM): well, you just had a sexual experiment....you found that you dont like sucking a guys penis...lots of women do...and they all "smell" different
hot_jackie_14_in_alaska (6:49:02 PM): k
local_nawty_boy (6:49:59 PM): so, you never been touched in your pants?
hot_jackie_14_in_alaska (6:50:23 PM): like on my pantz yea
local_nawty_boy (6:50:33 PM): but not in them?
local_nawty_boy (6:51:53 PM): so, what would you like to do with me?
hot_jackie_14_in_alaska (6:52:37 PM): not like on my skin silly
local_nawty_boy (6:53:08 PM): think youd want to try real sex?
hot_jackie_14_in_alaska (6:53:18 PM): kinda scary bout that
local_nawty_boy (6:53:28 PM): what scares you?
hot_jackie_14_in_alaska (6:53:38 PM): hurtin an gettn prego
local_nawty_boy (6:53:47 PM): you had a period yet?
hot_jackie_14_in_alaska (6:54:05 PM): no !!!!
hot_jackie_14_in_alaska (6:54:06 PM): Y
local_nawty_boy (6:54:25 PM): you cant get prego if you havent had a period silly
hot_jackie_14_in_alaska (6:54:35 PM): REALLY
hot_jackie_14_in_alaska (6:54:38 PM): REALLY
local_nawty_boy (6:54:57 PM): yeah...and i would be gentle so it wouldn't hurt you....
hot_jackie_14_in_alaska (6:55:15 PM): u gotta promise !!!!!!!!!!!!!!!!!!!!
local_nawty_boy (6:55:33 PM): i swear...if it hurts to much, i would stop ok?
hot_jackie_14_in_alaska (6:55:46 PM): promise
local_nawty_boy (6:55:52 PM): i promise....
hot_jackie_14_in_alaska (6:55:56 PM): thx
local_nawty_boy (6:56:22 PM): i just dont want you to fear something that feels so good
local_nawty_boy (6:56:56 PM): have you ever watched on tv two people having sex?
hot_jackie_14_in_alaska (6:57:09 PM): hahaha on my puter
local_nawty_boy (6:57:28 PM): did you like it?
hot_jackie_14_in_alaska (6:57:38 PM): maybe
local_nawty_boy (6:57:49 PM): it gave you butterflies huh?
hot_jackie_14_in_alaska (6:58:04 PM): an made my head kinda hurt 2
local_nawty_boy (6:58:20 PM): what size are your titz?
hot_jackie_14_in_alaska (6:58:27 PM): 32b
local_nawty_boy (6:58:38 PM): kewl, nice size
hot_jackie_14_in_alaska (6:58:45 PM): really
hot_jackie_14_in_alaska (6:58:46 PM): thx
local_nawty_boy (6:58:52 PM): i like that size
local_nawty_boy (6:59:03 PM): i dont like Really big titz
local_nawty_boy (6:59:23 PM): so, when could you do it without getting caught?

031005.txt

hot_jackie_14_in_alaska (6:59:33 PM): ?????
hot_jackie_14_in_alaska (6:59:39 PM): kinda scary now
local_nawty_boy (7:00:10 PM): no, imjust speaking generally....
local_nawty_boy (7:00:27 PM): do you have time at you place during the day when youre alone?
hot_jackie_14_in_alaska (7:00:38 PM): OMG like NO WAY
local_nawty_boy (7:00:58 PM): so, how could we meet?
hot_jackie_14_in_alaska (7:01:06 PM): ?????
local_nawty_boy (7:01:26 PM): where did you and that guy do what you did?
hot_jackie_14_in_alaska (7:01:39 PM): hiz room
local_nawty_boy (7:01:46 PM): at his house?
hot_jackie_14_in_alaska (7:01:57 PM): duh no silly
hot_jackie_14_in_alaska (7:03:06 PM): gotta go momz home an yelln 4 me
local_nawty_boy (7:03:30 PM): ok, gonna be on later?
hot_jackie_14_in_alaska (7:03:56 PM): nope nope nope
local_nawty_boy (7:04:04 PM): when will you be again?
hot_jackie_14_in_alaska (7:04:09 PM): moz a bitch bitch bitch
hot_jackie_14_in_alaska (7:04:12 PM): momz
local_nawty_boy (7:04:29 PM): you get on before she gets home from work?
hot_jackie_14_in_alaska (7:04:35 PM): yuppers
local_nawty_boy (7:04:44 PM): well, how about tomorrow?
local_nawty_boy (7:04:55 PM): what time you get home from school?
hot_jackie_14_in_alaska (7:05:00 PM): k
hot_jackie_14_in_alaska (7:05:11 PM): bout like 330
local_nawty_boy (7:05:25 PM): ok, i'l see you then cutie....
local_nawty_boy (7:05:29 PM): :-*
hot_jackie_14_in_alaska (7:05:37 PM): thx by c ya later alley gater
local_nawty_boy (7:05:46 PM): u too....

032305.txt

local_nawty_boy (5:19:16 PM): hey sexy, how ya been?
hot_jackie_14_in_alaska (5:19:49 PM): GREAT N U
hot_jackie_14_in_alaska (5:20:14 PM): yeeeeeeeeaaaaaaaaaaa SPRING BREAK
local_nawty_boy (5:21:41 PM): doing good
local_nawty_boy (5:22:21 PM): right on
hot_jackie_14_in_alaska (5:22:51 PM): yup yup yup thx
local_nawty_boy (5:23:15 PM): got a pic yet?
hot_jackie_14_in_alaska (5:23:58 PM): i gave u one didn i???????????????
local_nawty_boy (5:24:02 PM): no
hot_jackie_14_in_alaska (5:24:12 PM): duh sorry
hot_jackie_14_in_alaska (5:24:26 PM): promise ta give me yours back
local_nawty_boy (5:24:37 PM): yeah
hot_jackie_14_in_alaska (5:24:42 PM): cool thx
hot_jackie_14_in_alaska (5:25:58 PM): get it??????????????????????????
local_nawty_boy (5:26:04 PM): try again
hot_jackie_14_in_alaska (5:26:07 PM): k
local_nawty_boy (5:26:59 PM): is it giving you a error message?
hot_jackie_14_in_alaska (5:27:14 PM): noppper
local_nawty_boy (5:27:20 PM): oh ok....
local_nawty_boy (5:27:25 PM): can u email it?
hot_jackie_14_in_alaska (5:27:35 PM): yup 4 sure can
local_nawty_boy (5:27:40 PM): spar_ky27@yahoo.com
hot_jackie_14_in_alaska (5:27:46 PM): just a sec
hot_jackie_14_in_alaska (5:27:46 PM): k
local_nawty_boy (5:27:50 PM): ok
local_nawty_boy (5:28:16 PM): so, you still wanna do it with me?
hot_jackie_14_in_alaska (5:30:18 PM): mail man
hot_jackie_14_in_alaska (5:30:19 PM): lol
hot_jackie_14_in_alaska (5:30:33 PM): no mail girl
hot_jackie_14_in_alaska (5:30:34 PM): lol
local_nawty_boy (5:31:02 PM): youre cute....
hot_jackie_14_in_alaska (5:31:11 PM): thx:D
local_nawty_boy (5:31:20 PM): you still wanna do it with me?
hot_jackie_14_in_alaska (5:31:29 PM): what/
local_nawty_boy (5:31:34 PM): sex
hot_jackie_14_in_alaska (5:31:42 PM):  lol sorry
hot_jackie_14_in_alaska (5:31:46 PM): yea
hot_jackie_14_in_alaska (5:31:54 PM): gotta c your pic 1 tho
local_nawty_boy (5:31:58 PM): ok
hot_jackie_14_in_alaska (5:32:15 PM): gotta promise your not like a killer er
somethin 2
local_nawty_boy (5:32:26 PM): no im not
local_nawty_boy (5:33:48 PM): can u see my pic over there? ~~~~~~~~~~>>>>>
hot_jackie_14_in_alaska (5:34:03 PM): nope nope nope
local_nawty_boy (5:34:16 PM): click on the figure
hot_jackie_14_in_alaska (5:34:32 PM): nuitin happens
local_nawty_boy (5:35:02 PM): ok
local_nawty_boy (5:35:25 PM): wanna see a nawty pic? lol
hot_jackie_14_in_alaska (5:35:30 PM): of U
local_nawty_boy (5:35:36 PM): yeah
hot_jackie_14_in_alaska (5:35:46 PM): LOL how nasty
local_nawty_boy (5:36:10 PM): a pic of my dick
hot_jackie_14_in_alaska (5:36:25 PM): wow thatz kinda cool
local_nawty_boy (5:36:33 PM): wanna see?
hot_jackie_14_in_alaska (5:36:39 PM): yuppers
hot_jackie_14_in_alaska (5:37:39 PM): i cant c itB-)
local_nawty_boy (5:37:52 PM): hang on a sec
hot_jackie_14_in_alaska (5:37:54 PM): k
local_nawty_boy (5:38:40 PM): http://profiles.yahoo.com/local_nawty_boy
hot_jackie_14_in_alaska (5:39:38 PM): wow thatz kinda big huh
local_nawty_boy (5:39:53 PM): it looks bigger in tha pic....
hot_jackie_14_in_alaska (5:40:32 PM): can i c your sexy face 2 PLZ PLZ PLZ

