Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 W. 3rd Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751 Fax
email: kevin@impc-law.com

Daniel E. Libbey, Esquire
ABA No. 0012105
Libbey Law Offices, LLC
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax
email: dlibbey@alaska.net

Attorneys for Defendant
Jaimey K. Sapp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | No. 3:05-cr-064-RRB |
| Plaintiff,   ) | |
| ) | **NOTICE OF FILING** |
| ) | **ATTACHMENTS TO** |
| vs.                             ) | **SENTENCING MEMORANDUM** |
| ) | |
| JAIMEY KENT SAPP,               ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

Defendant, Jaimey Kent Sapp, by and through counsel, Libbey Law Offices, LLC, hereby files the attachments to

Notice of Filing
United States v. Sapp
Case No.3:05-cr-064
                    Page 1 of  2

PDF created with pdfFactory trial version www.pdffactory.com

Defendant's Sentencing Memorandum.

 Respectfully submitted at Anchorage, Alaska this 9th day of May, 2006.

          LIBBEY LAW OFFICES, LLC
          Co-Counsel for Defendant

       By: s/Daniel E. Libbey
          Daniel E. Libbey (0012105)
          604 West Second Avenue
          Anchorage, Alaska 99501
          (907) 258-1815
          (907) 258-1822 Fax
          email: dlibbey@alaska.net

This is to certify that the foregoing (including
accompanying proposed order) is being
delivered electronically to:

Audrey Renschen (counsel for the Government)
Kevin Fitzgerald (co-counsel for the Defendant)

On: 5/9/2006 By: s/Daniel E. Libbey

Notice of Filing
United States v. Sapp
Case No.3:05-cr-064
        Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com