```
STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )
```

MARY LOU HARRIS, being first duly sworn, deposes and states as follows:

1. I was Vice President of Residential Mortgage, LLC in Anchorage, Alaska, during and before July 2005, and I have continued in that position and am presently Vice President.

2. On July 11, 2005, I set up a meeting for Jaimey Sapp to come to the office of Residential Mortgage to resolve some issues so that dedicated circuits could be added for copiers and people could be moved around to accommodate new people that were coming on board. The offices of Residential Mortgage had recently relocated and merged with another company, and the additional wiring for dedicated circuits needed were a result of that relocation.

3. Prior to setting the meeting with Mr. Sapp, Wirecomm Communications had done the initial electrical wiring, but left these issues unresolved and could not fit us into their schedule for weeks. Therefore, as Vice President, it was my responsibility to ensure those issues were addressed, so the copiers could be set up and people moved in the office.

4. In setting the meeting with Mr. Sapp on 7/11, I

1

made it clear to him that the wiring needed to be completed immediately so that people could be moved around and that resolution of this issue was of the highest priority due to the office relocation and the fact Wirecomm didn't have time to resolve the problem. Mr. Sapp understood that immediate action was necessary, and the meeting was set for Mr. Sapp to come to the Residential Mortgage office between 1:00 p.m. and 1:30 p.m. on July 12, 2005, to resolve the printer issues.

5. Before noon on July 12, I spoke with Mr. Sapp to again confirm the meeting between 1:00 and 1:30 p.m.

6. Mr. Sapp has performed work for me for nearly four years, and I called him to resolve the wiring issues because he is extremely competent and reliable, and always on time. In fact, based on his history of professionalism and promptness, Mr. Sapp is the first person I would contact to handle any electrical issues that occur in my office or my home.

7. I have no doubt Mr. Sapp would have been at my office for the scheduled meeting had he not been arrested on July 12. In fact, at approximately 1:40 p.m. on 7/12, I had my office call Mr. Sapp and leave a message to find out his whereabouts. It was later I learned that Mr. Sapp was actually being arrested at that time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Mary Lou Harris


SUBSCRIBED AND SWORN to before me this 28th day of April, 2006.

_____
Notary Public for Alaska
My Commission Expires: 2-10-07

3