STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

REED BOVEE, being first duly sworn, deposes and states as follows:

1. I conducted an examination from a copy of the imaged hard drive for Jaimey Sapp's laptop computer, and imaged copy of Mr. Sapp's thumb drive, which copies were provided by Agent Kevin Laws.

2. The following conclusions were drawn from examination of the imaged hard drive and thumb drive:

    A. That the image of "Hot_Jackie_14_in_Alaska" allegedly sent by Agent Laws was not located on Mr. Sapp's laptop nor his thumb drive, nor was there any evidence that any such image was deleted by Mr. Sapp. Further, the Yahoo! profile page for "Hot_Jackie" contained a cartoon picture, and not a photo of a minor;

    B. That the first four chat sessions between Mr. Sapp and Agent Laws (3/10/05, 3/23/05, 4/25/05, and 4/28/05) were not located on Mr. Sapp's laptop nor his thumb drive, nor was there any evidence that any such chats were deleted by Mr. Sapp, but rather, said chats were provided from Agent Laws' computer as "screen shots";

C. That one chat file produced by Agent Laws was created three days after Mr. Sapp's arrest, and that someone had accessed Mr. Sapp's Yahoo account while he was in jail; and

D. That there was no evidence that Mr. Sapp had ever searched for sexually oriented web sites, including no child pornography sites, nor used words of a sexual connotation during the search of any web sites, and that Mr. Sapp never engaged in any teen chat rooms.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Reed Bovee

SUBSCRIBED AND SWORN to before me this 28th day of April, 2006.

_____
Notary Public for Alaska
My Commission Expires: 1-20-08