# The Lighting Gallery
940 E 6th Ave
Anchorage, AK 99501
907-277-5445

April 29, 2006

To Whom It May Concern:

I am writing to you on behalf of Jaimey Sapp, to let you know how we, at The Lighting Gallery, feel about him.

He has been such a valuable asset to our store and company and it would be a great hardship to lose him. I have only known him for a short while but he has become someone I can trust and depend on. All of the employees here have become very fond of him as a person, teammate, and a friend. His employment with us would be continued if he were allowed to stay or set up on some sort of work release program.

As far as myself and the rest of the team is concerned, Jaimey will always have a position here.

Thank you,

*[signature]*

Jeff Brown
The Lighting Gallery
Manager
907-277-5445

State of Alaska
Third District

On the 29th day of April 2006 Jeff Brown appeared before me, a Notary Public.

*[Notary seal: JESSE L. WOLF, NOTARY PUBLIC, STATE OF ALASKA]*

My Commission Expires
August 17, 2008