# DALL PROPERTY MANAGEMENT, INC.

April 29, 2006

Regarding: Mr. Jaimey Sapp

To whom it may concern:

I've known Mr. Sapp for about seven years. He has been a tenant of ours, and always paid on time. He always helped around the property, and left the property in good shape. He and his wife are very conscience people.

I consider Jaimey a friend, and a person I can trust. He also did a lot of work for us through his company, after hours, to save our owners money. He worked as an electrician, and his work was always done in a very satisfactory manner.

I know very little about the chat lines, except what I've heard on the news, and the radio about how police officers are on the other line, acting as they are children, and enticing people to talk to them etc. It's also been in the papers. I don't get on the chat lines. I think it's a waste of time, besides not knowing who you are talking to.

I do have four kids. If I needed a sitter to watch any of them, I wouldn't hesitate to call Jaimey. I have complete trust in him and his wife.

If you have any questions, I am available any time. My phone numbers are 1-907-563-7620 which is work, and my home number is 1907-248-7787.

Sincerely,

*[signature]*

Gene T Rash / Broker / Owner
Dall Property Management Inc.

*[Notary seal: RYAN DAVID STIMAC, NOTARY PUBLIC, STATE OF ALASKA, COMM. EXP. 3-1-09]*

*[signature]* Exp 3-1-09