To Whom It May Concern:

This is an affidavit regarding Jaimey K. Sapp at 8421 E. 11th Court, Anchorage, AK 99504.

I have known Jaimey for about 7 years. I came to know him through his wife, Teresa who at the time was my co-worker. I was very shocked to hear the accusations that was made against him, because that was not the person I have known for this long period of time. He's a very loving and caring father and I would trust him around my children anytime.

I don't know much about chatting on computers or chat rooms, but knowing the type of person Jaimey is, I don't think he is capable of doing what he's accused of doing. Jaimey is the type of person you can always count for anything, all you have to do is ask and he will be right there lending a helping hand.

I have come to love and care for Jaimey and Teresa like they are part of my family because I know that they are honest, caring and loving people..

*Matilda W. Yeager*
Matilda W. Yeager

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

ON THIS 1st DAY OF MAY, 2006, BEFORE ME, THE UNDERSIGNED, A NOTARY PUBLIC IN AND FOR THE STATE OF ALASKA, PERSONALLY APPEARED MATILDA W. YEAGER TO ME KNOWN AND KNOWN TO ME TO BE THE PERSON NAMED IN THE FOREGOING DOCUMENT.
WITNESS MY HAND AND OFFICIAL SEAL THE DAY AND YEAR IN THIS CERTIFICATE FIRST ABOVE WRITTEN.

*Heather Horton*
NOTARY PUBLIC FOR ALASKA    4/1/08

STATE OF ALASKA
NOTARY PUBLIC
Heather Horton