April 27, 2006

To Whom It May Concern:

Re: Jaimey Sapp

My name is Jerry Gunderson and I consider Jaimey Sapp a friend. I was first introduced to Jaimey when I was looking for an electrician a little over two years ago. Jaimey came highly recommended as an electrician. We had just purchased a multi plex that needed some electrical work. Jaimey spent quite a bit of time on this project. During this time I got to know Jaimey fairly well. I was impressed with Jaimey's electrical knowledge. My wife and I have had dinner with Jaimey Sapp and his wife on at least two occasions. I do not go to dinner with people that I do not like or respect.

I have a high opinion of Jaimie and from the time that my wife and I have spent with him both professionally and socially I have no reason to change my opinion of him.

On at least one occasion while Jaimey was working at our multi plex, my son, a minor at the time, was working with me. At no time would I or did I question that my son would not be safe around Jaimey.

Should you request additional information, fell free to contact me 677-3849.

Sincerely,

Jerry Gunderson
3016 – B Leighton Street
Anchorage, Alaska 99517


___3rd_____ Judicial District  )
                                             ) ss.
State of __alaska_____          )

On this day personally appeared before me __JERRY L. GUNDERSON__, to me known to be the individual, or individuals described in and who executed the within and foregoing instrument, and acknowledge that ___HE_____ signed the same as __HIS_____ free and voluntary act and deed, for the uses and purposes therein mentioned. Given under my hand and official seal this __28__ day of __APRIL_____, 2006



_____
(Signature of Notary)

E D. DUMAGUING
(Printed Name of Notary)

Notary Public in and for the State of __ALASKA__
Resident at __ANCHORAGE__   My Commission Expires
My Commission Expires _____ September 12, 2007