April 30, 2006

To Whom It May Concern:

This letter is written in response to a request to document my interaction with and assessment of Jaimey Sapp.

My husband and I first met Jaimey last summer when he was installing the sound system in a condominium we purchased. Jaimey exhibited both knowledge and courtesy in his area of expertise and willingly offered perspective and advice to our many questions. This was exceedingly important because, as with many building projects, the builder was often unavailable or too busy, and as it turned out, Jaimey eventually not only installed the sound system but rescued us from a multitude of other electrical concerns.

We moved into our condo in late August, 2005, and despite assurances, the builder still had not installed internet and phone lines necessary for business operations. In fact, the condominium electrician was not only hesitant but stated he was unsure of how to install the lines we needed. Already significantly behind in office work, in desperation I contacted Jaimey. Long story short, Jaimey easily installed the phone and FAX lines we needed. Hearing the tension in my voice and witnessing my list of unfinished work, he also completed numerous electrical jobs ignored by the builder and additionally, he repaired mistakes and improved original installs.

Jaimey didn't just meet the expectations of my requests, but definitely proved himself to be one of the diligent few who exceeds – not by a little – but by miles. My home, initially filled with frustrations and inconveniences, has been transformed by his willingness to help, his electrical skill, and a rarely found trait to absolutely do the best job possible.

My husband and I are exceedingly grateful for Jaimey. He made significant improvements for us in our home with a work ethic that radiated professionalism – no job was too small and everything would be completed to a standard of excellence. Jaimey worked cheerfully and completed every task with dependability, timeliness, and complete honesty.

Jaimey is the kind of workman you wish could build your entire home, not just do the electrical work. If he built it, it would be done right or not done at all.

It is with the highest regard that I write this letter. My husband and I are thankful for Jaimey and the fabulous work he did for us in our home.

Sincerely,

Sara Engibous
907-258-5043

State of Alaska
Third District
On the 30th day of April, 2006
Sara Engibous Appeared before
me, a Notary of Alaska

[Notary Public seal: JESSE L. WOLF, STATE OF ALASKA]

My Commission Expires
August 17, 2008