```
STATE OF ALASKA           )
                          )ss.
THIRD JUDICIAL DISTRICT   )
```

      SEASON FRENZEL, being first duly sworn, deposes and states as follows:

      1. I am female, age 28 years old, with a date of birth of July 28, 1977.

      2. I am happily married.

      3. I occasionally engage in instant messaging in adult chat rooms under the profile of "tahoegirl." In the fall of 2004 I engaged in a series of sexually explicit and suggestive chats with an individual known as "local_nawty_boy." During the chats I represented that my age was 26. During the chats we agreed to meet at my work place ostensibly for the purpose of having sex.

      4. In the late fall I did meet with local_nawty_boy at my place of employment. Local_nawty_boy turned out to be an individual who identified himself as Jaimey Sapp. Despite the earlier graphic nature of our chats, there was no sexual contact whatsoever, and our physical contact was limited to a handshake. The fact is that my purpose in agreeing to meet with local_nawty_boy was not to engage in sexual contact, but was prompted by boredom.

      5. After our meeting, Mr. Sapp and I continued to engage, occasionally, in chat.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Season Frenzel

SUBSCRIBED AND SWORN to before me this 1st day of May, 2006.

_____
Notary Public for Alaska
My Commission Expires: 1-20-06

F:\W\3118-1\Pleading\Affidavit.doc

2