DEBORAH M. SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-064-JWS |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' NOTICE OF** |
| | ) | **INTENT TO USE DEPS AT** |
| vs. | ) | **SENTENCING** |
| | ) | |
| ROBERT F. KANE, | ) | |
| a/k/a "COMMANDER KANE," and | ) | |
| SECURITY AVIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | Filed on Shortened Time |

Comes Now the United States of America by and through counsel, and

requests permission to use the Court's Digital Evidence Presentation System

(DEPS) in the sentencing of the captioned case, currently scheduled to commence

on May 15, 2005 at 9:00 a.m.  Furthermore, the United States gives notice it

intends, with the Court's permission, to use the DEPS system in aid of its opening statement and closing argument.

RESPECTFULLY SUBMITTED this <u>14th</u> day of May, 2006 at Anchorage, Alaska.

> DEBORAH M. SMITH
> United States Attorney
>
> <u>s/ Audrey J. Renschen</u>
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: audrey.renschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14th, 2006 a copy of the foregoing was served electronically on Kevin Fitzgerald & Daniel Libby

<u>s/ Audrey J. Renschen</u>