DEBORAH M. SMITH
Acting United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-064-JWS |
| | ) | |
| Plaintiff, | ) | **ERRATA REGARIDNG** |
| | ) | **UNITED STATES' NOTICE OF** |
| vs. | ) | **INTENT TO USE DEPS AT** |
| | ) | **SENTENCING** |
| JAIMEY KENT SAPP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | Filed on Shortened Time |

Comes Now the United States of America by and through counsel, and files with the Court an Errata to the Government's Notice of Intent to Use DEPS filed at Docket 55. The Notice at Docket 55 contains the wrong defendant. The Defendant's name should read "Jaimey Kent Sapp", not "Robert F. Kane and Security Aviation". Attached to this filing is a corrected copy of the Government's

Notice of Intent to Use DEPS.

      RESPECTFULLY SUBMITTED this <u>14th</u> day of May, 2006 at Anchorage, Alaska.

                                      DEBORAH M. SMITH
                                      United States Attorney

                                      <u>s/ Audrey J. Renschen</u>
                                      Assistant U.S. Attorney
                                      222 West 7th Ave., #9, Rm. 253
                                      Anchorage, AK 99513-7567
                                      Phone: (907) 271-5071
                                      Fax: (907) 271-1500
                                      E-mail: audrey.renschen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14th, 2006 a copy of the foregoing was served electronically on Kevin Fitzgerald & Daniel Libby

<u>s/ Audrey J. Renschen</u>