Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 W. 3rd Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751 Fax
email: kevin@impc-law.com

Daniel E. Libbey, Esquire
ABA No. 0012105
Libbey Law Offices, LLC
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax
email: dlibbey@alaska.net

Attorneys for Defendant
Jaimey K. Sapp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>          Plaintiff,             )<br>                                  )<br>                                  )<br>                                  )<br>vs.                               )<br>                                  )<br>JAIMEY KENT SAPP,                 )<br>                                  )<br>          Defendant.             )<br>_____)  | No. 3:05-cr-0064-RRB<br><br>**DEFENDANT JAIMEY SAPP'S NOTICE OF INTENT TO USE DEPS**<br><br>*FILED ON SHORTENED TIME* |

The Defendant, Jaimey Kent Sapp, by and through counsel, pursuant to Local Rule 39.3, hereby notifies the Court of his

PDF created with pdfFactory trial version www.pdffactory.com

intent to use the DEPS system at the May 15, 2006 sentencing.

Respectfully submitted at Anchorage, Alaska this 15th day of May, 2006.

```
                              LIBBEY LAW OFFICES, LLC
                              Co-Counsel for Defendant


                         By:  s/Daniel E. Libbey
                              Daniel E. Libbey (0012105)
                              604 West Second Avenue
                              Anchorage, Alaska 99501
                              (907) 258-1815
                              (907) 258-1822 Fax
                              email: dlibbey@alaska.net
```

This is to certify that the foregoing (including accompanying proposed order) is being delivered electronically to:

Audrey Renschen (counsel for the Government)
Kevin Fitzgerald (co-counsel for the Defendant)

On: 5/15/2006   By: s/Daniel E. Libbey

\\Dan\c_dan\Dan_Data\NonOPACrim\U.S. v. Jaimey Sapp\Pleadings\notice-deps.wpd

Defendant's Notice RE DEPS
United States v. Sapp
Case No. 3:05-cr-0064-RRB

PDF created with pdfFactory trial version www.pdffactory.com