(Rev 2/03)

# LIST OF EXHIBITS

Case No. 3:05-cr-00064-RRB   Magistrate Judge/Judge: Ralph R. Beistline

Title U.S.A.

vs. Jaimey Kent Sapp

Dates of Hearing/Trial: May 15, 2006

Deputy Clerk/Recorder: April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Audrey Renschen | Daniel Libbey |
|  | Kevin Fitzgerald |
|  |  |

-------------------------------EXHIBITS-------------------------------

| PLAINTIFF ||||| DEFENDANT ||||
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
|  |  |  |  | A | ✓ |  | yahoo messenger archive |
|  |  |  |  | B | ✓ | 5/15/06 | 5 pictures |