Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 W. 3rd Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751 Fax
email: kevin@impc-law.com

Daniel E. Libbey, Esquire
ABA No. 0012105
Libbey Law Offices, LLC
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax
email: dlibbey@alaska.net

Attorneys for Defendant
Jaimey K. Sapp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:05-cr-0064-RRB |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| ) | **MOTION TO CORRECT** |
| vs. ) | **SENTENCE DUE TO** |
| ) | **OVERLOOKED CONTROLLING** |
| JAIMEY KENT SAPP, ) | **AUTHORITY** |
| ) | |
| Defendant. ) | *FILED ON SHORTENED TIME* |
| _____) | |

Defendant, Jaimey Kent Sapp, by and through counsel, pursuant to Federal Rule of Criminal Procedure 35, having filed a motion to correct the sentence imposed by the Court on

PDF created with pdfFactory trial version www.pdffactory.com

May 15, 2006, and the Court having reviewed the motion and any opposition thereto, it is hereby ordered that the motion is GRANTED. Mr. Sapp's sentence shall be reduced to reflect a Total Offense Level of 16 (21 to 27 months) in compliance with controlling statutory and guideline authority.

Dated at Anchorage, Alaska this____day of_____, 2006.

_____
Judge Ralph R. Beistline

This is to certify that the foregoing (including accompanying proposed order) is being delivered electronically to:

Audrey Renschen (counsel for the Government)
Kevin Fitzgerald (co-counsel for the Defendant)

On: 5/19/2006   By: s/Daniel E. Libbey

Order Granting Motion to Correct Sentence
United States v. Sapp
Case No. 3:05-cr-0064-RRB
                      Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com