Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 W. 3rd Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751 Fax
email: kevin@impc-law.com

Daniel E. Libbey, Esquire
ABA No. 0012105
Libbey Law Offices, LLC
604 West Second Avenue
Anchorage, Alaska 99501
(907) 258-1815
(907) 258-1822 Fax
email: dlibbey@alaska.net

Attorneys for Defendant
Jaimey K. Sapp

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>                              )<br>vs.                           )<br>                              )<br>JAIMEY KENT SAPP,             )<br>                              )<br>            Defendant.        )<br>_____) | No. 3:05-cr-0064-RRB<br><br>**DEFENDANT JAIMEY SAPP'S REQUEST FOR ORAL ARGUMENT RESPECTING THE MOTION TO CORRECT SENTENCE**<br><br>*FILED ON SHORTENED TIME* |

Defendant, Jaimey Kent Sapp, by and through counsel,

PDF created with pdfFactory trial version www.pdffactory.com

pursuant to Federal Rule of Criminal Procedure 35, hereby files a request for oral argument respecting his motion to correct the sentence imposed by the Court on May 15, 2006. This motion is being filed on shortened time because the sentence must be corrected within seven (7) days pursuant to Federal Rule 35(a).

At the sentencing hearing, the Court, and the parties, overlooked controlling authority respecting the application of an upward departure. Specifically, the Court and the parties failed to address Application Notes 3(B)(i) and 3(B)(ii) of the Commentary to § 5K2.0, which commentary illustrates that an upward departure was not warranted in this case. Therefore, Defendant requests oral argument, so the parties may explain the overlooked authority, and further discuss the upward departure in proper context.

Furthermore, undersigned counsel requests a hearing on May 19 or 22, 2006, and undersigned counsel is available to attend said hearing, at any time that is convenient for the Court, on May 19 or 22, 2006. Undersigned counsel does not anticipate that the parties would need more than 30 minutes for oral argument.

Respectfully submitted at Anchorage, Alaska this 19th day of May, 2006.

PDF created with pdfFactory trial version www.pdffactory.com

```
                              LIBBEY LAW OFFICES, LLC
                              Co-Counsel for Defendant


                         By:  s/Daniel E. Libbey
                              Daniel E. Libbey (0012105)
                              604 West Second Avenue
                              Anchorage, Alaska 99501
                              (907) 258-1815
                              (907) 258-1822 Fax
                              email: dlibbey@alaska.net
```

This is to certify that the foregoing (including accompanying proposed order) is being delivered electronically to:

Audrey Renschen (counsel for the Government)
Kevin Fitzgerald (co-counsel for the Defendant)

On: 5/19/2006   By: s/Daniel E. Libbey

\\Dan\c_dan\Dan_Data\NonOPACrim\U.S. v. Jaimey Sapp\Pleadings\request.oral.arg.18may2006.wpd

PDF created with pdfFactory trial version www.pdffactory.com