UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u>  SAPP  </u>

DATE:  <u>  May 19, 2006  </u>   CASE NO.   <u>  3:05-CR-0064-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE MOTION TO CORRECT SENTENCE**

---

The United States shall file its response to Defendant's Motion to Correct Sentence at Docket 63 no later than **noon** on **Monday, May 22, 2006.** No reply shall be filed. the Court will endeavor to rule within the 7 days allowed by Rule 35.

M.O. RE MOTION TO CORRECT SENTENCE