```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA
```

　　　　　　　 USA 　v.　 JAIMEY KENT SAPP

DATE:   May 23, 2006    CASE NO.    3:05-CR-0064-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
　　　　　　　 **DENYING MOTION TO CORRECT SENTENCE**

---

　　　　　The United States Sentencing Commission Guidelines (the "Guidelines") are <u>advisory</u>.  <u>United States v. Cantrell</u>, 433 F.3d 1269, 1279 (9th Cir. 2006).

　　　　　The Court considered the Guidelines, along with numerous other factors it found to exist beyond a reasonable doubt, in fashioning a sentence that was adequate but not greater than necessary to punish Defendant for his criminal activity.  Had Defendant been sentenced for the crimes initially charged, the sentence would have been more severe.

　　　　　Therefore, and for additional reasons set forth by the Government in its Opposition to Defendant's Motions (1) to Correct Sentence, and (2) for Oral Argument (Docket 66), Defendant's Motion to Correct Sentence due to Overlooked Controlling Authority (Docket 63) is hereby **DENIED**.  Because oral argument was deemed unnecessary, Defendant's Motion for Oral Argument (Docket 64) is also **DENIED**.