032305.txt
local_nawty_boy (5:40:52 PM): http://profiles.yahoo.com/local_nawty_boy
hot_jackie_14_in_alaska (5:41:38 PM): wow cool beard thingy
local_nawty_boy (5:41:47 PM): lol, you like me?
hot_jackie_14_in_alaska (5:42:02 PM): yea your kinda a hottie
hot_jackie_14_in_alaska (5:42:07 PM): :">
local_nawty_boy (5:42:10 PM): lol, if you say so...lol
hot_jackie_14_in_alaska (5:42:39 PM): huh your like like mean er nothin R
U?????????????????
local_nawty_boy (5:43:10 PM): no, not at all...i just like sex alot...lol
hot_jackie_14_in_alaska (5:43:34 PM): cool  i didn go all the way yet tho
hot_jackie_14_in_alaska (5:43:37 PM): U no huh
local_nawty_boy (5:43:56 PM): yeah, but if you want to i'll be gentle with you
hot_jackie_14_in_alaska (5:44:06 PM): PROMISE
local_nawty_boy (5:44:14 PM): i promise
hot_jackie_14_in_alaska (5:44:15 PM): cuz my gf said it like hurts the 1 time
local_nawty_boy (5:44:39 PM): well, it depends on how its done....
hot_jackie_14_in_alaska (5:44:47 PM): ?????
local_nawty_boy (5:45:14 PM): have to make it nice and slick...lol
hot_jackie_14_in_alaska (5:45:22 PM): oh ahahahah
hot_jackie_14_in_alaska (5:45:24 PM): k
local_nawty_boy (5:45:37 PM): so, you want to tomorrow?
hot_jackie_14_in_alaska (5:45:43 PM): brb
local_nawty_boy (5:47:00 PM): ok
local_nawty_boy (5:50:27 PM): you there?
hot_jackie_14_in_alaska (5:54:54 PM): back sorry
local_nawty_boy (5:54:57 PM): its ok
local_nawty_boy (5:55:12 PM): so, what are you doing tomorrow?
hot_jackie_14_in_alaska (5:55:25 PM): gotta hang out with mom
hot_jackie_14_in_alaska (5:55:30 PM): shez off
hot_jackie_14_in_alaska (5:55:33 PM): she sucks
local_nawty_boy (5:55:48 PM): what about friday?
hot_jackie_14_in_alaska (5:55:55 PM): cool
hot_jackie_14_in_alaska (5:55:58 PM): where?????????
local_nawty_boy (5:56:11 PM): you gonna be home on friday?
hot_jackie_14_in_alaska (5:56:23 PM): yup
local_nawty_boy (5:56:44 PM): she gonna be working?
hot_jackie_14_in_alaska (5:56:51 PM): yup yup yup
local_nawty_boy (5:57:05 PM): can we do it at your place?
hot_jackie_14_in_alaska (5:57:39 PM): OMG no way if i got cuahg tmom would kill me
local_nawty_boy (5:57:50 PM): can you leave?
hot_jackie_14_in_alaska (5:58:07 PM): yea
hot_jackie_14_in_alaska (5:58:11 PM): 4 a lil while
local_nawty_boy (5:58:24 PM): an hour or so?
hot_jackie_14_in_alaska (5:58:37 PM): no silly bout 3 er 4 er 5 maybe
local_nawty_boy (5:58:45 PM): hours? lol
hot_jackie_14_in_alaska (5:58:51 PM): yea silly
local_nawty_boy (5:58:55 PM): ok...
local_nawty_boy (5:59:26 PM): well, i cant be gone from work that long, but i can
leave work to meet you and go somewhere
hot_jackie_14_in_alaska (5:59:49 PM): yea that cool
local_nawty_boy (5:59:59 PM): where do you live?
hot_jackie_14_in_alaska (6:00:28 PM): south like kinda near the mall
local_nawty_boy (6:00:44 PM): where would i pick you up?
hot_jackie_14_in_alaska (6:00:50 PM): ????
local_nawty_boy (6:01:11 PM): on friday....where you want me to pick you up?
local_nawty_boy (6:02:22 PM): you there?
hot_jackie_14_in_alaska (6:03:29 PM): sorry mom was bitchin at me
local_nawty_boy (6:03:36 PM): oh, its ok
hot_jackie_14_in_alaska (6:03:39 PM): OMG shez such a BITCH
local_nawty_boy (6:03:57 PM): so, where you want to meet you on friady?
local_nawty_boy (6:04:11 PM): friday
local_nawty_boy (6:05:03 PM): u still there?
hot_jackie_14_in_alaska (6:05:16 PM): thinkin
Page 2

032305.txt
local_nawty_boy (6:05:19 PM): ok
local_nawty_boy (6:05:54 PM): you ok with me being an older guy?
hot_jackie_14_in_alaska (6:06:13 PM): yea your like like old silly
hot_jackie_14_in_alaska (6:06:57 PM): hay in the book store place
local_nawty_boy (6:07:41 PM): borders?
hot_jackie_14_in_alaska (6:07:51 PM): yup yup yup
local_nawty_boy (6:07:59 PM): inside?
hot_jackie_14_in_alaska (6:08:19 PM): yuppers
hot_jackie_14_in_alaska (6:08:29 PM): that cool?????????????
local_nawty_boy (6:08:38 PM): what time?
hot_jackie_14_in_alaska (6:08:54 PM): i gotta take the bus ta the mall
so?????????????
local_nawty_boy (6:09:15 PM): why dont i just pick you up at your house?
hot_jackie_14_in_alaska (6:09:31 PM): OMG NO WAY
local_nawty_boy (6:09:40 PM): why not?
hot_jackie_14_in_alaska (6:09:53 PM): scared
local_nawty_boy (6:10:11 PM): of me?
hot_jackie_14_in_alaska (6:10:24 PM): no silly a gettin caught
local_nawty_boy (6:11:00 PM): well, what are you near that you dont have to ride the
bus?
hot_jackie_14_in_alaska (6:11:27 PM): nothin i guess
hot_jackie_14_in_alaska (6:11:40 PM): i take the bus like all the time ya no
local_nawty_boy (6:11:42 PM): whats ur address and let me think....
hot_jackie_14_in_alaska (6:12:20 PM): im right next ta ocenview school
hot_jackie_14_in_alaska (6:12:25 PM): on johns
local_nawty_boy (6:12:31 PM): oh, ok
hot_jackie_14_in_alaska (6:13:15 PM): brb gotta eat real fast
hot_jackie_14_in_alaska (6:13:16 PM): k
local_nawty_boy (6:13:24 PM): well, why not oceanview?
hot_jackie_14_in_alaska (6:13:56 PM): k
local_nawty_boy (6:14:03 PM): time?
hot_jackie_14_in_alaska (6:14:30 PM): mom goes ta work at like 9
local_nawty_boy (6:14:40 PM): how about 10?
hot_jackie_14_in_alaska (6:14:51 PM): wow k
local_nawty_boy (6:14:57 PM): that work?
hot_jackie_14_in_alaska (6:15:18 PM): yea wow yea
local_nawty_boy (6:15:42 PM): ok, i'll meet you on here at 9:30 sharp friday ok?
hot_jackie_14_in_alaska (6:16:04 PM): k
hot_jackie_14_in_alaska (6:16:32 PM): how u be on here an get me by 10 silly
local_nawty_boy (6:16:57 PM): well, be on here at 9 ok?
hot_jackie_14_in_alaska (6:17:23 PM): yea cool cuz i dont wanna wait an freeze my
bum off LOL
local_nawty_boy (6:17:38 PM): thats why i wanna meet on here first
hot_jackie_14_in_alaska (6:17:50 PM): duh sorry
local_nawty_boy (6:18:08 PM): its ok....so, you gonna want to do it friday?
hot_jackie_14_in_alaska (6:18:31 PM): yea u got bring somethin cuz i dont wanna get
prego
local_nawty_boy (6:18:40 PM): i will....
local_nawty_boy (6:18:57 PM): condom will make it easier for you too
hot_jackie_14_in_alaska (6:19:01 PM): PROMISE]
local_nawty_boy (6:19:15 PM): i promise...
hot_jackie_14_in_alaska (6:19:18 PM): thx
hot_jackie_14_in_alaska (6:19:28 PM): u got a way hot ride 2
local_nawty_boy (6:19:47 PM): i got a 2002 tahoe
hot_jackie_14_in_alaska (6:20:05 PM): WOW WOW WOW you like way $$$$$$$$$$$$$$$$$$$$$$$$
hot_jackie_14_in_alaska (6:20:06 PM): huh
local_nawty_boy (6:20:29 PM): i make good dollars
hot_jackie_14_in_alaska (6:20:45 PM): wow itz pimped out
local_nawty_boy (6:21:01 PM): nah its just my everyday ride
local_nawty_boy (6:21:35 PM): i want you to be able to go all the way sexy
hot_jackie_14_in_alaska (6:21:36 PM): cool so whaddya do for all your
$$$$$$$$$$$$$$$$$$$$$$$$
local_nawty_boy (6:21:49 PM): in construction
Page 3

032305.txt
hot_jackie_14_in_alaska (6:22:26 PM): you can go on MTV pimp my ride
hot_jackie_14_in_alaska (6:22:27 PM): lol
local_nawty_boy (6:22:44 PM): nah
local_nawty_boy (6:23:04 PM): so, you want me to lick you down there too?
hot_jackie_14_in_alaska (6:23:32 PM): ??? dont no only gave like ablow couple b4
local_nawty_boy (6:23:55 PM): you ever been licked on your pussy?
hot_jackie_14_in_alaska (6:24:06 PM): nope nope nope
hot_jackie_14_in_alaska (6:24:29 PM): cuz like i was gettin hot with myh old bf an
mom came in she like went freeko
local_nawty_boy (6:24:41 PM): you want me to?
hot_jackie_14_in_alaska (6:25:03 PM): yea been thinkin bout stuff like that kinda a
lot
local_nawty_boy (6:25:18 PM): well, i'll do that too
hot_jackie_14_in_alaska (6:25:43 PM): cool
local_nawty_boy (6:26:10 PM): just keep in mind, i want us to be playmates, not bf
and gf ok?
hot_jackie_14_in_alaska (6:26:24 PM): yea thatz k
local_nawty_boy (6:26:45 PM): i just want you to have someone you can practise sex
with....lol
hot_jackie_14_in_alaska (6:27:10 PM): yea thatz kinda cool huh
local_nawty_boy (6:27:20 PM): only if you think it is...
hot_jackie_14_in_alaska (6:27:35 PM): thatz ok tho huh
local_nawty_boy (6:27:48 PM): you think it is?
hot_jackie_14_in_alaska (6:27:59 PM): hmmm yea kinda so
local_nawty_boy (6:28:08 PM): well, its ok with me....
local_nawty_boy (6:28:20 PM): you gonna let me suck your nipples?
hot_jackie_14_in_alaska (6:28:31 PM): ooooww maybe
hot_jackie_14_in_alaska (6:28:52 PM): your laughin at my cuz i never did all this b4

hot_jackie_14_in_alaska (6:28:52 PM): huh
local_nawty_boy (6:29:04 PM): im not laughing at all....
local_nawty_boy (6:29:09 PM): its serious to me
hot_jackie_14_in_alaska (6:29:51 PM): promise cuz my gf shez 15 an sayz i should
have done it by now
local_nawty_boy (6:30:17 PM): well, you can do it as much as you want with me, ok
local_nawty_boy (6:30:18 PM): ?
hot_jackie_14_in_alaska (6:30:52 PM): yea an ill show nancy i no like way more than
here
local_nawty_boy (6:31:03 PM): lol, yeah
local_nawty_boy (6:32:04 PM): it might sing a lil for a second when it goes in the
first time, but it doesnt hurt after that.....i'll go really slow the first
time...k?
local_nawty_boy (6:32:10 PM): sting
hot_jackie_14_in_alaska (6:32:49 PM): k promise not ta hurt me
hot_jackie_14_in_alaska (6:32:49 PM): k
local_nawty_boy (6:33:10 PM): i promise i'll stop if you dont want me to keep going
ok?
hot_jackie_14_in_alaska (6:33:18 PM): k thx
local_nawty_boy (6:33:39 PM): i think you'll do just fine
local_nawty_boy (6:33:58 PM): we can go to my friends house, he's out of town for a
week
hot_jackie_14_in_alaska (6:34:17 PM): not yourz
local_nawty_boy (6:34:40 PM): i dont wanna get caught there....someone might come
home on friady
local_nawty_boy (6:34:46 PM): friday
hot_jackie_14_in_alaska (6:35:02 PM): yea 4 sure
local_nawty_boy (6:35:04 PM): my friend has a king size bed...lol
hot_jackie_14_in_alaska (6:35:21 PM): where u now?????????/
local_nawty_boy (6:35:27 PM): work, why?
hot_jackie_14_in_alaska (6:35:45 PM): wow your like way late for home huh
local_nawty_boy (6:35:59 PM): umm, a lil....
local_nawty_boy (6:36:11 PM): so, you never played with yourself?
hot_jackie_14_in_alaska (6:36:28 PM): just a lil
Page 4

032305.txt

local_nawty_boy (6:36:50 PM): can you get 2 fingers in you?
hot_jackie_14_in_alaska (6:37:06 PM): did do that just rubed it a lil
local_nawty_boy (6:38:01 PM): when you take a bath next time, stroke 2 fingers in
and out slowly....start with one if you have to...it will help you to get by the
first time
hot_jackie_14_in_alaska (6:38:17 PM): k maybe
local_nawty_boy (6:38:52 PM): ok sweetie, well, i got to run, i'll see you friday
morning at 9 on here....
hot_jackie_14_in_alaska (6:39:08 PM): X-( were ya goin
local_nawty_boy (6:39:21 PM): i got to go get some dinner babe, im hungry
hot_jackie_14_in_alaska (6:39:31 PM): k c ya
hot_jackie_14_in_alaska (6:39:39 PM): c ya 2morrow here?????????????
local_nawty_boy (6:39:46 PM): i'll try.....
local_nawty_boy (6:40:03 PM): ok?
hot_jackie_14_in_alaska (6:40:13 PM): k cool c ya>:D<
local_nawty_boy (6:40:19 PM): :-*

032505.txt

hot_jackie_14_in_alaska (8:05:17 AM): momz sick an shez sendin me 2 my granny in palmer 4 a week
hot_jackie_14_in_alaska (8:05:42 AM): kinda got into a lil trouble SORRY SORRY SORRY:((

042505.txt
local_nawty_boy (4:16:08 PM): when you gonna be online again?

042805.txt
local_nawty_boy (3:32:18 PM): you there?

051205.txt

```
local_nawty_boy (4:35:19 PM): Hey!
local_nawty_boy (4:35:43 PM): how you been?
hot_jackie_14_in_alaska (4:35:53 PM): hay nice pic:)
hot_jackie_14_in_alaska (4:36:00 PM): OMG was in the hospital
local_nawty_boy (4:36:05 PM): why?
hot_jackie_14_in_alaska (4:36:09 PM): think i bout died
hot_jackie_14_in_alaska (4:36:11 PM): LOL
local_nawty_boy (4:36:24 PM): what happened?
hot_jackie_14_in_alaska (4:36:26 PM): pendix broke
local_nawty_boy (4:36:34 PM): ouch!
hot_jackie_14_in_alaska (4:36:40 PM): hahahaha YEA
hot_jackie_14_in_alaska (4:36:53 PM): got my stitches out yesterday
local_nawty_boy (4:37:05 PM): thats cool
local_nawty_boy (4:37:26 PM): so, we gonna try to get together again?
hot_jackie_14_in_alaska (4:37:35 PM): yup yup
local_nawty_boy (4:38:04 PM): when is a good day?
hot_jackie_14_in_alaska (4:38:27 PM): ??? wanna get a lil better
hot_jackie_14_in_alaska (4:38:33 PM): still find hurt
local_nawty_boy (4:38:58 PM): sure, i dont mind waiting
hot_jackie_14_in_alaska (4:39:04 PM): REALLY thx
hot_jackie_14_in_alaska (4:39:08 PM): >:D<
local_nawty_boy (4:39:26 PM): as long as im gonna still be ur first...;)
hot_jackie_14_in_alaska (4:39:43 PM): yea thatz ok tho huh
local_nawty_boy (4:39:50 PM): what?
hot_jackie_14_in_alaska (4:40:03 PM): that U wann be nmy first
local_nawty_boy (4:40:13 PM): as long as its ok with you
hot_jackie_14_in_alaska (4:40:23 PM): yupperz sure
local_nawty_boy (4:40:44 PM): so, you liked my pic?
hot_jackie_14_in_alaska (4:41:04 PM): thatz you on here righy???
local_nawty_boy (4:41:10 PM): yep
hot_jackie_14_in_alaska (4:41:27 PM): yea like yur beard thingy
local_nawty_boy (4:41:34 PM): ty
local_nawty_boy (4:41:52 PM): i bet you'd like it somewhere else too...lol
hot_jackie_14_in_alaska (4:42:08 PM): hahaha yur silly
local_nawty_boy (4:42:45 PM): im going to be going on a trip to Utah on the 22nd
hot_jackie_14_in_alaska (4:42:59 PM): wow never been there
local_nawty_boy (4:43:25 PM): yeah, i got to go to visit some family
local_nawty_boy (4:43:39 PM): but i'll be back June 6
local_nawty_boy (4:43:57 PM): so, you think you'll want to meet before i go?
hot_jackie_14_in_alaska (4:44:24 PM): june is way good cuz school be out
local_nawty_boy (4:44:42 PM): yeah, then you'll be home all day?
hot_jackie_14_in_alaska (4:44:55 PM): yup yup
hot_jackie_14_in_alaska (4:44:58 PM): ALL DAY
local_nawty_boy (4:45:04 PM): cool
local_nawty_boy (4:45:18 PM): think you can wait that long? lol
hot_jackie_14_in_alaska (4:45:30 PM): hahaha can U
local_nawty_boy (4:46:19 PM): i can, but we will play it by ear and if we get an
opportunity before i leave then maybe we can
hot_jackie_14_in_alaska (4:46:42 PM): yea cool
local_nawty_boy (4:47:10 PM): so, do you have a cam?
hot_jackie_14_in_alaska (4:47:19 PM): OMG i wish
hot_jackie_14_in_alaska (4:47:28 PM): mom sayz ill do bad thingz with a cam
hot_jackie_14_in_alaska (4:47:29 PM): lol
local_nawty_boy (4:47:51 PM): lol, does your mom use yahoo?
hot_jackie_14_in_alaska (4:48:18 PM): no she doesnt no anything on the puter
local_nawty_boy (4:48:24 PM): oh
hot_jackie_14_in_alaska (4:48:41 PM): y you lookin for my mom
hot_jackie_14_in_alaska (4:48:44 PM): oooowwwww
local_nawty_boy (4:48:49 PM): no way
local_nawty_boy (4:48:51 PM): lol
local_nawty_boy (4:49:19 PM): you ok?
hot_jackie_14_in_alaska (4:49:31 PM): i better no talkin ta U
```

051205.txt
hot_jackie_14_in_alaska (4:49:41 PM): now
local_nawty_boy (4:49:56 PM): ok
local_nawty_boy (4:50:15 PM): so, you ever played with yourself?
hot_jackie_14_in_alaska (4:50:20 PM): a lil
local_nawty_boy (4:50:36 PM): like it?
hot_jackie_14_in_alaska (4:50:43 PM): yea kinda
local_nawty_boy (4:50:57 PM): stick fingers in you?
hot_jackie_14_in_alaska (4:51:04 PM): oooowww no
local_nawty_boy (4:51:10 PM): what did you do?
hot_jackie_14_in_alaska (4:51:33 PM): jus rub it a lil
local_nawty_boy (4:51:43 PM): oh, ok
hot_jackie_14_in_alaska (4:51:57 PM): saw some pic on here
hot_jackie_14_in_alaska (4:52:04 PM): 2 see how kinda i guess
local_nawty_boy (4:52:16 PM): oh, ok
local_nawty_boy (4:52:36 PM): so, have you wondered about putting fingers in you?
hot_jackie_14_in_alaska (4:52:48 PM): yea some
local_nawty_boy (4:53:16 PM): you should....try it with one finger first and then maybe 2 later....
hot_jackie_14_in_alaska (4:53:35 PM): hmm maybe
hot_jackie_14_in_alaska (4:53:55 PM): had sex class an we were all laughing bout that stuff
local_nawty_boy (4:54:21 PM): lol, yeah, everybody laughs, but they all do it eventually
local_nawty_boy (4:54:30 PM): is your mom home yet?
hot_jackie_14_in_alaska (4:54:55 PM): no prop bout 10 min
local_nawty_boy (4:55:19 PM): oh, i was gonna say that i could call and talk you through it for a minute if you wanted
hot_jackie_14_in_alaska (4:55:33 PM): oooow phone sex thatz groos
local_nawty_boy (4:56:03 PM): well, if its cheezy 1-900 stuff it is
local_nawty_boy (4:56:05 PM): lol
hot_jackie_14_in_alaska (4:56:11 PM): huh
local_nawty_boy (4:56:45 PM): those sex phone lines that guys call...that is discuting...
local_nawty_boy (4:56:51 PM): discusting
hot_jackie_14_in_alaska (4:57:08 PM): yea bet they get the phone all yucky
hot_jackie_14_in_alaska (4:57:10 PM): LOL
local_nawty_boy (4:57:13 PM): lmao
local_nawty_boy (4:57:38 PM): well, try it and tell me how it feels....just use one finger
hot_jackie_14_in_alaska (4:57:57 PM): yea maybe
hot_jackie_14_in_alaska (4:58:10 PM): it syaz yur at work by yur name
local_nawty_boy (4:58:20 PM): its ok to be nervous and shy
local_nawty_boy (4:58:26 PM): i am at work
hot_jackie_14_in_alaska (4:58:39 PM): wow u gotta work all night???????????????????
local_nawty_boy (4:58:55 PM): no, just another half hour or so
hot_jackie_14_in_alaska (4:59:13 PM): yea makin big $$$$$$$$$$$$$$$$$$$$$ huh
local_nawty_boy (4:59:21 PM): yeah, i wish...lol
hot_jackie_14_in_alaska (4:59:50 PM): cool yur the boss then
hot_jackie_14_in_alaska (4:59:57 PM): cuz u get ta chat with me
local_nawty_boy (5:00:05 PM): yep
hot_jackie_14_in_alaska (5:00:18 PM): WOW U are RICH then
local_nawty_boy (5:00:28 PM): not really..lol
local_nawty_boy (5:01:19 PM): so, did i send you my naughty pic?
hot_jackie_14_in_alaska (5:01:26 PM): nope
hot_jackie_14_in_alaska (5:01:28 PM): is it cool
local_nawty_boy (5:01:42 PM): you can see the one over there?~~~~~~~~~~~~~~>>>>>>>>
hot_jackie_14_in_alaska (5:02:03 PM): i cus c you
local_nawty_boy (5:02:16 PM): wanna see my dick?
hot_jackie_14_in_alaska (5:02:30 PM): your gonna get in trouble
hot_jackie_14_in_alaska (5:02:32 PM): LOL
local_nawty_boy (5:02:37 PM): why?
hot_jackie_14_in_alaska (5:02:48 PM): cuz yur at work silly
local_nawty_boy (5:02:58 PM): no, noone is here but me
Page 2

051205.txt
```
hot_jackie_14_in_alaska (5:03:02 PM): k
local_nawty_boy (5:03:26 PM): see it?
hot_jackie_14_in_alaska (5:03:41 PM): OMG is that U?????????
local_nawty_boy (5:03:47 PM): yeah
local_nawty_boy (5:04:01 PM): like it?
hot_jackie_14_in_alaska (5:04:10 PM): yea itz big tho
local_nawty_boy (5:04:20 PM): its not as big as it looks
local_nawty_boy (5:05:10 PM): you there?
hot_jackie_14_in_alaska (5:05:15 PM): yup
hot_jackie_14_in_alaska (5:05:22 PM): had ta shut my door
hot_jackie_14_in_alaska (5:05:24 PM): mom home
local_nawty_boy (5:05:28 PM): oh, ok
local_nawty_boy (5:05:34 PM): so, you excited?
local_nawty_boy (5:05:38 PM): lol
hot_jackie_14_in_alaska (5:05:47 PM): cuz momz home??????
local_nawty_boy (5:05:58 PM): no, cuz you saw my dick
hot_jackie_14_in_alaska (5:06:13 PM): yea itz nice
local_nawty_boy (5:06:32 PM): i'll be really gentle with you ok?
hot_jackie_14_in_alaska (5:06:43 PM): u have 2]
local_nawty_boy (5:07:13 PM): i think i'll let you on top so you can control how
fast it goes in ok?
hot_jackie_14_in_alaska (5:07:47 PM): yea thatz soundz cool
local_nawty_boy (5:08:02 PM): we will see....depends on how nervous you are
local_nawty_boy (5:08:19 PM): i think you'll really like it
hot_jackie_14_in_alaska (5:08:53 PM): me 2
local_nawty_boy (5:09:23 PM): thats kinda why i wanted you to finger yourself....it
will give you an idea of what to expect
hot_jackie_14_in_alaska (5:09:40 PM): gotta go momz bitchen at me
hot_jackie_14_in_alaska (5:09:42 PM): SORRY
local_nawty_boy (5:09:47 PM): ok, bye babe
hot_jackie_14_in_alaska (5:09:47 PM): X-(
hot_jackie_14_in_alaska (5:09:54 PM): c ya
local_nawty_boy (5:09:54 PM): :-*
hot_jackie_14_in_alaska (5:09:59 PM): thx
local_nawty_boy (5:10:05 PM): yw
hot_jackie_14_in_alaska (5:10:06 PM): >:D<:-*:-*
```

051805.txt

```
local_nawty_boy (3:53:41 PM): hey
local_nawty_boy (3:53:57 PM): what ya doin?
hot_jackie_14_in_alaska (3:53:58 PM): hay U
hot_jackie_14_in_alaska (3:54:18 PM): gettin ready ta go eat
local_nawty_boy (3:54:32 PM): where ya goin?
local_nawty_boy (3:55:35 PM): where ya goin to eat?
hot_jackie_14_in_alaska (3:56:51 PM): taco bell with mom
local_nawty_boy (3:57:21 PM): kewl
hot_jackie_14_in_alaska (3:59:32 PM): yea itz my fav place ta eat
local_nawty_boy (4:00:24 PM): right on
local_nawty_boy (4:04:01 PM): well, have fun sexy
hot_jackie_14_in_alaska (4:04:12 PM): thx talk 2 ya soon
hot_jackie_14_in_alaska (4:04:18 PM): bye>:D<

local_nawty_boy (4:05:08 PM): :-*
hot_jackie_14_in_alaska (4:05:15 PM): thx
```

060905.txt

local_nawty_boy (3:10:15 PM): hey cutie
local_nawty_boy (3:10:19 PM): how are ya?
hot_jackie_14_in_alaska (3:10:37 PM): good goo good
local_nawty_boy (3:11:11 PM): cool
hot_jackie_14_in_alaska (3:11:18 PM): how was yur trip?
local_nawty_boy (3:11:27 PM): it was long
local_nawty_boy (3:11:29 PM): lol
hot_jackie_14_in_alaska (3:11:39 PM): bet ya fun tho
local_nawty_boy (3:12:01 PM): just nice to be away though
hot_jackie_14_in_alaska (3:14:55 PM): last<:-P day a school 2 day
local_nawty_boy (3:15:08 PM): yeah!
hot_jackie_14_in_alaska (3:15:29 PM): OMG i jus hate hate hate school
local_nawty_boy (3:15:34 PM): lol
hot_jackie_14_in_alaska (3:16:15 PM): mom said i can get a new puter b4 school nest year tho
local_nawty_boy (3:16:24 PM): kewl
local_nawty_boy (3:17:24 PM): we still gonna get together?
hot_jackie_14_in_alaska (3:19:53 PM): sorry had ta p
hot_jackie_14_in_alaska (3:20:43 PM): what if we get caught:(
local_nawty_boy (3:21:00 PM): how would we get caught?
hot_jackie_14_in_alaska (3:21:07 PM): ?????
local_nawty_boy (3:21:49 PM): we wouldn't get caught
hot_jackie_14_in_alaska (3:22:08 PM): u sure    promise
local_nawty_boy (3:22:41 PM): i'm sure....who would catch us?
hot_jackie_14_in_alaska (3:22:52 PM): ah my mom???
local_nawty_boy (3:23:45 PM): does she come home during the day?
hot_jackie_14_in_alaska (3:23:56 PM): no silly
local_nawty_boy (3:24:42 PM): how would she catch you then?
hot_jackie_14_in_alaska (3:25:03 PM): jus kinda scared cuz i never met someone from here b4
local_nawty_boy (3:25:43 PM): its understandable
local_nawty_boy (3:27:26 PM): well, you don't want to meet?
local_nawty_boy (3:29:53 PM): still there?
hot_jackie_14_in_alaska (3:30:00 PM): yea sorry
hot_jackie_14_in_alaska (3:30:24 PM): jus scared a gettin caight is all
local_nawty_boy (3:30:47 PM): well, we can go somewhere else if you want?
hot_jackie_14_in_alaska (3:31:15 PM): OMG U could  never come here
hot_jackie_14_in_alaska (3:31:22 PM): id be killed 4sure
local_nawty_boy (3:31:28 PM): why?
local_nawty_boy (3:31:29 PM): lol
hot_jackie_14_in_alaska (3:31:48 PM): hahaha yea NOT funny
local_nawty_boy (3:32:39 PM): what do you mean?
hot_jackie_14_in_alaska (3:33:13 PM): i cant meet u at my house
local_nawty_boy (3:33:24 PM): i knew that....lol
hot_jackie_14_in_alaska (3:33:32 PM): oh duh me
hot_jackie_14_in_alaska (3:33:34 PM): sorry
local_nawty_boy (3:33:51 PM): how would you get caught at your house?
local_nawty_boy (3:36:03 PM): you there?
hot_jackie_14_in_alaska (3:36:25 PM): sorry mom was talkin ta me
local_nawty_boy (3:36:35 PM): oh
hot_jackie_14_in_alaska (3:36:40 PM): shez here ALL this week
local_nawty_boy (3:36:47 PM): brb
hot_jackie_14_in_alaska (3:36:50 PM): k
local_nawty_boy (3:56:00 PM): ok, im back
hot_jackie_14_in_alaska (3:56:26 PM): wb:)
hot_jackie_14_in_alaska (3:56:38 PM): have a good time LOL
local_nawty_boy (3:56:48 PM): not as good as we could...lol
hot_jackie_14_in_alaska (3:57:05 PM): hahaha
hot_jackie_14_in_alaska (3:57:09 PM): where R U
local_nawty_boy (3:57:14 PM): work
hot_jackie_14_in_alaska (3:57:24 PM): oooowww that suckz huh
local_nawty_boy (3:57:49 PM): its not too bad today

060905.txt
hot_jackie_14_in_alaska (3:57:56 PM): cool
local_nawty_boy (3:58:14 PM): so, where does your mom work?
hot_jackie_14_in_alaska (3:58:17 PM): were gonna go see the new stars wars
hot_jackie_14_in_alaska (3:58:43 PM): wells fargo
local_nawty_boy (3:58:54 PM): why is she off next week?
hot_jackie_14_in_alaska (3:59:09 PM): no shez off this week silly
local_nawty_boy (3:59:54 PM): what for?
hot_jackie_14_in_alaska (4:00:08 PM): cuz school is over
local_nawty_boy (4:00:31 PM): you gonna be home alone next week?
hot_jackie_14_in_alaska (4:00:45 PM): yea most dayz
local_nawty_boy (4:00:58 PM): we could go to my place
hot_jackie_14_in_alaska (4:01:15 PM): u got a way nice place
local_nawty_boy (4:01:25 PM): pretty nice, why?
hot_jackie_14_in_alaska (4:01:36 PM): jus askin
local_nawty_boy (4:01:49 PM): its on muldoon
hot_jackie_14_in_alaska (4:02:00 PM): dont no where that is
local_nawty_boy (4:03:09 PM): know where tudor road is?
hot_jackie_14_in_alaska (4:03:30 PM): think is that where the animal lace is
hot_jackie_14_in_alaska (4:03:36 PM): place
local_nawty_boy (4:04:25 PM): know where East High school is?
hot_jackie_14_in_alaska (4:04:44 PM): yea
local_nawty_boy (4:05:07 PM): kinda near there
hot_jackie_14_in_alaska (4:05:13 PM): k cool
local_nawty_boy (4:06:22 PM): can you go that far?
hot_jackie_14_in_alaska (4:06:37 PM): wow cant walk that far
local_nawty_boy (4:06:49 PM): i know that silly
hot_jackie_14_in_alaska (4:06:56 PM): oh sorry duh
local_nawty_boy (4:07:56 PM): youre near Oceanview school right?
hot_jackie_14_in_alaska (4:08:02 PM): yup
local_nawty_boy (4:10:01 PM): so, have you done any sexual exploring lately?
hot_jackie_14_in_alaska (4:10:19 PM): no jus thinkin bout it
local_nawty_boy (4:10:45 PM): didn't try fingering yourself yet?
hot_jackie_14_in_alaska (4:10:53 PM): oooowww no
local_nawty_boy (4:11:02 PM): why not?
hot_jackie_14_in_alaska (4:11:05 PM): cuz
local_nawty_boy (4:12:20 PM): ok
local_nawty_boy (4:13:11 PM): so, what all have you thought about?
hot_jackie_14_in_alaska (4:13:28 PM): jus diff stuff i guess
local_nawty_boy (4:14:34 PM): like what? whats your thoughts?
hot_jackie_14_in_alaska (4:14:57 PM): jus thinkin bout how it is the first time is all
local_nawty_boy (4:16:09 PM): well, what about the first time are you curious about specifically?
hot_jackie_14_in_alaska (4:16:26 PM): how bad itz gonna hurt
local_nawty_boy (4:16:50 PM): it doesn't hurt very bad
local_nawty_boy (4:17:43 PM): i have a female friend that told me that it feels like a pin prick for a moment
hot_jackie_14_in_alaska (4:18:07 PM): aaawww thatz doesn hurt
local_nawty_boy (4:18:38 PM): from what she said, youre just sore for awhile afterward
hot_jackie_14_in_alaska (4:18:54 PM): k how old was she the first time
local_nawty_boy (4:19:03 PM): 14-15
hot_jackie_14_in_alaska (4:19:14 PM): REALLY cool
local_nawty_boy (4:19:18 PM): yeah
local_nawty_boy (4:19:31 PM): and i told you that i promise to be easy
hot_jackie_14_in_alaska (4:19:40 PM): yup yup yup
local_nawty_boy (4:19:57 PM): you ever watched any porn?
hot_jackie_14_in_alaska (4:20:16 PM): no seen buncha pics on here tho
local_nawty_boy (4:20:24 PM): yeah, ok
local_nawty_boy (4:20:40 PM): i'll take it slow and teach you
hot_jackie_14_in_alaska (4:20:48 PM): k thx
local_nawty_boy (4:21:18 PM): youre gonna find things that you like more than others as you get older

060905.txt
local_nawty_boy (4:21:45 PM): know what doggie style is?
hot_jackie_14_in_alaska (4:21:53 PM): hahahaha yea
local_nawty_boy (4:22:06 PM): lots of women really like it
hot_jackie_14_in_alaska (4:22:21 PM): ooooowwwww no way not in the but
hot_jackie_14_in_alaska (4:22:24 PM): thatz groos
local_nawty_boy (4:22:35 PM): no silly, doggie style isnt in the butt
local_nawty_boy (4:22:57 PM): its in your puss, just from behind
hot_jackie_14_in_alaska (4:23:16 PM): OMG im so stuped sometime
hot_jackie_14_in_alaska (4:23:25 PM): now im all like my face is red
local_nawty_boy (4:23:42 PM): the guys dick just arches in a differnt way that hits a spot that cant be hit from the front
local_nawty_boy (4:24:11 PM): no need to be embarrased....im not going to make fun of you at all, ok?
hot_jackie_14_in_alaska (4:24:21 PM): yea better not
hot_jackie_14_in_alaska (4:24:25 PM): cuz thatz rude
local_nawty_boy (4:25:23 PM): no, its because youre wanting to learn and i gain a fuckbuddy in the process....i want you to feel comfortable with me...not embarrassed and awkward
hot_jackie_14_in_alaska (4:25:46 PM): hay that doesn sound very nice
local_nawty_boy (4:26:00 PM): what you mean?
hot_jackie_14_in_alaska (4:26:07 PM): that fuck thingy
local_nawty_boy (4:26:21 PM): well, you want to be playmates with me right?
hot_jackie_14_in_alaska (4:26:36 PM): still doesn sound nice tho
local_nawty_boy (4:26:44 PM): its not meant as a bad thing...
local_nawty_boy (4:27:34 PM): its what everybody calls their playmate.....either a fuckbuddy, or if you wish, a play mate, or "friend with benefits"
hot_jackie_14_in_alaska (4:27:51 PM): yea friends soundz WAY better
local_nawty_boy (4:28:09 PM): well, we are friends with benefits then...hows that?
local_nawty_boy (4:28:10 PM): lol
hot_jackie_14_in_alaska (4:28:22 PM): hhahahah k
local_nawty_boy (4:29:19 PM): but, my point is, the more comfortable you are with me, the less tense you'll be the first time and it will hurt even less
hot_jackie_14_in_alaska (4:29:36 PM): k thatz cool
local_nawty_boy (4:29:42 PM): see what i mean?
hot_jackie_14_in_alaska (4:29:48 PM): yupperz
local_nawty_boy (4:30:23 PM): if youre relaxed and comfortable, you'll probably want to do it over and over...lol
local_nawty_boy (4:31:14 PM): still there?
hot_jackie_14_in_alaska (4:31:18 PM): yup yup yup
local_nawty_boy (4:31:56 PM): so, do you have pubic hair or do you shave it or?
hot_jackie_14_in_alaska (4:32:16 PM): oowww dont shave there silly
local_nawty_boy (4:32:44 PM): why not shave it? alot of women do
local_nawty_boy (4:32:53 PM): some like it, some dont
hot_jackie_14_in_alaska (4:33:11 PM): mom sayz i cant shave till im 15
local_nawty_boy (4:33:32 PM): oh, ok
local_nawty_boy (4:34:08 PM): so you have pubic hair then huh?
hot_jackie_14_in_alaska (4:34:16 PM): a lil bit
local_nawty_boy (4:34:29 PM): thats cool
local_nawty_boy (4:34:57 PM): think you'll wanna try sucking me?
hot_jackie_14_in_alaska (4:35:16 PM): dont no maybe i guess
local_nawty_boy (4:35:36 PM): well, we can try it someday maybe
hot_jackie_14_in_alaska (4:35:51 PM): k
local_nawty_boy (4:36:16 PM): the big thing is i want you to get beyond the fear of the "pain"
hot_jackie_14_in_alaska (4:36:28 PM): yea thx
local_nawty_boy (4:36:38 PM): any other questions?
hot_jackie_14_in_alaska (4:36:57 PM): u do it with other gurls the first time
local_nawty_boy (4:37:11 PM): i have, a couple
hot_jackie_14_in_alaska (4:37:22 PM): cool di dthey like it
hot_jackie_14_in_alaska (4:37:26 PM): did
local_nawty_boy (4:37:32 PM): yes
hot_jackie_14_in_alaska (4:37:52 PM): how many gf have u had
local_nawty_boy (4:38:20 PM): less than 8 i think

060905.txt
hot_jackie_14_in_alaska (4:38:30 PM): wow thatz a lot
hot_jackie_14_in_alaska (4:38:36 PM): i had like 2 bf
local_nawty_boy (4:38:47 PM): why dont you have them now?
hot_jackie_14_in_alaska (4:38:58 PM): cuz schoolz out
local_nawty_boy (4:39:01 PM): lol
local_nawty_boy (4:39:22 PM): you like the thought of learning from an older guy?
hot_jackie_14_in_alaska (4:39:42 PM): kinda cuz my bf was like stuped an dtuff
hot_jackie_14_in_alaska (4:40:07 PM): he was like alwayz sayin lets play ps2 an stuff
local_nawty_boy (4:40:18 PM): well, you'll be able to teach tha boys what to do...lol
hot_jackie_14_in_alaska (4:40:35 PM): oooowww dont wanna do that
local_nawty_boy (4:40:57 PM): why? i had an older woman teach me...i thought it was fun
hot_jackie_14_in_alaska (4:41:14 PM): REALLY how old???????????????
local_nawty_boy (4:41:25 PM): i was 16 and she was 27
hot_jackie_14_in_alaska (4:41:35 PM): wow cool
local_nawty_boy (4:42:17 PM): its the perfect opportunity because an older person is going to not make fun and are serious about it
hot_jackie_14_in_alaska (4:42:47 PM): yea 4 sure ya no
local_nawty_boy (4:42:53 PM): yeah...
local_nawty_boy (4:43:04 PM): you just got to promise me one thing....
local_nawty_boy (4:43:11 PM): actually two
hot_jackie_14_in_alaska (4:43:28 PM): gotta no what they r first tho
local_nawty_boy (4:44:20 PM): you can never tell about us.....you can do it with other boys too if you want, but you cant tell about us....and two, we cant "fall in love with each other" ok?
hot_jackie_14_in_alaska (4:44:39 PM): k i promise
hot_jackie_14_in_alaska (4:44:49 PM): u cant tell on me either promise
local_nawty_boy (4:45:16 PM): sweetie, i would get into trouble if i told on you remember?
hot_jackie_14_in_alaska (4:45:31 PM): yea sorry i remember
local_nawty_boy (4:45:43 PM): you dont have to be sorry
local_nawty_boy (4:46:08 PM): but because of stupid state laws, i could go to jail
hot_jackie_14_in_alaska (4:46:30 PM): ???????? k
local_nawty_boy (4:46:39 PM): what?
hot_jackie_14_in_alaska (4:46:57 PM): dont no bout the jail thingy an stuff
local_nawty_boy (4:47:40 PM): well, heres how it works....because you are a minor, you mom or the state could have me arrested for having sex with a minor.....
hot_jackie_14_in_alaska (4:48:03 PM): yea an mom would take my puter an like OMG KILL me
local_nawty_boy (4:48:25 PM): lol, that would be minor compared to what i would face
local_nawty_boy (4:48:27 PM): lol
local_nawty_boy (4:49:00 PM): and she wouldnt kill you, shed blame it all on me
hot_jackie_14_in_alaska (4:49:20 PM): mom alwayz says itz my fault an stuff
local_nawty_boy (4:49:38 PM): she would accuse me of pursuading you, or inticing
hot_jackie_14_in_alaska (4:49:47 PM): huh
local_nawty_boy (4:50:07 PM): she would accuse me of "luring" you to do it
hot_jackie_14_in_alaska (4:50:21 PM): dont no what that means??????
local_nawty_boy (4:51:04 PM): like a fishing lure?  To lure someone to do something
hot_jackie_14_in_alaska (4:51:26 PM): hahaha yur fishing 4 me=))
local_nawty_boy (4:51:51 PM): i would be at fault for making you do it in her eyes
local_nawty_boy (4:52:06 PM): talking you into it
hot_jackie_14_in_alaska (4:52:06 PM): k sorry that was like OMG funny
local_nawty_boy (4:52:15 PM): its ok
local_nawty_boy (4:52:38 PM): so, you understand how serious it is?
hot_jackie_14_in_alaska (4:52:50 PM): yup i do
hot_jackie_14_in_alaska (4:52:53 PM): REALLY
local_nawty_boy (4:53:20 PM): thats why we wouldnt get caught...because i wont take the chance to get caught
hot_jackie_14_in_alaska (4:53:34 PM): way cool thx
local_nawty_boy (4:53:38 PM): i'm helping you because youre a sweetheart
local_nawty_boy (4:53:53 PM): and, honestly, i like sex too
Page 4

060905.txt

local_nawty_boy (4:54:25 PM): but it would be a good opportunity for you to have someone experienced to help you through it
local_nawty_boy (4:54:37 PM): so, we both benefit
hot_jackie_14_in_alaska (4:54:50 PM): yea that soundz nice 2
local_nawty_boy (4:55:13 PM): and youre just dyin for someone to make sweet love to you huh?
hot_jackie_14_in_alaska (4:55:34 PM): hahaha not dying
hot_jackie_14_in_alaska (4:55:36 PM): yur silly
local_nawty_boy (4:55:50 PM): just very intrested then huh?
local_nawty_boy (4:55:53 PM): lol
hot_jackie_14_in_alaska (4:56:08 PM): :">lol
local_nawty_boy (4:56:30 PM): i think you'll really enjoy it
hot_jackie_14_in_alaska (4:56:45 PM): yea not so scared no
hot_jackie_14_in_alaska (4:56:49 PM): now
local_nawty_boy (4:57:14 PM): thats good
local_nawty_boy (4:57:41 PM): cause i'm gonna kiss your sexy lips, and neck....and kiss you all over
hot_jackie_14_in_alaska (4:57:58 PM): yea kisses r nice 4 sure
local_nawty_boy (4:58:16 PM): nice kisses will help you to relax
hot_jackie_14_in_alaska (4:58:58 PM): i gotta get a shower an were gonna go ta taco bell then see star wars
local_nawty_boy (4:59:19 PM): okay sweetie, so we gonna do it next week sometime?
hot_jackie_14_in_alaska (4:59:40 PM): yup
local_nawty_boy (4:59:48 PM): i'm looking forward to it
hot_jackie_14_in_alaska (5:00:00 PM): k c ya >:D<
local_nawty_boy (5:00:04 PM): later babe
local_nawty_boy (5:00:10 PM): :-*

061205.txt

hot_jackie_14_in_alaska (7:37:35 PM): hay where are u  star wars was REALLY cool

061505.txt

```
local_nawty_boy (2:19:49 PM): hey, whatcha doin?
hot_jackie_14_in_alaska (2:20:24 PM): eatin cherries an a apple
local_nawty_boy (2:20:28 PM): lol
hot_jackie_14_in_alaska (2:20:53 PM): whaddya doin???????
local_nawty_boy (2:20:59 PM): working
local_nawty_boy (2:21:10 PM): when you wanna meet?
hot_jackie_14_in_alaska (2:21:11 PM): not hard tho
hot_jackie_14_in_alaska (2:21:12 PM): LOL
local_nawty_boy (2:21:35 PM): true
local_nawty_boy (2:21:47 PM): so, when you wanna meet?
hot_jackie_14_in_alaska (2:22:02 PM): dont know??????????
local_nawty_boy (2:22:32 PM): when you think will be a good tim?
local_nawty_boy (2:22:34 PM): time
hot_jackie_14_in_alaska (2:23:09 PM): gotta be before 6 cuz mom getz home then
local_nawty_boy (2:23:38 PM): you thinking today?
hot_jackie_14_in_alaska (2:24:10 PM): no way mom got a sitter taday
hot_jackie_14_in_alaska (2:24:20 PM): home alone 2morrow tho
local_nawty_boy (2:24:40 PM): ok, well we will try for tomorrow
hot_jackie_14_in_alaska (2:24:57 PM): k
local_nawty_boy (2:25:12 PM): where would we meet?
hot_jackie_14_in_alaska (2:25:32 PM): nto by my house no way
hot_jackie_14_in_alaska (2:25:35 PM): not
local_nawty_boy (2:25:58 PM): how close to Klatt and Johns road are you?
hot_jackie_14_in_alaska (2:26:18 PM): hahahaha i live on john silly
local_nawty_boy (2:26:36 PM): i know, but how close to klatt?
hot_jackie_14_in_alaska (2:26:58 PM): sorry bout 5 minet walk
local_nawty_boy (2:27:31 PM): so, youre between oceanview school and klatt?
hot_jackie_14_in_alaska (2:27:59 PM): sorta i guess
hot_jackie_14_in_alaska (2:28:26 PM): well prob boutr 10 min from klatt but kinda
closer ta the school
local_nawty_boy (2:28:33 PM): ok
local_nawty_boy (2:28:57 PM): how tall did you tell me you were?
hot_jackie_14_in_alaska (2:29:06 PM): 5 4
hot_jackie_14_in_alaska (2:29:38 PM): lol thatz 5 feet
local_nawty_boy (2:29:50 PM): i know
hot_jackie_14_in_alaska (2:29:56 PM): sorry duh me
local_nawty_boy (2:30:19 PM): its ok, what is your breast size?
hot_jackie_14_in_alaska (2:30:36 PM): u mean my bra
hot_jackie_14_in_alaska (2:30:41 PM): 32b
local_nawty_boy (2:31:01 PM): cool
local_nawty_boy (2:32:05 PM): so, you gonna be ok with me undressing you?
hot_jackie_14_in_alaska (2:32:18 PM): kinda scared but think so
local_nawty_boy (2:32:39 PM): well, we can undress in bed
local_nawty_boy (2:32:40 PM): lol
hot_jackie_14_in_alaska (2:33:03 PM): yur not gonna lol at me are U
local_nawty_boy (2:33:16 PM): why would you think i would?
hot_jackie_14_in_alaska (2:33:26 PM): cuz askin
local_nawty_boy (2:33:55 PM): i shouldn't have a reason to laugh at anything
local_nawty_boy (2:34:07 PM): i just hope you dont laugh at me...
hot_jackie_14_in_alaska (2:34:34 PM): yea i dont got yur pic how im gonna no
U??????????
local_nawty_boy (2:34:59 PM): i sent it to you
hot_jackie_14_in_alaska (2:35:11 PM): nope nope nope
local_nawty_boy (2:35:24 PM): whats your email
local_nawty_boy (2:35:26 PM): ?
hot_jackie_14_in_alaska (2:35:42 PM): hot_jackie_14_in_alaska@yahoo.com
local_nawty_boy (2:36:15 PM): ok, hang on
hot_jackie_14_in_alaska (2:36:26 PM): k hurry i dont wanna fall
hot_jackie_14_in_alaska (2:36:28 PM): LOL
local_nawty_boy (2:38:25 PM): ok, itss sent ....subject is: pic of james
local_nawty_boy (2:39:40 PM): get it?
hot_jackie_14_in_alaska (2:39:55 PM): yup yup got it
```

061505.txt
hot_jackie_14_in_alaska (2:40:03 PM): cool
hot_jackie_14_in_alaska (2:40:04 PM): THX
hot_jackie_14_in_alaska (2:40:10 PM): >:D<
local_nawty_boy (2:40:11 PM): ugly?
hot_jackie_14_in_alaska (2:40:23 PM): aawww no way
hot_jackie_14_in_alaska (2:40:34 PM): me yea cuz my braces
local_nawty_boy (2:41:10 PM): no, i dont think so...
hot_jackie_14_in_alaska (2:41:48 PM): brb gonna get somethin ta drink
local_nawty_boy (2:42:06 PM): ok
hot_jackie_14_in_alaska (2:45:31 PM): i jus hate that ya no
local_nawty_boy (2:45:58 PM): what?
hot_jackie_14_in_alaska (2:46:24 PM): wanted a stuped coke but there gone but the box is still there
hot_jackie_14_in_alaska (2:46:29 PM): that SUCKZ
local_nawty_boy (2:46:36 PM): lol, yeah
local_nawty_boy (2:47:06 PM): so, pretty much kissing is as far as you've gone huh?
hot_jackie_14_in_alaska (2:47:25 PM): a lil more
hot_jackie_14_in_alaska (2:47:35 PM): not all the way tho
local_nawty_boy (2:47:50 PM): clothes off?
hot_jackie_14_in_alaska (2:47:59 PM): nope
local_nawty_boy (2:48:18 PM): a guy touching your private?
hot_jackie_14_in_alaska (2:48:33 PM): yea but not skin ta skin tho
local_nawty_boy (2:48:54 PM): ever touched a dick?
hot_jackie_14_in_alaska (2:49:13 PM): :"> duh yea
local_nawty_boy (2:49:24 PM): had one in your mouth?
hot_jackie_14_in_alaska (2:49:40 PM): yea it kinda semlled funny tho
local_nawty_boy (2:49:45 PM): lol
hot_jackie_14_in_alaska (2:49:46 PM): smelled
local_nawty_boy (2:50:03 PM): was it hard in your mouth?
hot_jackie_14_in_alaska (2:50:11 PM): huh
local_nawty_boy (2:50:21 PM): was the dick stiff?
hot_jackie_14_in_alaska (2:50:29 PM): sorry yea
local_nawty_boy (2:50:34 PM): lol, its ok
local_nawty_boy (2:50:42 PM): did it turn you on?
hot_jackie_14_in_alaska (2:50:57 PM): no maybe
hot_jackie_14_in_alaska (2:50:59 PM): i dont no
local_nawty_boy (2:51:16 PM): whats your weight approximately?
hot_jackie_14_in_alaska (2:51:33 PM): yur not suppos ta ask that
hot_jackie_14_in_alaska (2:51:34 PM): LOL
local_nawty_boy (2:51:38 PM): i know
hot_jackie_14_in_alaska (2:51:38 PM): bout 120
local_nawty_boy (2:52:01 PM): sill havent had a period yet huh?
hot_jackie_14_in_alaska (2:52:20 PM): nope mom sayz like soon
hot_jackie_14_in_alaska (2:52:48 PM): thatz kinda groos tho ya no
local_nawty_boy (2:52:55 PM): lol, yeah
local_nawty_boy (2:53:28 PM): do you go to a doctor for checkups?
hot_jackie_14_in_alaska (2:53:49 PM): likje for school yea
local_nawty_boy (2:54:12 PM): havent been to a gynocologist yet though huh?
hot_jackie_14_in_alaska (2:54:25 PM): whatz that??????
local_nawty_boy (2:55:03 PM): female organ type doctor.....they inspect your vagina
hot_jackie_14_in_alaska (2:55:13 PM): ooowww NO
hot_jackie_14_in_alaska (2:55:21 PM): mom callz him her girl docter
local_nawty_boy (2:55:26 PM): yep
local_nawty_boy (2:55:53 PM): you'll probably go once you start your period
hot_jackie_14_in_alaska (2:56:11 PM): i HATE docters
local_nawty_boy (2:56:40 PM): the girl doctor can also tell if you've lost your virginity
hot_jackie_14_in_alaska (2:56:52 PM): aaaawww no sir
local_nawty_boy (2:56:59 PM): yep, they can
hot_jackie_14_in_alaska (2:57:10 PM): yea only if i tell
hot_jackie_14_in_alaska (3:00:34 PM): u still here?????????
local_nawty_boy (3:00:46 PM): losing your virginity consists of a penetration into your vagina which pokes a hole through a skinlike membrane in your cervix. you only

061505.txt

have one of these membranes, and you don't get it back...when the girl doctor
inspects your vagina for the first time, they can see if that membrane has been
punctured. Usually, it means that the girl has had sex....but you can always tell
the doc that you were playing with yourself....when the penis goes in you, it bursts
that membrane the first time...thats why it hurts a little...its really thin like a
skin or piece of paper
hot_jackie_14_in_alaska (3:01:36 PM): WOW yur like a docter then 2 huh
local_nawty_boy (3:01:53 PM): lol, i payed attention in school i guess...lol
local_nawty_boy (3:02:57 PM): but, your girl doc is SUPPOSED to keep everything
private between you and them....and not your mom...if you were to tell them you were
playing with yourself, it wont matter
local_nawty_boy (3:02:58 PM): lol
hot_jackie_14_in_alaska (3:03:24 PM): yea cool ill say that then
hot_jackie_14_in_alaska (3:03:32 PM): cuz mom would freek on me
local_nawty_boy (3:04:06 PM): well, your doc will give you the "safe sex"
conversation
hot_jackie_14_in_alaska (3:04:28 PM): ooowww
hot_jackie_14_in_alaska (3:04:39 PM): yea i no bout that
hot_jackie_14_in_alaska (3:04:40 PM): silly
local_nawty_boy (3:04:56 PM): but anyway, you looking forward to it?
hot_jackie_14_in_alaska (3:05:08 PM): kinda scared but yea
local_nawty_boy (3:05:48 PM): once youre past the prick feeling of the first time it
goes in, it wont hurt anymore
hot_jackie_14_in_alaska (3:06:00 PM): k promise
local_nawty_boy (3:06:11 PM): i know that for a fact
local_nawty_boy (3:06:52 PM): i'll be wearing a condom thats lubricated too...that
helps
hot_jackie_14_in_alaska (3:07:13 PM): yea cuz i dont want ta get prego 4 sure
local_nawty_boy (3:07:24 PM): lol, youre far from that
local_nawty_boy (3:07:48 PM): we could do it without one and you wouldn't get prego
hot_jackie_14_in_alaska (3:08:07 PM): REALLY:-?
local_nawty_boy (3:08:29 PM): you got to have a period on be on the period to get
prego
local_nawty_boy (3:08:39 PM): why? you wanna do it without one?
hot_jackie_14_in_alaska (3:08:48 PM): ?????
local_nawty_boy (3:09:14 PM): i prefer it without...it feels more natural
local_nawty_boy (3:09:32 PM): but i'll do whatever youre more comfy with
hot_jackie_14_in_alaska (3:09:40 PM): k thx
local_nawty_boy (3:10:05 PM): the lubricated condom may make it easier the first
time going in
hot_jackie_14_in_alaska (3:10:18 PM): k
local_nawty_boy (3:10:41 PM): got the chills? lol
hot_jackie_14_in_alaska (3:10:56 PM): not kinda hot now
hot_jackie_14_in_alaska (3:11:04 PM): my heart kinda hurts
local_nawty_boy (3:11:08 PM): why?
hot_jackie_14_in_alaska (3:11:21 PM): nervous
hot_jackie_14_in_alaska (3:11:26 PM): i guess
local_nawty_boy (3:11:38 PM): you dont have a heart condition do you?
hot_jackie_14_in_alaska (3:11:55 PM): =))
hot_jackie_14_in_alaska (3:12:01 PM): NO yur so silly
local_nawty_boy (3:12:24 PM): i didnt know...i had a cousin that did at 14, thats
why i asked
local_nawty_boy (3:13:39 PM): anyway, if i'm busy the rest of the week, we may have
to wait until monday, would that b ok?
hot_jackie_14_in_alaska (3:14:01 PM): ???? dont no when mom works then
local_nawty_boy (3:14:43 PM): well, we will try for tomorrow, if it doesnt work, we
will plan a later date when we can ok?
hot_jackie_14_in_alaska (3:14:54 PM): guess so
local_nawty_boy (3:15:02 PM): you sound disapointed
hot_jackie_14_in_alaska (3:15:18 PM): no its ok
local_nawty_boy (3:15:33 PM): im just being careful so you dont get caught
hot_jackie_14_in_alaska (3:15:50 PM): yea 4 sure bout that
local_nawty_boy (3:16:14 PM): i think we can do it tomorrow though, we'll just have

061505.txt

to not waste any time
hot_jackie_14_in_alaska (3:16:32 PM): i gotta be back by 4 ya no
local_nawty_boy (3:16:48 PM): im thinking sometime around lunch
local_nawty_boy (3:17:00 PM): maybe b4
hot_jackie_14_in_alaska (3:17:23 PM): i get up bout 10 i think
local_nawty_boy (3:17:26 PM): what time will you be on here in the morning?
hot_jackie_14_in_alaska (3:17:50 PM): ??? i can get up early if u want me 2
local_nawty_boy (3:18:06 PM): i'll meet you on here at 9 am...hows that?
hot_jackie_14_in_alaska (3:18:27 PM): k jus a min ill set my clock now
local_nawty_boy (3:18:41 PM): ok, well, i need to get back to work sexy.....
hot_jackie_14_in_alaska (3:19:09 PM): k will u be on tonight
local_nawty_boy (3:19:20 PM): idk....i'll try....
local_nawty_boy (3:19:32 PM): i have to work late
hot_jackie_14_in_alaska (3:19:43 PM): bout 9
local_nawty_boy (3:19:52 PM): i'll try
hot_jackie_14_in_alaska (3:19:58 PM): k
local_nawty_boy (3:20:06 PM): :-* ttyl
hot_jackie_14_in_alaska (3:20:22 PM): ttfn>:D<:-*
local_nawty_boy (3:20:38 PM): ttfn?

061605.txt

local_nawty_boy (9:08:08 AM): good morning
hot_jackie_14_in_alaska (9:08:29 AM): yup yup thx
hot_jackie_14_in_alaska (9:08:37 AM): U 2
local_nawty_boy (9:11:09 AM): im not gonna be able to meet today. My boss gave me
some work this morning that has to be done by 3pm today
hot_jackie_14_in_alaska (9:11:49 AM): k:(
local_nawty_boy (9:11:57 AM): im sowwy
hot_jackie_14_in_alaska (9:11:59 AM): yur the boss tho huh
local_nawty_boy (9:12:11 AM): im the manager
hot_jackie_14_in_alaska (9:12:38 AM): k im gonna back ta sleep
hot_jackie_14_in_alaska (9:14:29 AM): ill be here later tho
local_nawty_boy (9:15:42 AM): okay sweetie
hot_jackie_14_in_alaska (9:16:16 AM): k c ya later >:D<

062005.txt

local_nawty_boy (12:01:25 PM): hey, whatcha doin?
hot_jackie_14_in_alaska (12:01:49 PM): bein bored
local_nawty_boy (12:01:55 PM): why ya bored?
hot_jackie_14_in_alaska (12:02:20 PM): nothin ta do
local_nawty_boy (12:02:35 PM): feel like meeting today?
hot_jackie_14_in_alaska (12:02:52 PM): when???
local_nawty_boy (12:02:59 PM): you tell me when
hot_jackie_14_in_alaska (12:03:12 PM): mom getz home bout 6
local_nawty_boy (12:03:34 PM): you care if my face is a little scruffy today? lol
hot_jackie_14_in_alaska (12:03:47 PM): a lil what
local_nawty_boy (12:04:00 PM): scruffy...i need to shave
local_nawty_boy (12:04:01 PM): lol
hot_jackie_14_in_alaska (12:04:11 PM): whatz scruffy mean
hot_jackie_14_in_alaska (12:04:59 PM): k i know sorry duh me
local_nawty_boy (12:05:12 PM): its when a guys face hair starts growing out after not shaving for a day or so.
local_nawty_boy (12:05:12 PM): lol
hot_jackie_14_in_alaska (12:05:28 PM): hahaha itz kewl
local_nawty_boy (12:05:33 PM): you mind? lol
hot_jackie_14_in_alaska (12:05:41 PM): duh no
local_nawty_boy (12:05:50 PM): ok, where you wanna meet?
hot_jackie_14_in_alaska (12:06:14 PM): at the school
local_nawty_boy (12:06:22 PM): oceanview?
hot_jackie_14_in_alaska (12:06:26 PM): yup yup
local_nawty_boy (12:07:00 PM): where on the school grounds do you wanna meet? or can i just pick you up out front?
hot_jackie_14_in_alaska (12:07:19 PM): at the play ground ill be on the swings
local_nawty_boy (12:07:58 PM): if i pull up there, you gonna just come get in the truck?
hot_jackie_14_in_alaska (12:08:25 PM): what color truck u got
local_nawty_boy (12:08:32 PM): green tahoe
hot_jackie_14_in_alaska (12:08:41 PM): cool
hot_jackie_14_in_alaska (12:09:00 PM): brb gotta p
local_nawty_boy (12:09:02 PM): you ok going to my friends house?
hot_jackie_14_in_alaska (12:09:15 PM): yea just a sec
hot_jackie_14_in_alaska (12:09:19 PM): gotta go bad sorry
local_nawty_boy (12:09:19 PM): ok
hot_jackie_14_in_alaska (12:11:54 PM): back thx
local_nawty_boy (12:11:57 PM): ok
local_nawty_boy (12:12:06 PM): so, you wanna meet now?
hot_jackie_14_in_alaska (12:12:36 PM): gotta shower an im jus ready ta get my pizza
local_nawty_boy (12:13:05 PM): how about i pick you up at 1?
hot_jackie_14_in_alaska (12:13:33 PM): bout 130
local_nawty_boy (12:13:43 PM): ok
hot_jackie_14_in_alaska (12:13:47 PM): thx
hot_jackie_14_in_alaska (12:13:52 PM): green truck
local_nawty_boy (12:13:58 PM): green tahoe
hot_jackie_14_in_alaska (12:14:08 PM): whadday wearin
local_nawty_boy (12:14:24 PM): blur shirt and white hat
local_nawty_boy (12:14:28 PM): blue
hot_jackie_14_in_alaska (12:14:47 PM): im gonna wear jeans an a red hoodie
local_nawty_boy (12:15:18 PM): ok, see you at the school, watch for me....
hot_jackie_14_in_alaska (12:15:28 PM): k see ya soon
local_nawty_boy (12:15:34 PM): ok, bye
hot_jackie_14_in_alaska (12:15:42 PM): c ya
local_nawty_boy (12:15:45 PM): :-*

hot_jackie_14_in_alaska (3:24:26 PM): you asshole yur jus stuped
hot_jackie_14_in_alaska (3:24:53 PM): i waited 4 like an hour 4 you fucker

local_nawty_boy (4:39:29 PM): I just wanted to say i'm sorry and I know youre mad, and you have the right to be. I just got scared of going to jail for screwing around

062005.txt
with you. I hope that someday you'll understand. And, if you don't wanna talk to me
anymore, I'll understand sweetie. I just got scared. i'm sorry
hot_jackie_14_in_alaska (4:40:29 PM): yea WHATEVER you were jus gookin on me
hot_jackie_14_in_alaska (4:40:38 PM): goofin
local_nawty_boy (4:41:39 PM): i SWEAR to you that i wasn't....it's just that you
don't realize that i can go to jail just having you in my truck
hot_jackie_14_in_alaska (4:42:12 PM): yea WHATEVER thats bullshitL-)
local_nawty_boy (4:43:31 PM): no its not, ask anybody....i'd get a minimum of 5
years...but i'm sorry you don't understand....one day you will
hot_jackie_14_in_alaska (4:44:01 PM): k c ya
local_nawty_boy (4:45:17 PM): well, i would have called you to tell you in person,
but i obviously couldn't. I just can't understand why youre so mad. I'm trying to be
honest with you...
hot_jackie_14_in_alaska (4:46:01 PM): cuz yur like never mind i was mad cuz i was
sitting htere lookin STUPED waitin 4 u
local_nawty_boy (4:46:44 PM): and me saying i'm truly sorry isn't any good?
hot_jackie_14_in_alaska (4:47:18 PM): guess not
hot_jackie_14_in_alaska (4:47:22 PM): er maybe i guess
local_nawty_boy (4:49:21 PM): well, i'm gonna go....maybe we can chat again smetime
if you decide to forgive me....bye sweetie....i did it out of respect for you....i
hope you understand someday...bye bye...thanks for talking to me...
hot_jackie_14_in_alaska (4:50:01 PM): yea guess you shouldn talk ta ppl on here then
:(
hot_jackie_14_in_alaska (4:50:06 PM): c ya

071105.txt
local_nawty_boy: hey, you still mad with me?
hot_jackie_14_in_alaska: no stuped puter broke
local_nawty_boy: i was just scared,
hot_jackie_14_in_alaska: it got sick er somethin
hot_jackie_14_in_alaska: lol
local_nawty_boy: lol
local_nawty_boy: your puter?
hot_jackie_14_in_alaska: yup
hot_jackie_14_in_alaska: from email i think
local_nawty_boy: so, can we try again?
hot_jackie_14_in_alaska: yea guess
local_nawty_boy: when?
hot_jackie_14_in_alaska: ??? whenever
local_nawty_boy: right now?
hot_jackie_14_in_alaska: hahahahaha yur funny
local_nawty_boy: im serious
hot_jackie_14_in_alaska: no way mom be home from work soon
local_nawty_boy: what time?
hot_jackie_14_in_alaska: bout 5 er lil after
local_nawty_boy: we can be done before then
local_nawty_boy: lol
hot_jackie_14_in_alaska: what if she came early tho
hot_jackie_14_in_alaska: shed like way kill me
local_nawty_boy: will she be home before 4:30?
hot_jackie_14_in_alaska: dont think so
local_nawty_boy: we could do it quick in my truck...lol
local_nawty_boy: :-P
hot_jackie_14_in_alaska: hahaha B-)
local_nawty_boy: i would if you wanted to...lol
local_nawty_boy: then we wouldnt have to go all the way to my place
hot_jackie_14_in_alaska: no way 2 scared mom be home
hot_jackie_14_in_alaska: an id get cauhgt
local_nawty_boy: she gonna say anything if you were over at the school when she got home?
hot_jackie_14_in_alaska: yea shed be pissed
local_nawty_boy: ok, well, we can try tomorrow?
hot_jackie_14_in_alaska: yea
local_nawty_boy: ok, we will
hot_jackie_14_in_alaska: when????????????????
local_nawty_boy: when will you be comfortable for it tomorrow?
hot_jackie_14_in_alaska: bout like noon
local_nawty_boy: works for me...how about 12:30?
hot_jackie_14_in_alaska: k
local_nawty_boy: i'll meet you on here at 11:30 to plan, k?
hot_jackie_14_in_alaska: k thatz kewl
local_nawty_boy: youre gonna be de-virginized tomorrow...lol
hot_jackie_14_in_alaska: huh
local_nawty_boy: were gonna have sex right?
hot_jackie_14_in_alaska: k sorry duh me
local_nawty_boy: lol, its ok
local_nawty_boy: i'm not gonna back out on you this time
local_nawty_boy: think youre ready for it?
hot_jackie_14_in_alaska: kinda scared but yea
local_nawty_boy: why scared?
hot_jackie_14_in_alaska: jus cuz i guess
local_nawty_boy: scared its gonna hurt? or scared of what i look like?
hot_jackie_14_in_alaska: hahahah i got yur pic silly
local_nawty_boy: damn i wish we could right now...im soooo in the mood...lol
hot_jackie_14_in_alaska: should think bout that stuff at work=))
local_nawty_boy: should?
hot_jackie_14_in_alaska: sorry should NOT NOT NOT
local_nawty_boy: well, it kinda comes along...you'll know the feeling afterward...lol
Page 1

071105.txt
hot_jackie_14_in_alaska: nope but itz ok
local_nawty_boy: you'll know it after you get it...lol
local_nawty_boy: you'll know what its like to be horny then...lol
hot_jackie_14_in_alaska: not really
hot_jackie_14_in_alaska: hay we saw the fantatic 4 last night
local_nawty_boy: you dont get the horny sex feeling until after your first time
local_nawty_boy: lol
hot_jackie_14_in_alaska: k
local_nawty_boy: forgive me....i'm all worked up...lol
hot_jackie_14_in_alaska: yea kinda crazy huh
hot_jackie_14_in_alaska: :-O
local_nawty_boy: you have NO idea
hot_jackie_14_in_alaska: nope nope nope
local_nawty_boy: sure you dont wanna do it in my truck? lol
hot_jackie_14_in_alaska: thatz kinda nasty huh
local_nawty_boy: its not nasty, its erotic
hot_jackie_14_in_alaska: itz what
local_nawty_boy: kinda kinky
hot_jackie_14_in_alaska: yea it is
local_nawty_boy: wanna? lol
hot_jackie_14_in_alaska: what
local_nawty_boy: do it in the back seat of my truck? lol
hot_jackie_14_in_alaska: sorry duh kinda tired noiw
local_nawty_boy: its ok, you dont have to do anything...lol
local_nawty_boy: just be wiling to allow me to get in your pants...lol
hot_jackie_14_in_alaska: u are crazy taday huh
local_nawty_boy: yeah, sorry
hot_jackie_14_in_alaska: must be all the sunB-)B-)
hot_jackie_14_in_alaska: lol
local_nawty_boy: well? i cant help it..lol
hot_jackie_14_in_alaska: itz all good
local_nawty_boy: wanna? we can be done by 4:30 ...lol
local_nawty_boy: :D
local_nawty_boy: :-P
hot_jackie_14_in_alaska: u wannna get me caught huh
local_nawty_boy: you'll be home before she gets there
hot_jackie_14_in_alaska: yea thatz what happen last time i snuck out
hot_jackie_14_in_alaska: OMG was mom mad
local_nawty_boy: she wont even let you go outside?
hot_jackie_14_in_alaska: yea silly but i gotta be home when she get here silly
local_nawty_boy: you will be...were just gonna go right down the road
local_nawty_boy: lol
hot_jackie_14_in_alaska: duh yur crazy
local_nawty_boy: i know..lol
local_nawty_boy: you like it?
hot_jackie_14_in_alaska: yea i do
hot_jackie_14_in_alaska: crazy is good sometimez
local_nawty_boy: wanna be crazy today? lol
hot_jackie_14_in_alaska: NO NO NO
local_nawty_boy: ok....lol
hot_jackie_14_in_alaska: an i gotta put lazgna in the oven soon
local_nawty_boy: oh, ok
local_nawty_boy: well, we will stay with tomorrows plan...lol
hot_jackie_14_in_alaska: yea dont be mad at me tho
hot_jackie_14_in_alaska: k
local_nawty_boy: i'm not mad, why should i be?
hot_jackie_14_in_alaska: jus maken sure
local_nawty_boy: just as long youre sure this is what you want.....
hot_jackie_14_in_alaska: yea i said kinda scared but itz kewl
local_nawty_boy: ok, tty tomorrow
local_nawty_boy: :-*
hot_jackie_14_in_alaska: k u goin now
local_nawty_boy: yeah, i got to get some work done so i wont be behind tomorrow
Page 2

071105.txt
hot_jackie_14_in_alaska: k c ya later
local_nawty_boy: :-*
hot_jackie_14_in_alaska: >:D<>:D<>:D<

071205.txt

hot_jackie_14_in_alaska (12:15:28 PM): hay yahoo suckz

071205_bare.txt

hot_jackie_14_in_alaska (12:21:19 PM): couldn get on yahoo it suckz
barebackcountryboy (12:23:05 PM): It won't let me log in, still wanna meet today?
hot_jackie_14_in_alaska (12:23:15 PM): yup
hot_jackie_14_in_alaska (12:23:28 PM): i tried 4 like a hour ta get on
barebackcountryboy (12:24:53 PM): Want me to come get you now?
hot_jackie_14_in_alaska (12:25:13 PM): not ta my house
barebackcountryboy (12:28:04 PM): Meet at school?
hot_jackie_14_in_alaska (12:28:12 PM): yup when
barebackcountryboy (12:29:10 PM): 25 minutes?
hot_jackie_14_in_alaska (12:29:22 PM): k c ya soon
barebackcountryboy (12:30:16 PM): Ok